**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **CISCO SYSTEMS, INC.,** and **SCIENTIFIC-ATLANTA, INC.,** | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. |
| | : | |
| **GPNE CORP.,** | : | |
| a Delaware company, | : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |
| | : | |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiffs CISCO SYSTEMS, INC. and SCIENTIFIC-ATLANTA, INC. (collectively, "Plaintiffs"), through their undersigned counsel, file this Complaint against defendant GPNE CORP. ("GPNE") and seek declaratory relief with respect to U.S. Patent Nos. 6,282,406 (the "'2,406 Patent"); 7,200,406 (the "'0,406 Patent"); and 7,209,748 (the "'748 Patent") (collectively referred to as the "Patents-in-Suit"). In support of their Complaint for Declaratory Judgment, Plaintiffs allege as follows:

### The Parties

1.      Cisco Systems, Inc. ("Cisco") is a California corporation having its headquarters in San Jose, California.

2.      Scientific-Atlanta, Inc. ("SA") is a wholly-owned subsidiary of Cisco. SA is a Georgia corporation having its headquarters in Lawrenceville, Georgia.

3.     GPNE is a Delaware corporation.  GPNE has the following registered agent in this judicial district:  Corporation Services Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.  Upon information and belief, GPNE has its principal place of business at 2556 Lemon Road, Unit B101, Honolulu, Hawaii 96815.

4.     GPNE purports to be the owner of each of the Patents-in-Suit, copies of which are attached hereto as Exhibits A-C.

### Jurisdiction and Venue

5.     This is an action for declaratory relief regarding United States patents.

6.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), in that it involves claims arising under the United States Patent Act, 35 U.S.C. § 1 et seq.

7.     This Court may declare the rights and other legal relations of the parties pursuant to 28 U.S.C. §§ 2201 and 2202 because there is a case of actual controversy within the Court's jurisdiction.

8.     This Court has personal jurisdiction over GPNE because, inter alia, GPNE is incorporated in this judicial district and has a registered agent in this judicial district.

9.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

### The Presence Of An Actual Controversy

10.     Plaintiffs manufacture DOCSIS certified cable modems.

11.     Plaintiffs market and sell DOCSIS certified cable modems to companies that own and operate cable systems.  Purchasers of such DOCSIS compliant cable modems include Time

Warner Cable Inc. ("TWC"), Comcast Cable Communications, LLC, ("Comcast") and Charter Communications, Inc. ("Charter").

12.     GPNE has filed, and, on information and belief, recently agreed to dismiss an action alleging that each of TWC, Comcast and Charter infringe the '2,406 Patent by, inter alia, using and selling DOCSIS certified cable modems.

13.     GPNE has informed Plaintiffs that DOCSIS certified cable modems necessarily infringe the '2,406 Patent.

14.     GPNE has also informed Plaintiffs that it is considering enforcing the '0,406 Patent and the '748 Patent against the DOCSIS certified cable modems manufactured and sold by Plaintiffs.

15.     GPNE has specifically informed Plaintiffs that payment of a substantial fee to GPNE can eliminate Plaintiffs' exposure to GPNE's claims of infringement under the Patents-in-Suit with respect to DOCSIS certified cable modems.

16.     Plaintiffs are not willing to make any such payment because they believe DOCSIS certified cable modems do not infringe any valid claim of the Patents-in-Suit.

17.     Based on the foregoing, an actual controversy exists between Plaintiffs and GPNE with the respect to the infringement and validity of the Patents-in-Suit.

### Count I:  Declaration of Rights Regarding
### U.S. Patent No. 6,282,406 (the "'2,406 Patent")

18.     Plaintiffs restate and incorporate by reference each of the allegations of paragraphs 1-17 above.

19.     GPNE claims to be the owner of all legal rights, title and interests in the '2,406 Patent, including the right to enforce the '2,406 Patent.

20.     Plaintiffs have not and do not infringe – directly, contributorily, or by inducement – any valid claim of the '2,406 Patent.

21.     Plaintiffs seek and are entitled to a declaration of non-infringement of the '2,406 Patent and/or invalidity of the '2,406 Patent pursuant to Title 35 of the United States Code.

### Count II:  Declaration of Rights Regarding
### U.S. Patent No. 7,200,406 (the "'0,406 Patent")

22.     Plaintiffs restate and incorporate by reference each of the allegations of paragraphs 1-21 above.

23.     GPNE claims to be the owner of all legal rights, title and interests in the '0,406 Patent, including the right to enforce the '0,406 Patent.

24.     The '0,406 Patent is a continuation of, inter alia, the '2,406 Patent.

25.     Plaintiffs have not and do not infringe – directly, contributorily, or by inducement – any valid claim of the '0,406 Patent.

26.     Plaintiffs seek and are entitled to a declaration of non-infringement of the '0,406 Patent and/or invalidity of the '0,406 Patent pursuant to Title 35 of the United States Code.

### Count III:  Declaration of Rights Regarding
### U.S. Patent No. 7,209,748 (the "'748 Patent")

27.     Plaintiffs restate and incorporate by reference each of the allegations of paragraphs 1-26 above.

28.     GPNE claims to be the owner of all legal rights, title and interests in the '748 Patent, including the right to enforce the '748 Patent.

29.     The '748 Patent is a continuation of, inter alia, the '2,406 Patent.

30.　　Plaintiffs have not and do not infringe – directly, contributorily, or by inducement – any valid claim of the '748 Patent.

31.　　Plaintiffs seek and are entitled to a declaration of non-infringement of the '748 Patent and/or invalidity of the '748 Patent pursuant to Title 35 of the United States Code.

**Prayer for Relief**

WHEREFORE, Plaintiffs pray:

A.　　That this Court find and declare that Plaintiffs' DOCSIS certified cable modems do not infringe and have not infringed, in any manner, the Patents-in-Suit and/or that the Patents-in-Suit are invalid pursuant to Title 35 of the United States Code;

B.　　That this Court award Plaintiffs all of their costs of this action;

C.　　That this Court find that this is an exceptional case and award Plaintiffs their attorneys' fees pursuant to 35 U.S.C. § 285 or otherwise; and

D.　　That this Court grant Plaintiffs such other and further relief as the Court deems just and proper.

**DUANE MORRIS LLP**

Daniel V. Folt (I.D. No. #3143)
Matt Neiderman (I.D. No. #4018)
Aimee M. Czachorowski (I.D. No. #4670)
1100 North Market Street
Wilmington, DE 19801
Phone: (302) 657-4900
Fax:    (302) 657-4901
dfolt@duanemorris.com


OF COUNSEL:
L. Norwood Jameson
Matthew C. Gaudet
Matthew S. Yungwirth
**Duane Morris LLP**
1180 W. Peachtree Street
Suite 700
Atlanta, GA 30309
Phone: (404) 253-6900
Fax:    (404) 253-6901

Dated: October 24, 2007

Exhibit A

US006282406B1

(12) **United States Patent**
Wong et al.

(10) Patent No.: **US 6,282,406 B1**
(45) Date of Patent: *Aug. 28, 2001

(54) **PAGING METHOD AND APPARATUS**

(75) Inventors: **Gabriel K. Wong; Po S. Tsui**, both of Honolulu, HI (US)

(73) Assignee: **Digicomm, Ltd.**, Honolulu, HI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/594,662**

(22) Filed: **Jun. 15, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 08/264,973, filed on Jun. 24, 1994, now Pat. No. 5,542,115.

(51) Int. Cl.⁷ ............................................ H04B 7/00
(52) U.S. Cl. .................................................. 455/31.3
(58) Field of Search ............................ 455/38.1, 38.4, 455/31.1, 31.2, 31.3, 509, 510, 515, 517, 224; 340/825.44, 825.2; 370/330, 336, 350, 436, 450

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 32,365 | 5/1987 | Sebestyen . |
| Re. 33,417 | 10/2000 | Bhagat et al. . |
| 4,224,150 | 9/1980 | Neustein . |
| 4,345,491 | 8/1992 | Fascenda et al. . |
| 4,644,347 | 2/1987 | Lucas et al. . |
| 4,644,351 | 2/1987 | Zabarsky et al. . |
| 4,713,808 | 12/1987 | Gaskill et al. . |
| 4,747,122 | 5/1988 | Bhagat et al. . |
| 4,823,123 | 4/1989 | Siwiak . |
| 4,845,491 | 7/1989 | Fascenda et al. . |
| 4,870,402 | 9/1989 | DeLuca et al. . |
| 4,875,038 | 10/1989 | Siwiak et al. . |
| 4,882,579 | 11/1989 | Siwiak . |

| | | |
|---|---|---|
| 4,914,649 | 4/1990 | Schwendeman et al. . |
| 4,940,963 | 7/1990 | Gutman et al. . |
| 4,978,944 | 12/1990 | Andros et al. . |
| 5,043,721 | 8/1991 | May . |
| 5,086,501 | 2/1992 | DeLuca et al. . |
| 5,109,400 | 4/1992 | Patsiokas et al. . |
| 5,111,197 | 5/1992 | Ichikawa . |
| 5,117,449 | 5/1992 | Metroka et al. . |
| 5,142,279 | 8/1992 | Jasinski et al. . |
| 5,153,582 | 10/1992 | Davis . |
| 5,170,487 | 12/1992 | Peck . |
| 5,206,855 | 4/1993 | Schwendeman et al. . |
| 5,224,150 | 6/1993 | Neustein . |
| 5,247,700 | 9/1993 | Wohl et al. . |
| 5,260,986 | 11/1993 | Pershan . |
| 5,285,496 | 2/1994 | Frank et al. . |

(List continued on next page.)

*Primary Examiner*—Thanh Cong Le
(74) *Attorney, Agent, or Firm*—Beyer Weaver & Thomas, LLP

(57) **ABSTRACT**

A two-way paging system utilizes four local frequencies for transmissions between pager units (22) and a central control station (20). A first local frequency ($f_1$) carries a local clock; a second local frequency ($f_2$) carries communications packets from the central control station to paging units; a third local frequency ($f_3$) carries communication packets from the pager units to the central control station; and a fourth local frequency ($f_4$) carries a status or request signal from the paging units (22) to the central control station (20). Transmissions on the fourth local frequency ($f_4$) are in accordance with a time divided slot allocation among pager units accessing the central control station (20). For a two-way paging system having a plurality of central control stations ($420_a$) servicing a corresponding plurality of cells, a total of eight frequencies are utilized within any one cell. Four of the utilized frequencies are the local frequencies ($f_1$–$f_4$) [which may differ from cell to cell], and four of the utilized frequencies are lower power common frequencies or switching frequencies ($C_1$–$C_4$) which are used to switch or hand-off a pager unit (422) traveling from one cell to another.

**16 Claims, 13 Drawing Sheets**



**US 6,282,406 B1**

Page 2

| | | |
|---|---|---|
| **U.S. PATENT DOCUMENTS** | | |
| 5,396,496 | 3/1995 | Ito et al. . |
| 5,396,537 | 3/1995 | Schwendenman et al. . |
| 5,463,675 | 10/1995 | Gerszberg . |
| 5,485,463 | 1/1996 | Godoroja . |

| | | | |
|---|---|---|---|
| 5,491,469 | | 2/1996 | Schwendeman . |
| 5,542,115 | * | 7/1996 | Wong ................................. 455/507 |
| 5,689,807 | * | 11/1997 | Wong et al. ..................... 455/38.1 |

* cited by examiner



**FIG. 1**



FIG. 2



FIG. 3



**FIG. 4**

# FIG. 5



# FIG. 6



CLOCK TRANSMITTER FREQUENCY $f_1$

CENTRAL COMPUTER TRANSMITTER FREQUENCY $f_2$

PAGER TRANSMITTER FREQUENCY $f_3$

PAGER REQUEST FLAG TRANSMITTER FREQUENCY $f_4$

TIME

$P_1$ TELL THE COMPUTER IT GOT THE REPLY (STEP 140)

$P_1$ PERMISSION SIGNAL (STEP 136)

$P_1$ REQUESTING TO SEND (STEP 214)

COMPUTER TELLS $P_1$ HAD RECEIVED THE MESSAGE (STEP 140)

$P_2$ TELLS THE COMPUTER THAT IT GOT THE MESSAGE (STEP 220)

GIVE $P_2$ PERMISSION TO SEND (STEP 136)

$P_2$ REQUEST TO TRANSMIT (STEP 214)

COMPUTER SENDING MESSAGE TO $P_2$ (STEP 140)

$P_1$ SENDING MESSAGE TO COMPUTER (STEP 220)

GIVE $P_1$ PERMISSION TO TRANSMIT (STEP 136)

$P_1$ REQUEST TO TRANSMIT (STEP 214)

# FIG. 7





FIG. 8

# FIG. 9



P₁ ALIGN ITS CLOCK WITH S₂ FROM C₁ (STEP 504)
P₁ DETECTED NEW SYSTEM INFORMATION ON C₂ (STEP 508)
P₁ REQUESTING NEW FREQUENCIES (STEP 510)
S₂ TELLS PAGER TO IDENTIFY ITSELF (STEP 616)
P₁ SENDS ITS ID INFORMATION ON C₃ (STEP 516)
NEW TIME SLOT AND NEW FREQUENCIES
INFORMATION GIVEN ON C₂ FROM S₂ (STEPS 632 AND 634)



FIG. 10

# FIG. 11





**FIG. 12**



# FIG. 13

US 6,282,406 B1

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## PAGING METHOD AND APPARATUS

This is a continuation of application Ser. No. 08/264,973, filed Jun. 24, 1994, now U.S. Pat. No. 5,542,115, issued Jul. 30, 1996, entitled "PAGING METHOD AND APPARATUS", naming Wong et al. as inventors.

### RELATED APPLICATION DATA

The present application also relates to a number of commonly assigned, copending U.S. patent applications, including U.S. patent application Ser. No. 08/609,976, filed on Feb. 29, 1996, now U.S. Pat. No. 5,689,807, issued Nov. 18, 1997, entitled "PAGING METHOD AND APPARATUS", naming Wong et al. as inventors; U.S. patent application Ser. No. 08/608,629, filed on Feb. 29, 1996, now U.S. Pat. No. 5,729,827, issued Mar. 17, 1998 entitled "PAGER WITH STATION SWITCH REQUEST", naming Wong et al. as inventors; U.S. patent application Ser. No. 08/609,978, filed on Feb. 29, 1996, now U.S. Pat. No. 5,613,212, issued Mar. 18, 1997 entitled "PAGING METHOD AND APPARATUS", naming Wong et al. as inventors; and U.S. patent application Ser. No. 09/259,417, filed on Dec. 9, 1997, entitled "PAGING METHOD AND APPARATUS", naming Wong et al. as inventors. Each of the disclosures of these applications is incorporated herein by reference in its entirety for all purposes.

### BACKGROUND

#### 1. Field of Invention

This invention pertains to communications paging, and particularly to two-way paging method and apparatus.

#### 2. Related Art and Other Considerations

Over the last several decades, pagers have proven to be important communication devices for contacting remotely situated personnel. Whereas primitive pagers provided primarily only a tonal and/or vibratory output, more modern pagers have enhanced output capabilities such as message-bearing alphanumeric displays.

Paging systems have historically been one-way systems. That is, the user receives a paging message from a central terminal but has no way of responding to that message with the pager. Prior art attempts to provide two-way communication capabilities for a pager have included efforts to connect the pager to a telephone (e.g., to a mobile radio telephone). See, for example, U.S. Pat. No. RE 33,417 to Bhagat et al. (which combines an entire radio pager and radiotelephone linked through an automatic dialer) and U.S. Pat. No. 5,117,449 to Metroka, et. al. (which purports to combine paging and cellular radiotelephone functions in a single unit).

Some pagers have the capability of providing an acknowledgment or response to a paging signal. In some such "ack-back" systems, a user operates a reply input device (e.g., a toggle switch, pushbutton switch, or keyboard) when paged. Typically such ack-back systems involve a complex acknowledgement transmission scheme, involving numerous frequencies or frequency sub-bands. Hand-off of the pager, as the pager travels between differing geographic regions or "cells" served by differing central stations, becomes technically cumbersome when multitudinous frequencies are involved.

### SUMMARY

A two-way paging system utilizes four local frequencies for transmissions between pager units and a central control station. A first local frequency carries a local clock; a second local frequency carries communications packets from the central control station to paging units; a third local frequency carries communication packets from the pager units to the central control station; and a fourth local frequency carries a status or request signal from the paging units to the central control station. Transmissions on the fourth local frequency are in accordance with a time divided slot allocation among pager units accessing the central control station.

For a two-way paging system having a plurality of central control stations servicing a corresponding plurality of cells, a total of eight frequencies are utilized within any one cell. Four of the utilized frequencies are the local frequencies, (which may differ from cell to cell), and four of the utilized frequencies are lower power common frequencies or switching frequencies which are used to switch or hand-off a pager unit traveling from one cell to another.

### BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, features, and advantages of the invention will be apparent from the following more particular description of preferred embodiments as illustrated in the accompanying drawings in which reference characters refer to the same parts throughout the various views. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 is a schematic view of a central control station included in a paging system of an embodiment of the invention.

FIG. 2 is a schematic view of a pager unit included in a paging system for use with the central control station of FIG. 1.

FIG. 3 is a flowchart depicting steps executed by the central control station of FIG. 1.

FIG. 4 is a flowchart depicting steps executed by the pager unit of FIG. 2 when in a transmit mode.

FIG. 5 is a flowchart depicting steps executed by the pager unit of FIG. 2 when in a receive mode.

FIG. 6 is a timing diagram reflecting communications between the central control station of FIG. 1 and the pager unit of FIG. 2.

FIG. 7 is a schematic view of a central control station included in a paging system of a second embodiment of the invention.

FIG. 8 is a schematic view of a pager unit included in a paging system for use with the central control station of FIG. 7.

FIG. 9 is a hybrid schematic view and timing diagram for representing switching operations for the paging system of the second embodiment of the invention.

FIG. 10 is a flowchart depicting steps executed by the pager unit of FIG. 8 in connection with a channel switching operation.

FIG. 11 is a flowchart depicting steps executed by the central control station of FIG. 7 in connection with a channel switching operation.

FIG. 12 is a schematic view of a format of a communications packet utilized with embodiments of the invention.

FIG. 13 is a schematic view illustrating a time divided slot allocation technique according to the invention.

### DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a central control station 20 according to a first embodiment of the invention; FIG. 2 shows a paging unit 22 suitable for use with central control station 20.

US 6,282,406 B1

3

As shown in FIG. 1, central control station 20 includes central computer 30; transmitter 32; receiver 34; and computerized telephone answering system 36. Transmitter 32 transmits, via transmitting antenna 42, two local frequencies, namely frequency $f_1$ and frequency $f_2$. Receiver 34 is connected to receiver antenna 44 for reception of two local frequencies, namely frequency $f_3$ and frequency $f_4$. Computerized telephone answering system 36 is connected to a bank of telephones 48.

Central computer 30 of central control station 20 comprises a conventional computer equipped with typical components including a CPU 50; I/O interface 52; and memory 54. Although shown only generally in FIG. 1, it should be understood that memory 54 includes a number of unillustrated memory devices, including (for example) a hard disk drive, RAM, and ROM. FIG. 1 shows that memory 54 has stored therein a pager registration file 55 and a pager directory file 56. Pager files 55 and 56 are typically stored on a hard disk drive of central computer 30, and upon start-up are loadable into a RAM portion of memory 54.

Central computer 30 of central control station 20 further includes a decoder 57 (connected between receiver 34 and I/O interface 52 for decoding in-coming communications information from one or more pager units 22), as well as encoder 58 (connected between I/O interface 52 and transmitter 32 for encoding out-going communications information).

Central control station 20 also includes a clock unit 59 which generates a local clock signal $f_1$clk (which, in turn, is used to modulate frequency $f_1$).

As illustrated further herein, CPU 50 of central control station 20 prepares communications packets for transmission on frequency $f_2$. As generally illustrated in FIG. 12, the communications packets are of a predetermined format, having fields for identification of the central control station, for identification of the addressed pager unit(s) 22, for an operation code, for (optionally) alphanumeric information, and for other conventional packet-type information such as checksum, error correction, and postamble. The preamble and postamble are specially chosen patterns which can be recognized and distinguished from data for the purpose of determining the beginning and ending of a packet. The alphanumeric information can be in a customary binary 8-bit format. The format of FIG. 12 is illustrative only, as such information as the order of the fields can be varied in other embodiments.

Central control station 20 communicates with a plurality of pager units $22_1$, $22_2$, . . . $22_N$. Only one such pager unit, generically referenced as pager unit 22, is specifically illustrated and described herein, it being understood that the construction and operation of other pager units may be similar to the one illustration.

As shown in FIG. 2, pager unit 22 includes a pager receiver antenna 60 which is connected to pager receiver 62. Pager receiver 62 is, in turn, connected through S/D converter 64 within pager computer 70. Receiver 62 receives the two local frequencies $f_1$ and $f_2$, which frequencies have been modulated to carry in-coming communications information (described in more detail below) to pager computer 70. On a communications output side, pager computer 70 outputs out-going communications information to pager transmitter 72 via D/S converter 74. Transmitter 72 broadcasts, on pager antenna 76, the out-going communications information on the two local frequencies $f_3$ and $f_4$.

As also shown in FIG. 2, pager computer 70 includes pager microprocessor 80 which is connected to each of an

4

arithmetic processor 82; a memory system 84 (including both ROM and RAM); and I/O interface 86. I/O interface 86 is connected to a clock unit 87. I/O interface 86 is also connected to receive in-coming decoded communications information from an 8-bit decoder 88 and to output out-going uncoded communications information to an 8-bit encoder 90. Decoder 88 is connected to receive in-coming coded communications information from S/D converter 64; encoder 90 is connected to output out-going coded communications information to D/S converter 74.

Clock unit 87 is settable by suitable inputs thereto so that clock unit 87 generates a local clock signal $f_1$clk having a frequency corresponding to its input. It should be understood that, in other embodiments, the function of clock unit 87 can be performed at least partially by microprocessor 80 using programmed execution.

I/O interface 86 is also connected to supply an on/off signal on line 92 to pager transmitter 72, as well as to facilitate input and output with numerous input/output devices. The input/output devices connected to I/O interface 86 include keyboard 93; beeper 94; vibrator 95; and LCD (alphanumeric) display 96.

Upon manufacture, pager unit 22 is preprogrammed with an identification serial number (e.g., a 7-digit alphanumeric pre-assigned ID number) which is stored in memory 84 (ROM). Pager unit 22 is activated (e.g., at the time of purchase) by inserting a time slot assignment (explained below) both into a predetermined address in memory 84 of pager unit 22 and into pager directory file 56 (stored in memory 54 of central control station 20).

## OPERATION OF FIRST EMBODIMENT

Communication between central control station 20 and pager unit 22 occurs on the four local frequencies, in particular the frequencies $f_1$, $f_2$, $f_3$, and $f_4$ mentioned above. The first frequency ($f_1$) carries the local clock-aligning signal from central control station 20 to paging unit 22. The second frequency ($f_2$) carries a pager command and alphanumeric data from central control station 20 to paging unit 22. The third frequency ($f_3$) carries pager status data and alphanumeric data from, paging unit 22 to central control station 20. The fourth frequency ($f_4$) carries a pager request signal from paging unit 22 to central control station 20. In the illustrated embodiment, the frequencies $f_1$–$f_4$ are preferably chosen so that $f_1 \neq f_2 \neq f_3 \neq f_4$.

As explained in more detail below and illustrated in FIG. 13, in normal non-cell-switching operation, the pager request signal on frequency $f_4$ is transmitted in a predetermined time slot assigned to paging unit 22. The predetermined time slot on frequency $f_4$ is related to the clock-aligning signal (carried by frequency $f_1$) and assigned whereby the fourth frequency is utilizable by a plurality of other paging units. For example, as shown in FIG. 13, a first time slot on frequency $f_4$ is assigned to a pager P1; a second time slot is assigned to page P2, and so on up to time slot n assigned to pager Pn. In the illustrated embodiment, the number of time slots (and accordingly the number of pagers) may be as many as ten thousand or more.

FIG. 3 shows steps executed by CPU 50 of central control station 20 in processing communications to and from one or more paging units. The steps depicted in FIG. 3 are indicative of instructions stored in a ROM portion of memory 54 of central control station 20.

When central control station 20 is started up (step 100), an initialization process (step 102) is conducted. Included in the initialization process is activation of transmitter 32 (so that

US 6,282,406 B1

5

transmitter 32 can transmit at the two frequencies $f_1$ and $f_2$) and activation of receiver 34 (so that receiver 34 can receive the two frequencies $f_3$ and $f_4$). Moreover, frequency $f_1$ is modulated to carry the local clock-aligning signal generated by local clock 59. Then, at step 104, the pager registration file 55 and the pager directory file 56 are loaded from hard disk into a RAM section of memory 54 (step 104).

After initialization and loading of the files 55 and 56, CPU 50 repetitively executes an instruction loop 106. Loop 106 involves checking to determine (at step 108) whether a telephone message is being received (via answering system 36 from one of the telephones in bank 48) and checking to determine (at step 110) whether a pager message is being received (via transmitter 32 from one of the pager units 22).

As used herein, a message, whether originated from a telephone or from a pager, may require a plurality of packets for transmission from a central station 20 to a pager 22 or vise versa. In the ensuing discussion, transmission and reception of messages subsumes transmission and reception one or more packets. In general, the packetization of messages will be invisible to the user, meaning that a user enters a message without regard to the number of packets which might be required to transmit the message. The message typically ends with a user-entered message termination character or message delimiter character. The transmitting device (either central station 20 or pager 22), allocates the message to one or more packets having a format similar to that of FIG. 12, with the last packet in the message bearing the message termination character. Alternatively, the packets may be formatted in a manner to indicate the number of consecutively related packets emanating from a transmitter (e.g., there may be a separate packet field indicating the continuation number of related packets).

Central computer 30 can distinguish between receipt of a telephone message (at step 108) and a pager message (at step 110) by virtue of the fact that I/O interface 52 generates different type of interrupts to CPU 50 depending on the type of message received. If it is determined at step 108 that a telephone message is being received, steps 112, 114, and 116 of FIG. 3 are executed.

In processing a received telephone message, at step 112 central computer 30 extracts out-going communications information from the predeterminately sequenced telephone-entered data. The telephone-entered data, entered via a touchpad of a calling one of the telephones in bank 48, includes by convention an identification (e.g., telephone number) of the calling telephone; an identification of the called pager unit (e.g., the 7-digit alphanumeric pre-assigned ID number); and any character data for transmission followed by a termination character. This out-going communications information is received at central computer 30 in standard DTMF format.

At step 114, using the ID number of the called pager (obtained at step 112) central computer 30 checks the pager registration file 55 and directory file 56 to determine whether the called pager unit is registered with central control station 20. Assuming that the called pager is so registered, at step 114 the central computer 30 also obtains from pager directory file 56 the slot assignment for the called pager unit.

At step 116, central control station 30 transmits communications information to the called pager unit. In this regard, central control station 20 prepares and transmits (on frequency $f_2$) a communications message which includes, among other things, the ID of the called pager unit and the character data received from the telephone for transmission of the pager unit 22. After step 116 is executed, processing returns to loop 106.

6

If it is determined at step 110 that a pager message is being received, even numbered steps 132–140 of FIG. 3 are executed (prior to returning to loop 106). As will be seen hereinafter with respect to FIG. 4, a sending pager unit 22 transmits, in its assigned time slot, a request signal on frequency $f_4$ when the sending pager unit 22 desires to send a message. As central control station 20 is always monitoring frequency $f_4$, a request signal carried by frequency $f_4$ from any pager unit 22 is noted. With reference to the local clock 59, at step 132 CPU 50 determines in what time slot on frequency $f_4$ the request signal is detected. Upon detection of the time slot at step 132, at step 134 CPU 50 consults the pager directory file 56 to determine the identification number of the particular pager unit 22 which originated the request signal.

With the identity of the requesting pager unit 22 now known, at step 136 central control station 20 authorizes the requesting pager unit 22 to transmit its message. In particular, CPU 50 directs preparation of a communications message for transmission on frequency $f_2$. The particular communications packet prepared at step 136 includes an identification of the requesting pager unit (the addressee of the packet), as well as an operation code ("op" code) which commands/authorizes the requesting pager unit 22 to send its message.

At step 138, central control station 20 receives a communications message on frequency $f_3$ sent from the sending (e.g., requesting) pager unit 22. The communications message prepared and sent by the sending pager unit 22 includes packets of similar format to that shown in FIG. 12, and includes an identification of a pager to which the message is ultimately addressed as well as its own identification. At step 138, CPU 50 checks to ensure that the ultimate addressee pager unit is registered in pager files 55 and 56. At step 140, CPU 50 makes any necessary reformatting and/or information substitution in the message, and causes the message to be transmitted on frequency $f_2$. The transmission on frequency $f_2$ required by step 140 includes the identification of the ultimate addressee (e.g., a pager unit 22) as well as an operation code indicating that the transmission includes a relayed message from another pager unit.

Steps executed by a pager unit 22 in connection with its transmission mode are depicted in FIG. 4. Steps executed by a pager unit 22 in connection with its receive mode are depicted in FIG. 5. The term "mode" as used herein does not connote exclusivity at any particular moment, for it should be remembered that at all times pager unit 22 is receiving transmissions on frequencies $f_1$ and $f_2$.

In its transmission mode (see FIG. 4), after start-up (step 200) microprocessor 80 of the transmitting pager unit 22 executes a loop 202 wherein user alphanumeric characters (entered via keyboard 93) are repetitively fetched (at step 204) until an end of message delimiter is detected (at step 206). As entered, the characters fetched at step 204 are displayed on LCD display 96. Entry of the delimiter character at step 206 causes microprocessor 80 to exit loop 202. By convention, the message must include an addressee ID, which addressee ID is likely the ID of another one of the pager units to which the message entered in step 204 is directed.

After entry of the message awaits entry from keyboard 93 of a transmit command at step 212. Assuming that the transmit command is entered at step 212, microprocessor 80 prepares and sends a request signal on frequency $f_4$. As indicated before, the request signal is transmitted on frequency $f_4$ in a time slot assigned to the requesting pager unit

US 6,282,406 B1

7

22. It should be kept in mind that pager unit 22 is all the while receiving the local clock-aligning signal on frequency $f_3$, which enables microprocessor 80 to cause transmission of the request signal on frequency $f_4$ at a time corresponding to the specific time slot allotted to the particular sending pager unit 22.

In the above regard, in accordance with time division techniques, each pager unit $22_1$–$22_N$ (e.g., pagers $P_1$–$P_n$ in FIG. 13) is assigned a selected one of N number of time slots on frequency $f_4$.

After transmission of the request signal at step 214, pager unit 22 awaits receipt of a transmit command from central control station 20. Preparation and transmission of the transmit command/authorization from central control station 20 is described with reference to FIG. 3. Upon receipt of the transmit command/authorization from central control station 20 (step 216), microprocessor 80 prepares (at step 218) a communications message with one or more packets having a format much like that of FIG. 12. The addressee ID and alphanumeric field of packets of the communications message is filled with the message entered in loop 202. At step 220, the sending pager unit 22 broadcasts the communications packet on frequency $f_3$.

If a transmit command is not entered at step 212, or after transmission of the message at step 220, microprocessor 80 awaits entry of at least one of several possible special function keys at step 222. For example, the user may press a function key which requires storage of the message (whether yet transmitted or not) [see step 228]. Alternatively, the user may press function keys which facilitate editing or erasure of the message (see steps 224 and 226, respectively). To complete the message and begin work on another message, a special function key for an exit operation (step 230) must be pressed.

FIG. 5 depicts steps executed by microprocessor 80 of pager unit 22 when in a receive mode. After start-up (step 302), and as indicated by step 304, pager unit 22 receives transmissions from central control station 20 on frequency $f_2$. Once a complete packet is received (determined at step 306), a check is made (at step 308) whether the addressee ID in the communications packet (see packet format of FIG. 12) is the ID of the receiving pager unit 22. If the determinations of either step 306 or 308 are negative, pager unit 22 awaits either completion of the communications packet (in the case of step 306) or receipt of another communications packet (in the case of step 308) by looping back to step 304.

Assuming that the received communications packet is designated for this particular receiving pager unit 22, at step 310 microprocessor 80 consults the operation code field of the communications packet (see FIG. 12) to determine if the operation code indicates that the message includes a command. If the operation code indicates a command, a command processing routine (framed by broken lines 312 in FIG. 5) is executed.

Assuming for the moment that the operation code does not indicate a command, at step 314 microprocessor 80 of pager unit 22 stores the alphanumeric field portion of the communications packet (which at least partially forms the message) in a RAM portion of memory 84. Since a message communicated from central processing station 20 may require several communications packets for completion of the message (with subsequent communication packets providing continuations of the message content), microprocessor 80 checks at step 316 to ensure that the entire message has been received. If not, processing continues back at step 304 for reception of a further communications packet.

8

Upon reception of an entire communications message, at step 318 microprocessor 80 determines whether pager unit 22 is in a beep mode or a vibrate mode. In this regard, there are numerous ways of setting paging unit 22 to the desired mode, either by a specially dedicated switch on paging unit 22 or by data entry using keyboard 93. If pager unit 22 is in a beep mode, microprocessor 80 outputs a signal which causes I/O interface 86 to issue a further signal to activate beeper 94 (step 320). Alternatively, if pager unit 22 is in a vibrate mode, microprocessor 80 outputs a signal which causes I/O interface 86 to issue a further signal to activate vibrator 95 (step 322).

At step 324, microprocessor 80 directs I/O interface 86 to send the alphanumeric message data to LCD display 96, so that the received message can be viewed by the user.

After notification to the user (either via beeper 94 and/or vibrator 95), and display (on LCD 96) of the received alphanumeric data, microprocessor 80 returns to step to 304 to check whether further communications packets are being received.

The command processing routine (framed by broken lines 312 in FIG. 5) first determines (step 330) which particular operation is being commanded. This determination is based on the content of the operation code, which is different for different command types. If the operation code indicates an error shut-down, execution jumps to an error shut-down sub-routine which begins at step 340. If the operation code indicates a time slot change, execution jumps to a change time slot sub-routine which begins at step 350. If the operation code requires transmitter shut-down, execution jumps to a transmitter shut-down sub-routine which begins at step 360. If the operation code requires transmitter re-enablement, execution jumps to a transmitter re-enable sub-routine which begins at step 370. If the operation code requires clock re-set, execution jumps to a clock re-set sub-routine which begins at step 380.

In connection with the error shut down sub-routine, at step 342 microprocessor 80 obtains an indication of error type from the communications packet. The error type is stored in memory 84 (step 344) and then displayed on LCD display 96 (step 346). Then microprocessor 80 issues a command (at step 348) to shut down pager unit 22, which shut-down occurs at step 349.

In connection with the time slot changing sub-routine, at step 352 microprocessor 80 extracts, from the received communications packet, information indicative of the new time slot assigned to the receiving pager unit 22. The new time slot is entered (at step 354) into memory 84 and thereafter utilized (until further change) in connection with transmission of request signals on frequency $f_4$ (see, for example, step 214 of FIG. 4). The time slot changing sub-routine may also include other operations, if desired, including (for example) eliminating unused time slots (thereby increasing scanning rate); diagnosing and trouble shooting; and avoiding interruption of service from malfunctioning or ill-functioning equipment.

In connection with the transmitter shut down sub-routine, at step 362 microprocessor 80 directs I/O interface 86 to issue an OFF command to transmitter 72. In connection with the transmitter re-enable sub-routine, at step 372 microprocessor 80 directs I/O interface 86 to issue an ON command to transmitter 72.

In connection with the clock re-set sub-routine, at step 382 microprocessor 80 directs that clock 59 of pager unit 22 be set.

After execution of steps 354, 362, 372, or 382, execution continues back to step 304 for processing of potential further

| 9 | 10 |

communications packets. Thus, unless an error shutdown is noted, each entry of the command processing routine (framed by broken lines 312 in FIG. 5) is followed by a loop back to step 304.

FIG. 6 is a timing diagram showing the frequencies $f_1$–$f_4$ and integration of the steps depicted in FIGS. 3–5, particularly in the context of a request by a sending pager unit P1 for sending a message to a sendee pager unit P2. As employed in FIG. 6, "computer" refers to central control station 20. It should be understood that the sending pager unit P1 and the sendee pager unit P2 operate in both the transmission mode as depicted in FIG. 4 and in the receiver mode as depicted in FIG. 5. In general, FIG. 6 shows transmission of a message from pager unit P1 (via central control station 20) to pager unit P2; transmission of a confirmation message from pager unit P2 (via central control station 20) to pager unit P1; and transmission of a message from pager unit P1 to central control station 20 indicating that pager unit P1 received the confirmation message from pager unit P2.

## STRUCTURE OF SECOND EMBODIMENT

FIG. 7 shows a central control station 420 according to a second embodiment of the invention; FIG. 8 shows a paging unit 422 suitable for use with central control station 420.

FIG. 9 shows a wide area paging system including a plurality of central control stations S1–S8 (each identical to central control station 420), each preferably geographically centered within a respective cell. Each central control station S1–S8 broadcasts its own local frequencies, as well as a set of common or switching frequencies $C_1$–$C_4$. The common frequencies $C_1$–$C_4$ are broadcast at a lower power, so that reception thereof occurs only in a relatively small neighborhood or common frequency reception region (CFRR) [also referred to as a "switching region"] about the central control station. The local frequencies are broadcast at a significantly greater power for reception substantially throughout the system. For example, in FIG. 9, central control station S1 broadcasts its lower power common frequencies $C_1$–$C_4$ to $CFRR_1$ and its higher power local frequencies $f_1$–$f_4$ to $CELL_1$; central control station S2 broadcasts its higher power common frequencies $C_1$–$C_4$ to $CFRR_2$ and its higher power local frequencies $f_5$–$f_8$ to $CELL_2$.

As also shown in FIG. 9, $CELL_1$ and $CELL_2$ overlap in an overlap region shown in FIG. 9. Station S1 utilizes a set of local frequencies $f_1$–$f_4$; station S2 utilizes a different set of local frequencies $f_5$–$f_8$. Both stations S1 and S2 utilize the same set of common or switching frequencies $C_1$–$C_4$. Thus, each central control station utilizes two sets of frequencies, there being four frequencies in each set, resulting in a total of eight frequencies handled per station.

Thus, the second embodiment of the invention is suitable for a system having a plurality of central control stations $420_x$, $x=1, 2, \ldots, n$. Each central control station $420_x$ transmits and receives a set of local frequencies $f_{x,1}$, $f_{x,2}$, $f_{x,3}$, $f_{x,4}$ in an associated geographical area or cell, as well as the set of common or switch frequencies $C_1$, $C_2$, $C_3$, $C_4$. While the values of the local frequencies $f_{x,1}$, $f_{x,2}$, $f_{x,3}$, $f_{x,4}$ vary from cell to cell (e.g., differ for differing central control stations $420_x$), the values of the common or switch frequencies $C_1$, $C_2$, $C_3$, $C_4$ are uniform through the system (e.g., for all central control stations $420_x$).

Although not shown in FIG. 9, it should be understood that the pattern of central control stations repeats in like manner in all compass directions in accordance with the prescribed geographical boundaries of the paging system.

Moreover, although not specifically illustrated in FIG. 9, it should also be understood that each central control station 420 has an associated CFRR.

The common or switching frequencies $C_1$–$C_4$ have an analogous function to the corresponding local frequencies $f_1$–$f_4$, respectively. In this regard, frequency $C_1$ carries a clock frequency transmitted by central control station(s), although the clock rate on common frequency $C_1$ preferably varies among central control stations. Frequency $C_2$ is used to transmit information from central control station(s) to pager unit(s); frequency $C_3$ is used to transmit information from a pager unit to a central control station; frequency $C_4$ is used by pager units to issue a request signal. Frequency $C_2$ carries packets having a format similar to that of FIG. 12. In analogous manner to frequency $f_2$, the packets carried by frequency $C_2$ may have command codes. Among the $C_2$ command codes are a SYSTEM COMMAND CODE; a LOCAL FREQUENCY DOWNLOAD COMMAND CODE; a SLOT RECOGNITION COMMAND CODE; and a SLOT ASSIGNMENT COMMAND CODE.

As shown in FIG. 7, central control station 420 resembles central control station 20 of the embodiment of FIG. 1 (similar components being assigned the same reference numerals for simplicity). However, central control station 420 is augmented by inclusion of a further transmitter, known as common frequency transmitter 432, together with its common frequency transmission antenna 442, for transmitting the common frequencies $C_1$ and $C_2$. In contrast to the high power transmitter 32, transmitter 432 is a low power transmitter. Further, central control station 420 is augmented by inclusion of a further receiver, known as the common frequency receiver 434, together with its common frequency receiver antenna 444, for reception of the common frequencies $C_3$ and $C_4$.

Central control station 420 of FIG. 7 includes a clock unit 59' which generates two clocking signals—a first or local clocking signal $f_c$clk and a second or common clocking signal $C_1$clk. The local clocking signal $f_c$clk is used to modulate frequency $f_1$; the common clocking signal is used to modulate the common frequency $C_1$.

The computer computers 30 of the central control stations $420_x$ are serially connected to one another by an output line 486A and an input line 486B. In particular, although not expressly shown as such in FIG. 7, computer 30 of FIG. 7 (like that of FIG. 1) includes an I/O interface to which the serial lines 486A and 486B are connected. Serial lines 486A and 486B are used, for example, to update contents of the pager registration file 55 and the pager directory file 56.

As shown in FIG. 8, pager unit 422 resembles pager unit 22 of the embodiment in FIG. 2 (similar components again being assigned the same reference numerals for simplicity).

However, pager unit 422 (in like manner as central control station 420) is augmented by inclusion of a further transmitter, known as common frequency transmitter 572, together with its common frequency transmission antenna 576, for transmitting the common frequencies $C_3$ and $C_4$. Further, central control station 420 is augmented by inclusion of a further receiver, known as the common frequency receiver 434, together with its common frequency receiver antenna 444, for reception of the common frequencies $C_1$ and $C_2$.

The operational frequencies of transmitter 72 and receiver 62 are changeable in accordance with values transmitted on "frequency control" lines from computer 70. In particular, the frequency control lines are connected to I/O interface 86 in computer 70. As described in more detail below, when a

US 6,282,406 B1

11

pager unit 422 migrates into a new CFRR, signals are applied on the frequency control lines in order to switch pager unit 422 from the local frequencies of an old cell to the local frequencies of a new cell associated with the new CFRR into which pager unit 422 migrates.

Pager 422 includes a clock unit 83' which is capable of separately generating local clocking signals $f_c$clk and the common clocking signals $f_{c1}$clk for use by microprocessor 80. These clocking signals are initiated and their frequencies set by appropriate respective inputs to clock unit 83'.

FIG. 8 also shows that pager unit 422 has data I/O unit 596 which includes both an alphanumeric graphic display and a pressure sensitive writing pad. The alphanumeric graphic display is a dot matrix device which can display characters and graphics. The writing pad has a 16×48 dot area.

OPERATION OF SECOND EMBODIMENT

As shown in FIG. 9, a pager unit P1 is assumed to have been operating in CELL₁ and to have previously received the common frequencies $C_3$–$C_4$ and local frequencies $f_1$–$f_2$ from station S1. Now pager unit P1 travels on a route indicated by broken arrow-headed line ROUTE. In travelling along the ROUTE, pager unit P1 continues to operate on local frequencies $f_1$–$f_2$, even as it travels through the cellular overlap region. However, when pager unit P1 enters a new common frequency reception region (i.e., CFRR₂), a switching or hand-off operation occurs. In the switching operation, as explained in more detail below, pager unit P1 obtains common frequencies $C_3$–$C_4$ from central control station S2 and, as a result, can switch from the local frequencies $f_1$–$f_4$ of CELL₁ to the local frequencies $f_5$–$f_8$ of CELL₂. In order to effect the switching or hand-off operation, pager unit P1 executes a channel switching routine; the central control station S2 executes a switching enabling routine.

In connection with the channel switching routine and the switching enabling routine, when pager unit P1 moves into CFRR₂, pager unit P1 will receive the clocking signal on frequency $C_1$ from station S2. At such point, pager unit P1 will automatically align its clock unit with the clocking signal from station S2.

Referring now to the channel switching routine executed by pager P1 subsequent to start-up (step 500), at step 506 pager unit P1 obtains information characterizing the system centered about station S2. Such characterizing information is referred to as system identification or system ID information.

At step 508, microprocessor 80 of pager unit P1 checks to determine if there is any new system ID information acquired on frequency $C_2$. That is, microprocessor 80 checks to determine if system ID information is received on frequency $C_2$ (which can occur only in a CFRR) and, if so, compares the system ID information to the immediately previously-stored system ID information. If the previous and most recently-acquired system IDs are the same, pager unit P1 realizes that it is still in the jurisdiction of the same station (e.g., station S1). If not, pager unit P1 realizes that it has now wandered into a CFRR of a new station (e.g., station S2) and, at step 510, initiates a request on frequency $C_4$ for communication with the central control station (e.g., station S2) for CELL₂.

In the above regard, since pager unit P1 has not yet been assigned a time slot for CELL₂, the request on frequency $C_4$ is randomly made. However, pager unit P1 keeps track of the time slot in which it makes its request to the new central control station (e.g., station S2).

12

Thereafter, pager unit P1 continues to monitor (step 512) communications packets from station S2 on frequency $C_2$, waiting for station S2 to issue a message which references the time slot at which pager unit P1 made its request of step 510. In particular, page unit P1 awaits a message from station S2 on frequency $C_2$ that includes both a SLOT RECOGNITION COMMAND CODE and information stored in the same time slot which pager unit P1 randomly generated. Since the message including the SLOT RECOGNITION COMMAND CODE includes station S2 as the sender and mirrors the slot randomly generated by pager unit P1, pager unit P1 recognizes the message as being addressed to pager unit P1 and considers issuance of such a message by station S2 (see step 612 of FIG. 11) to constitute authority for pager unit P1 to communicate further with station S2. In this regard, at step 514 microprocessor 80 of pager unit P1 determines if there is a match between the time slot of a received message and the time slot at which the random request was made at step 510.

Assuming a match is eventually found at step 514, at step 516 pager unit P1 sends a communications packet on frequency $C_3$ to station S2, with the communications packet including the identification or ID of pager unit P1. Using pager registration file 55, station S2 verifies that the ID of pager unit P1 is a valid ID, and thereafter sends (on frequency $C_2$) to pager unit P1 a message with the command code LOCAL FREQUENCY DOWNLOAD, which message informs pager unit P1 of the values of the local frequencies handled by station S2 (e.g., frequencies $f_5$–$f_8$). Thereafter, as also reflected by step 518, station S2 sends (on frequency $C_2$) to pager unit P1 a message with the command code SLOT ASSIGNMENT COMMAND CODE, which message informs pager unit P1 of its slot assignment on frequency $f_8$. Microprocessor 80 then changes its slot allocation by steps which are similar to those discussed with the afore-mentioned change time slot routine (see steps 350, 352, and 354 of FIG. 5). Step 518 of FIG. 10 reflects reception of the local frequency values and reception of the slot assignment.

After acquisition of all local frequencies and the slot assignment is completed (step 520), microprocessor 80 implements (at step 522) a switch to the new local frequencies (e.g., frequencies $f_5$–$f_8$). in this regard, microprocessor 80 instructs I/O interface 86 to change transmitter 72 from frequencies $f_3$, $f_4$ to frequencies $f_7$, $f_8$; and to change receiver 62 from frequencies $f_1$, $f_2$ to frequencies $f_5$, $f_6$. I/O interface 86 accomplishes the frequency changes by applying appropriate values on the frequency control lines connecting the I/O interface to transmitter 72 and receiver 62, respectively.

After the switch to new local frequencies at step 522, microprocessor 80 loops back to step 506, ultimately to determine when any further switching may be required.

Steps involved in the switching enabling routine executed by a central control station (e.g., station S2) are depicted in FIG. 11. After start-up (step 600), CPU 50 determines executes a loop 602 which enables CPU 50 to clean up its pager directory file 56 and to check if any new pager units have wandered into the cell which it administers.

In particular, at step 604 CPU 50 determines whether its central control station (e.g., S2) has been advised by any other central control station (e.g., S3) that a pager unit, formerly under the control of its central control station (e.g., S2), has come under the control of the other central control station (e.g., S3). Such advisement occurs on the serial links connecting the central control stations 420ₓ, and particularly input serial link 486B. If such advisement occurs, the ID for

US 6,282,406 B1

13

14

the wandered-away pager is deleted from the pager directory file 56 for station S2 (as reflected by steps 606 and 608).

At step 610, CPU 50 causes messages with a SYSTEM COMMAND CODE to be transmitted on frequency $C_2$. As indicated before, messages transmitted on frequency $C_2$ include a packet(s) having a format such as that shown in FIG. 12. The message with the SYSTEM COMMAND CODE particularly includes the central station ID number in its alphanumeric data field.

At step 612, central control station 420 checks to determine if a request signal has been transmitted by any pager unit 422 on frequency $C_4$ (as occurred, for example, in context of the discussion of FIG. 10, particularly step 510). Such a request signal would likely be issued from a pager unit 422 which has just wandered into the CFRR controlled by the central control station (e.g., into $CFRR_2$ controlled by station S2). If no such request signal is detected, loop 602 is again repeated.

In the event that a request signal is detected at step 612, central control station 420 notes specifically the time slot on frequency $C_4$ at which the request occurred (step 614). At this point, such time slot is the only way central control station 420 can identify the in-wandering pager unit 422. Central control station 420 desires for the in-wandering pager unit 422 to transmit its identification (ID), but cannot specifically address the in-wandering pager other than with reference to the detected time slot. Accordingly, at step 616, central control station 420 prepares and transmits a message on frequency $C_2$ which has a SLOT RECOGNITION COMMAND CODE. The message including the SLOT RECOGNITION COMMAND CODE includes station S2 as the sender and mirrors the slot randomly generated by pager unit P1 (e.g, the time slot at which the in-wandering pager unit 422 issued its request). This transmission on frequency $C_2$ constitutes authority for pager unit P1 to transmit its identification.

Step 618 denotes acquisition by central control station 420 of the identification (ID) of the in-wandering pager unit 422. At step 620, central control station 420 checks its pager registration file 55 to determine if the pager ID is a valid ID. If not, an error message is generated and transmitted (at step 622), followed by a command for pager unit P1 to shut down (see step 624).

Assuming that the identification of pager unit 422 was validated at step 620, CPU 50 checks (at step 630) its pager directory file 56 to locate an available time slot for the in-wandering pager unit 422, and then associates the available time slot with the ID of the in-wandering pager unit 422. Then, at step 632, using a message on frequency $C_2$ with a LOCAL FREQUENCY COMMAND CODE, central control station 420 sends the values of its local frequencies (e.g., $f_5$, $f_6$, $f_7$, $f_8$) to the in-wandering pager unit 422. The central control station then (at step 634) assigns to the in-wandering pager unit 422 a new time slot on its local frequencies using a message on frequency $C_2$ with a SLOT ASSIGNMENT COMMAND CODE. Processing of the change time slot command by the in-wandering pager unit 422 is understood with analogous reference to FIG. 5, particularly steps 350, 352, and 354.

Upon completion of step 634, the in wandering pager unit 422 is fully initiated into its new cell (e.g., $CELL_2$), and has left the jurisdiction of its former control station (e.g, $CELL_1$, and station S1). Accordingly, at step 636, CPU 50 requests its I/O interface to issue a command on serial line 486A which advises (using pager ID) that the in-wandering pager 422 is now under its jurisdiction, so that former jurisdictions

(e.g., S1 ) can delete this pager unit from their pager directory files 56. Such deletion is understood with reference to steps 604–608 as above-described.

In addition to illustrating geographical location of pager P1, stations S1 and S2, and cells $CELL_1$ and $CELL_2$, FIG. 9 shows the relative timing of communications occurring on common frequencies $C_1$–$C_4$. FIG. 9 specifically relates the timing of communications transmissions to specific ones of the aforedescribed steps executed by central control station 420 (the switching enabling routine of FIG. 11) and by pager unit 422 (the channel switching routine of FIG. 10).

Although the central control stations $420_x$ use the same common frequencies $C_1$–$C_4$, there is no interference or confusion of these signals transmitted from the control stations $420_x$. The common frequencies $C_1$–$C_4$ are broadcast at a relatively lower power than the local frequencies $f_1$–$f_4$, so that reception of the common frequencies $C_1$–$C_4$ occurs only in a limited neighborhood (CFRR) about the central control station $420_x$. Accordingly, pager units 422 traveling through the system receive messages on the common frequencies $C_1$–$C_4$ only in the limited and non-overlapping CFRRs.

System operational characteristics, such as cell diameter, CFRR diameter, power level of the local frequencies (e.g., $f_1$–$f_4$), and power level of the common frequencies ($C_1$–$C_4$) can be field adjusted to suit numerous factors, including particularly the terrain and topography of the geographical region covered by the system. By way of non-limiting example, in one embodiment, the radius of each cell is on the order of about 20 miles; while the radius of each CFRR is on the order of about 10 miles or less. In the same example, the power for transmission of the local frequencies can be in a range of from about 3 watts to 1000 watts; while the power for transmission of the common frequencies $C_1$–$C_4$ is preferably less than 2 watts.

Thus, the invention provides a two-way paging system which operates independently from a telephone system for wireless data communication between users. The invention minimizes use of available frequencies allowed by the Federal Communications Commission (FCC), using only four local frequencies $f_1$–$f_4$ for any given cell and (for expanded, multi-cellular coverage) only four common or switching frequencies $C_1$–$C_4$. In order to minimize the number of frequencies (e.g., channels) utilized, techniques of time division sharing and synchronization are employed. A transmission power differential between the local frequencies and the common frequencies is also employed. These techniques allow data transmission to be kept separate from different pagers and thus eliminates merging of data.

The switching technique of the present invention provides extended geographical coverage and minimizes paging time by increasing the number of frequencies utilized in a cell from four (e.g, the four local frequencies) to eight (the four local frequencies plus the four common frequencies).

In connection with verification of pager ID, it should be understood that a single pager registration file might be stored in a memory file only one of a plurality of central control stations, and that in such case verification would constitute issuing a search command (on the serial links 486) to locate a pager ID in the one (remote) memory file, with the results of the search being reported back to the inquiring central control station.

The keyboards illustrated herein can, in some embodiments, be multi-language keyboards or writing pads which permit typing of English, Chinese, or Japanese languages, for example. The writing pad is especially useful in countries such as Japan, Thailand, the middle East or

US 6,282,406 B1

15                                                          16

China where English-like alphabets are not used. The writing pad could also be used to sketch and transmit graphics. Moreover, data compression/de-compression techniques can be utilized in connection with data transfer.

While the invention has been particularly shown and described with reference to the preferred embodiments thereof, it will be understood by those skilled in the art that various alterations in form and detail may be made therein without departing from the spirit and scope of the invention. For example, it should be understood that repeaters may be employed within cells to facilitate transmission when a pager unit ventures far from a central control station.

The embodiments of the invention in which an exclusive property or privilege is claimed are defined as follows:

1. A method of operating a data communication system, the data communication system including a communication controller and a plurality of nodes, the method comprising:

transmitting a first signal from the communication controller to a first node, said first signal specifying a timeslot in which the first node may transmit a capacity request signal to the communication controller;

when the first node has data to transmit, and upon receipt of the first signal, transmitting a capacity request signal from the first node to the communication controller, said capacity request signal including a request for an allocation of bandwidth capacity to transmit data from the first node to the communication controller;

in response to the capacity request signal, transmitting a data grant signal from the communication controller to the node, said data grant signal specifying at least one timeslot for the first node to transmit data to the communication controller; and

in response to receiving the data grant signal, transmitting data from the first node to the communication controller.

2. The method of claim 1 further comprising transmitting data from the first node to the communication controller at a timeslot specified by the data grant signal.

3. The method of claim 1, wherein the capacity request signal is a time slotted signal carried on a predetermined frequency.

4. The method of claim 1, wherein said capacity request signal and said data are transmitted to the communication controller via a first channel, and wherein the data grant signal and the first signal are transmitted to the first node via a second channel.

5. The method of claim 4, wherein the first channel is a time-slotted channel carried on a first frequency, and wherein the second channel is a time-slotted channel carried on a second frequency.

6. The method of claim 1 wherein said system is a pager system, wherein said communication controller comprises a base station, and wherein said first node is a pager device.

7. A method of operating a data communication network, the data communication network including a communication controller and a plurality of nodes, the method comprising:

transmitting a request-enabling signal from the communication controller to a first node;

when the first node has data to transmit, and in response to receiving the request-enabling signal, transmitting a request signal from the first node to the communication controller;

in response to receiving the request signal from the first node, transmitting an authorization signal from the communication controller to the first node; and

in response to receiving the authorization signal, transmitting data from the node to the communication controller.

8. The method of claim 7, wherein the request-enabling signal is a time slotted signal carried on a predetermined frequency, said request-enabling signal specifying a particular time slot for the first node to transmit said request signal to the communication controller.

9. The method of claim 7, wherein said request signal and said data are transmitted to the communication controller via a first channel, and wherein the authorization signal and the request-enabling signal are transmitted to the first node via a second channel.

10. The method of claim 9, wherein the first channel is a time-slotted channel carried on a first frequency, and wherein the second channel is a time-slotted channel carried on a second frequency.

11. The method of claim 7 wherein said network is a pager network, wherein said communication controller comprises a base station, and wherein said first node is a pager device.

12. A data communication system comprising:

a communication controller; and

a plurality of nodes in communication with the communication controller;

the communication controller being configured or designed to transmit a request-enabling signal to a first node;

the first node being configured or designed to transmit a request signal to the communication controller in response to receiving the request-enabling signal, the request signal relating to data to be transmitted to the communication controller;

the communication controller being further configured or designed to transmit an authorization signal to the first node in response to receiving the request signal;

the first node being further configured or designed to transmit data to the communication controller in response to receiving the authorization signal.

13. The system of claim 12, wherein the request-enabling signal is a time slotted signal carried on a predetermined frequency, said request-enabling signal specifying a particular time slot for the first node to transmit said request signal to the communication controller.

14. The system of claim 12, wherein said request signal and said data are transmitted to the communication controller via a first channel, and wherein the authorization signal and the request-enabling signal are transmitted to the first node via a second channel.

15. The system of claim 14, wherein the first channel is a time-slotted channel carried on a first frequency, and wherein the second channel is a time-slotted channel carried on a second frequency.

16. The system of claim 12 wherein said system is a pager system, wherein said communication controller comprises central control station, and wherein said first node is a pager device.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,282,406 B1                                    Page 1 of 1
DATED           : August 28, 2001
INVENTOR(S)     : Wong et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

<u>Title page,</u>
Item [63], **Related U.S. Application Data**, please delete the text reading:
"Continuation of application No. 08/264,973, filed on Jun. 24, 1994, now Pat. No.
5,542,115." and replace it with it following:
-- Continuation of application No. 09/259,417, filed on Dec. 9, 1997, now Pat. No.
6,108,520, issue August 22, 2000, which is a continuation of 08/608,629 filed Feb. 29,
1996 now Pat. No. 5,729,827, issued March 17, 1998, which is a divisional of
08/264,973 filed June 24, 1994, now Pat. No. 5,542,115, issued July 30, 1996. --

Signed and Sealed this

Thirteenth Day of April, 2004

JON W. DUDAS
*Acting Director of the United States Patent and Trademark Office*

Exhibit B

US007200406B2

(12) **United States Patent**
Wong et al.

(10) Patent No.:     **US 7,200,406 B2**
(45) Date of Patent:          *Apr. 3, 2007

(54) **NETWORK COMMUNICATION SYSTEM USING A SINGLE RESERVATION REQUEST MADE FROM A NODE TO TRANSMIT ITS DATA**

(75) Inventors: **Gabriel K. Wong**, Honolulu, HI (US); **Po S. Tsui**, Honolulu, HI (US)

(73) Assignee: **GPNE Corp.**, Honolulu, HI (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/350,616**

(22) Filed: **Feb. 8, 2006**

(65) **Prior Publication Data**

US 2006/0128390 A1     Jun. 15, 2006

**Related U.S. Application Data**

(60) Continuation of application No. 09/847,005, filed on May 2, 2001, now Pat. No. 7,031,716, which is a continuation of application No. 09/594,662, filed on Jun. 15, 2000, now Pat. No. 6,282,406, which is a continuation of application No. 09/259,417, filed on Dec. 9, 1997, now Pat. No. 6,108,520, which is a continuation of application No. 08/608,629, filed on Feb. 29, 1996, now Pat. No. 5,729,827, which is a division of application No. 08/264,973, filed on Jun. 24, 1994, now Pat. No. 5,542,115.

(51) **Int. Cl.**
*H04Q 7/20* (2006.01)
*H04Q 7/00* (2006.01)

(52) **U.S. Cl.** ..................... 455/450; 455/509; 455/510; 455/515; 455/516; 455/517; 370/330; 370/336; 370/350; 340/7.2; 340/7.21

(58) **Field of Classification Search** ................ 455/450, 455/509, 510, 515, 516, 517, 436; 370/330, 370/336, 350, 436, 450; 340/7.2, 7.21
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,224,150 A     9/1980     Buriks et al. ............... 210/735

(Continued)

OTHER PUBLICATIONS

Bertsekas, Dimitri, and Gallagher, Robert, Data Networks, pp. 312-317 (Prentice-Hall, Inc., Upper Saddle River, New Jersey 07458, 2nd ed. 1992).

*Primary Examiner*—Matthew Anderson
*Assistant Examiner*—Yuwen Pan
(74) *Attorney, Agent, or Firm*—Fliesler Meyer LLP

(57) **ABSTRACT**

A network communication system is provided for communication between network nodes, including individual nodes and a central control station node. In the network, signals are transmitted from the central control node to identify specific timeslots in which individual nodes may transmit a request signal to the central control node. When a first individual node then has data to transmit, the first individual node transmits a request signal to the central control node in its identified timeslot requesting allocation of time for transmitting a specified amount of data. In response to the request signal, the central control node transmits a grant signal specifying at least one timeslot allocated to the node for transmit its data to the central control node. The first individual node then in response to the grant signal, transmits its data over the specific timeslots.

**96 Claims, 13 Drawing Sheets**



**US 7,200,406 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,345,491 A | 8/1982 | Hannon | 74/831 |
| 4,644,347 A | 2/1987 | Lucas et al. | 340/825.04 |
| 4,644,351 A | 2/1987 | Zabarsky et al. | 340/825.44 |
| RE32,365 E | 3/1987 | Sebestyen | |
| 4,713,808 A | 12/1987 | Gaskill et al. | 370/94 |
| 4,747,122 A | 5/1988 | Bhagat et al. | 379/57 |
| 4,823,123 A | 4/1989 | Siwiak | 340/825.44 |
| 4,845,491 A | 7/1989 | Fascenda et al. | 340/825.44 |
| 4,870,402 A | 9/1989 | DeLuca et al. | 340/825.44 |
| 4,875,038 A | 10/1989 | Siwiak et al. | 340/825.44 |
| 4,882,579 A | 11/1989 | Siwiak | 340/825.44 |
| 4,914,649 A | 4/1990 | Schwendeman et al. | 370/50 |
| 4,940,963 A | 7/1990 | Gutman et al. | 340/313 |
| RE33,417 E | 10/1990 | Bhagat et al. | |
| 4,978,944 A | 12/1990 | Andros et al. | 340/825.44 |
| 5,012,469 A | 4/1991 | Sardana | 370/95.3 |
| 5,043,721 A | 8/1991 | May | 340/825.44 |
| 5,086,501 A | 2/1992 | DeLuca et al. | 395/550 |
| 5,109,400 A | 4/1992 | Patsiokas et al. | 379/57 |
| 5,111,197 A | 5/1992 | Ichikawa | 340/825.44 |
| 5,117,449 A | 5/1992 | Metroka et al. | 379/58 |
| 5,142,279 A | 8/1992 | Jasinski et al. | 340/825.44 |
| 5,153,580 A | 10/1992 | Pollack | 340/825.25 |
| 5,170,487 A | 12/1992 | Peek | 455/45 |
| 5,197,125 A | 3/1993 | Engel et al. | 395/200 |
| 5,206,855 A | 4/1993 | Schwendeman et al. | 370/50 |
| 5,224,150 A | 6/1993 | Neustein | 379/57 |
| 5,247,700 A | 9/1993 | Wohl et al. | 455/33.1 |
| 5,260,986 A | 11/1993 | Pershan | 379/57 |
| 5,261,118 A | 11/1993 | Vanderspool, II et al. | 455/51.2 |
| 5,276,703 A | 1/1994 | Budin et al. | 375/1 |
| 5,278,833 A | 1/1994 | Crisler et al. | 370/95.1 |
| 5,285,496 A | 2/1994 | Frank et al. | 380/9 |
| 5,297,144 A | 3/1994 | Gilbert et al. | 370/95.2 |
| 5,396,496 A | 3/1995 | Ito et al. | 370/50 |
| 5,396,537 A | 3/1995 | Schwendenman | 379/57 |
| 5,463,675 A | 10/1995 | Gerszberg | 379/60 |
| 5,485,463 A | 1/1996 | Godoroja | 370/95.1 |
| 5,491,469 A | 2/1996 | Schwendeman | 340/825.04 |
| 5,521,925 A | 5/1996 | Merakos et al. | 370/95.3 |
| 5,542,115 A | 7/1996 | Wong et al. | 455/53.1 |
| 5,680,398 A | 10/1997 | Robinson | 370/458 |
| 6,108,520 A | 8/2000 | Wong et al. | 455/31.3 |
| 6,282,406 B1 | 8/2001 | Wong et al. | 455/31.3 |



FIG. 1



FIG. 2



FIG. 3

CENTRAL CONTROL FLOW CHART

PAGER TRANSMITTER PROGRAM FLOW CHART



FIG. 4

# FIG. 5
## PAGER RECEIVER PROGRAM FLOW CHART



# FIG. 6



# FIG. 7
## CENTRAL OFFICE LAYOUT





**FIG. 8**
PAGER

# FIG. 9



P₁ ALIGN ITS CLOCK WITH S₂ FROM C₁ (STEP 504)
P₁ DETECTED NEW SYSTEM INFORMATION ON C₂ (STEP 508)
P₁ REQUESTING NEW FREQUENCIES (STEP 510)
S₂ TELLS PAGER TO IDENTIFY ITSELF (STEP 616)
P₁ SENDS ITS ID INFORMATION ON C₃ (STEP 516)
NEW TIME SLOT AND NEW FREQUENCIES
INFORMATION GIVEN ON C₂ FROM S₂ (STEPS 632 AND 634)

### PAGER CHANNEL SWITCHING FLOW CHART



FIG. 10



**FIG. 11**
CENTRAL STATION SWITCHING ENABLING



FIG. 12



FIG. 13

US 7,200,406 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# NETWORK COMMUNICATION SYSTEM USING A SINGLE RESERVATION REQUEST MADE FROM A NODE TO TRANSMIT ITS DATA

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 09/847,005 filed on May 2, 2001 now U.S. Pat. No. 7,031, 716, which is a continuation of application Ser. No. 09/594, 662 filed on Jun. 15, 2000 now U.S. Pat. No. 6,282,406, which is a continuation of application Ser. No. 09/259,417 filed on Dec. 9, 1997 now U.S. Pat. No. 6,108,520, which is a continuation of application Ser. No. 08/608,629 filed on Feb. 29, 1996 now U.S. Pat. No. 5,729,827, which is a divisional of Ser. No. 08/264,973, filed Jun. 24, 1994, now U.S. Pat. No. 5,542,115, issued Jul. 30, 1996, entitled "PAGING METHOD AND APPARATUS", naming Wong, et al. as inventors, all of these applications being incorporated by reference herein in their entirety.

## BACKGROUND

### 1. Technical Field

This invention pertains to communications paging, and particularly to two-way paging method and apparatus.

### 2. Related Art

Over the last several decades, pagers have proven to be important communication devices for contacting remotely situated personnel. Whereas primitive pagers provided primarily only a tonal and/or vibratory output, more modern pagers have enhanced output capabilities such as message-bearing alphanumeric displays.

Paging systems have historically been one-way systems. That is, the user receives a paging message from a central terminal but has no way of responding to that message with the pager. Prior art attempts to provide two-way communication capabilities for a pager have included efforts to connect the pager to a telephone (e.g., to a mobile radio telephone). See, for example, U.S. Pat. No. RE 33,417 to Bhagat et al. (which combines an entire radio pager and radiotelephone linked through an automatic dialer) and U.S. Pat. No. 5,117,449 to Metroka, et. al. (which purports to combine paging and cellular radiotelephone functions in a single unit).

Some pagers have the capability of providing an acknowledgment or response to a paging signal. In some such "ack-back" systems, a user operates a reply input device (e.g., a toggle switch, pushbutton switch, or keyboard) when paged. Typically such ack-back systems involve a complex acknowledgement transmission scheme, involving numerous frequencies or frequency sub-bands. Hand-off of the pager, as the pager travels between differing geographic regions or "cells" served by differing central stations, becomes technically cumbersome when multitudinous frequencies are involved.

## SUMMARY

A two-way paging system utilizes four local frequencies for transmissions between pager units and a central control station. A first local frequency carries a local clock; a second local frequency carries communications packets from the central control station to paging units; a third local frequency carries communication packets from the pager units to the central control station; and a fourth local frequency carries a status or request signal from the paging units to the central control station. Transmissions on the fourth local frequency are in accordance with a time divided slot allocation among pager units accessing the central control station.

For a two-way paging system having a plurality of central control stations servicing a corresponding plurality of cells, a total of eight frequencies are utilized within any one cell. Four of the utilized frequencies are the local frequencies, (which may differ from cell to cell), and four of the utilized frequencies are lower power common frequencies or switching frequencies which are used to switch or hand-off a pager unit traveling from one cell to another.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, features, and advantages of the invention will be apparent from the following more particular description of preferred embodiments as illustrated in the accompanying drawings in which reference characters refer to the same parts throughout the various views. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 is a schematic view of a central control station included in a paging system of an embodiment of the invention.

FIG. 2 is a schematic view of a pager unit included in a paging system for use with the central control station of FIG. 1.

FIG. 3 is a flowchart depicting steps executed by the central control station of FIG. 1.

FIG. 4 is a flowchart depicting steps executed by the pager unit of FIG. 2 when in a transmit mode.

FIG. 5 is a flowchart depicting steps executed by the pager unit of FIG. 2 when in receive mode.

FIG. 6 is a timing diagram reflecting communications between the central control station of FIG. 1 and the pager unit of FIG. 2.

FIG. 7 is a schematic view of a central control station included in a paging system of a second embodiment of the invention.

FIG. 8 is a schematic view of a pager unit included in a paging system for use with the central control station of FIG. 7.

FIG. 9 is a hybrid schematic view and timing diagram for representing switching operations for the paging system of the second embodiment of the invention.

FIG. 10 is a flowchart depicting steps executed by the pager unit of FIG. 8 in connection with a channel switching operation.

FIG. 11 is a flowchart depicting steps executed by the central control station of FIG. 7 in connection with a channel switching operation.

FIG. 12 is a schematic view of a format of a communications packet utilized with embodiments of the invention.

FIG. 13 is a schematic view illustrating a time divided slot allocation technique according to the invention.

## DETAILED DESCRIPTION

FIG. 1 shows a central control station 20 according to a first embodiment of the invention; FIG. 2 shows a paging unit 22 suitable for use with central control station 20.

As shown in FIG. 1, central control station 20 includes central computer 30; transmitter 32; receiver 34; and computerized telephone answering system 36. Transmitter 32

US 7,200,406 B2

3

transmits, via transmitting antenna 42, two local frequencies, namely frequency $f_1$ and frequency $f_2$. Receiver 34 is connected to receiver antenna 44 for reception of two local frequencies, namely frequency $f_3$ and frequency $f_4$. Computerized telephone answering system 36 is connected to a bank of telephones 48.

Central computer 30 of central control station 20 comprises a conventional computer equipped with typical components including a CPU 50; I/O interface 52; and memory 54. Although shown only generally in FIG. 1, it should be understood that memory 54 includes a number of unillustrated memory devices, including (for example) a hard disk drive, RAM, and ROM. FIG. 1 shows that memory 54 has stored therein (among other things) a pager registration file 55 and a pager directory file 56. Pager files 55 and 56 are typically stored on a hard disk drive of central computer 30, and upon start-up are loadable into a RAM portion of memory 54.

Central computer 30 of central control station 20 further includes a decoder 57 (connected between receiver 34 and I/O interface 52 for decoding in-coming communications information from one or more pager units 22), as well as encoder 58 (connected between I/O interface 52 and transmitter 32 for encoding out-going communications information). Central control station 20 also includes a clock unit 59 which generates a local clock signal $f_c$clk (which, in turn, is used to modulate frequency $f_1$).

As illustrated further herein, CPU 50 of central control station 20 prepares communications packets for transmission on frequency $f_2$. As generally illustrated in FIG. 12, the communications packets are of a predetermined format, having fields for identification of the central control station, for identification of the addressed pager unit(s) 22, for an operation code, for (optionally) alphanumeric information, and for other conventional packet-type information such as checksum, error correction, and postamble. The preamble and postamble are specially chosen patterns which can be recognized and distinguished from data for the purpose of determining the beginning and ending of a packet. The alphanumeric information can be in a customary binary 8-bit format. The format of FIG. 12 is illustrative only, as such information as the order of the fields can be varied in other embodiments.

Central control station 20 communicates with a plurality of pager units $22_1, 22_2, \ldots 22_N$. Only one such pager unit, generically referenced as pager unit 22, is specifically illustrated and described herein, it being understood that the construction and operation of other pager units may be similar to the one illustration.

As shown in FIG. 2, pager unit 22 includes a pager receiver antenna 60 which is connected to pager receiver 62. Pager receiver 62 is, in turn, connected through S/D converter 64 within pager computer 70. Receiver 62 receives the two local frequencies $f_1$ and $f_2$, which frequencies have been modulated to carry in-coming communications information (described in more detail below) to pager computer 70. On a communications output side, pager computer 70 outputs out-going communications information to pager transmitter 72 via D/S converter 74. Transmitter 72 broadcasts, on pager antenna 76, the out-going communications information on the two local frequencies $f_3$ and $f_4$.

As also shown in FIG. 2, pager computer 70 includes pager microprocessor 80 which is connected to each of an arithmetic processor; a memory system 84 (including both ROM and RAM); and I/O interface 86. I/O interface 86 is connected to a clock unit 87. I/O interface 86 is also

4

connected to receive in-coming decoded communications information from an 8-bit decoder 88 and to output outgoing uncoded communications information to an 8-bit encoder 90. Decoder 88 is connected to receive in-coming coded communications information from S/D converter 64; encoder 90 is connected to output out-going coded communications information to D/S converter 74.

Clock unit 87 is settable by suitable inputs thereto so that clock unit 87 generates a local clock signal $f_c$clk having a frequency corresponding to its input. It should be understood that, in other embodiments, the function of clock unit 87 can be performed at least partially by microprocessor 80 using programmed execution.

I/O interface 86 is also connected to supply an on/off signal on line 92 to pager transmitter 72, as well as to facilitate input and output with numerous input/output devices. The input/output devices connected to I/O interface 86 include keyboard 93; beeper 94; vibrator 95; and LCD (alphanumeric) display 96.

Upon manufacture, pager unit 22 is preprogrammed with an identification serial number (e.g., a 7-digit alphanumeric pre-assigned ID number) which is stored in memory 84 (ROM). Pager unit 22 is activated (e.g., at the time of purchase) by inserting a time slot assignment (explained below) both into a predetermined address in memory 84 of pager unit 22 and into pager directory file 56 (stored in memory 54 of central control station 20).

Operation of First Embodiment

Communication between central control station 20 and pager unit 22 occurs on the four local frequencies, in particular the frequencies $f_1$, $f_2$, $f_3$, and $f_4$ mentioned above. The first frequency ($f_1$) carries the local clock-aligning signal from central control station 20 to paging unit 22. The second frequency ($f_2$) carries a pager command and alphanumeric data from central control station 20 to paging unit 22. The third frequency ($f_3$) carries pager status data and alphanumeric data from. paging unit 22 to central control station 20. The fourth frequency ($f_4$) carries a pager request signal from paging unit 22 to central control station 20. In the illustrated embodiment, the frequencies $f_1$–$f_4$ are preferably chosen so that $f_1 \neq f_2 \neq f_3 \neq f_4$.

As explained in more detail below and illustrated in FIG. 13, in normal non-cell-switching operation, the pager request signal on frequency $f_4$ is transmitted in a predetermined time slot assigned to paging unit 22. The predetermined time slot on frequency $f_4$ is related to the clock-aligning signal (carried by frequency $f_1$) and assigned whereby the fourth frequency is utilizable by a plurality of other paging units. For example, as shown in FIG. 13, a first time slot on frequency $f_4$ is assigned to a pager P1; a second time slot is assigned to pager P2, and so on up to time slot n assigned to pager Pn. In the illustrated embodiment, the number of time slots (and accordingly the number of pagers) may be as many as ten thousand or more.

FIG. 3 shows steps executed by CPU 50 of central control station 20 in processing communications to and from one or more paging units. The steps depicted in FIG. 3 are indicative of instructions stored in a ROM portion of memory 54 of central control station 20.

When central control station 20 is started up (step 100), an initialization process (step 102) is conducted. Included in the initialization process is activation of transmitter 32 (so that transmitter 32 can transmit at the two frequencies $f_1$ and $f_2$) and activation of receiver 34 (so that receiver 34 can receive the two frequencies $f_3$ and $f_4$). Moreover, frequency $f_1$ is

US 7,200,406 B2

<table>
<tr><td>5</td><td>6</td></tr>
</table>

modulated to carry the local clock-aligning signal generated by local clock 59. Then, at step 104, the pager registration file 55 and the pager directory file 56 are loaded from hard disk into a RAM section of memory 54 (step 104).

After initialization and loading of the files 55 and 56, CPU 50 repetitively executes an instruction loop 106. Loop 106 involves checking to determine (at step 108) whether a telephone message is being received (via answering system 36 from one of the telephones in bank 48) and checking to determine (at step 110) whether a pager message is being received (via transmitter 32 from one of the pager units 22).

As used herein, a message, whether originated from a telephone or from a pager, may require a plurality of packets for transmission from a central station 20 to a pager 22 or vise versa. In the ensuing discussion, transmission and reception of messages subsumes transmission and reception one or more packets. In general, the packetization of messages will be invisible to the user, meaning that a user enters a message without regard to the number of packets which might be required to transmit the message. The message typically ends with a user-entered message termination character or message delimiter character. The transmitting device (either central station 20 or pager 22), allocates the message to one or more packets having a format similar to that of FIG. 12, with the last packet in the message bearing the message termination character. Alternatively, the packets may be formatted in a manner to indicate the number of consecutively related packets emanating from a transmitter (e.g., there may be a separate packet field indicating the continuation number of related packets).

Central computer 30 can distinguish between receipt of a telephone message (at step 108) and a pager message (at step 110) by virtue of the fact that I/O interface 52 generates different type of interrupts to CPU 50 depending on the type of message received. If it is determined at step 108 that a telephone message is being received, steps 112, 114, and 116 of FIG. 3 are executed.

In processing a received telephone message, at step 112 central computer 30 extracts out-going communications information from the predeterminately sequenced telephone-entered data. The telephone-entered data, entered via a touchpad of a calling one of the telephones in bank 48, includes by convention an identification (e.g., telephone number) of the calling telephone; an identification of the called pager unit (e.g., the 7-digit alphanumeric pre-assigned ID number); and any character data for transmission followed by a termination character. This out-going communications information is received at central computer 30 in standard DTMF format.

At step 114, using the ID number of the called pager (obtained at step 112) central computer 30 checks the pager registration file 55 and directory file 56 to determine whether the called pager unit is registered with central control station 20. Assuming that the called pager is so registered, at step 114 the central computer 30 also obtains from pager directory file 56 the slot assignment for the called pager unit.

At step 116, central control station 30 transmits communications information to the called pager unit. In this regard, central control station 20 prepares and transmits (on frequency $f_2$) a communications message which includes, among other things, the ID of the called pager unit and the character data received from the telephone for transmission of the pager unit 22. After step 116 is executed, processing returns to loop 106.

If it is determined at step 110 that a pager message is being received, even numbered steps 132–140 of FIG. 3 are executed (prior to returning to loop 106). As will be seen

hereinafter with respect to FIG. 4, a sending pager unit 22 transmits, in its assigned time slot, a request signal on frequency $f_4$ when the sending pager unit 22 desires to send a message. As central control station 20 is always monitoring frequency $f_4$, a request signal carried by frequency $f_4$ from any pager unit 22 is noted. With reference to the local clock 59, at step 132 CPU 50 determines in what time slot on frequency $f_4$ the request signal is detected. Upon detection of the time slot at step 132, at step 134 CPU 50 consults the pager directory file 56 to determine the identification number of the particular pager unit 22 which originated the request signal.

With the identity of the requesting pager unit 22 now known, at step 136 central control station 20 authorizes the requesting pager unit 22 to transmit its message. In particular, CPU 50 directs preparation of a communications message for transmission on frequency $f_2$. The particular communications packet prepared at step 136 includes an identification of the requesting pager unit (the addressee of the packet), as well as an operation code ("op" code) which commands/authorizes the requesting pager unit 22 to send its message.

At step 138, central control station 20 receives a communications message on frequency $f_3$ sent from the sending (e.g., requesting) pager unit 22. The communications message prepared and sent by the sending pager unit 22 includes packets of similar format to that shown in FIG. 12, and includes an identification of a pager to which the message is ultimately addressed as well as its own identification. At step 138, CPU 50 checks to ensure that the ultimate addressee pager unit is registered in pager files 55 and 56. At step 140, CPU 50 makes any necessary reformatting and/or information substitution in the message, and causes the message to be transmitted on frequency $f_2$. The transmission on frequency $f_2$ required by step 140 includes the identification of the ultimate addressee (e.g., a pager unit 22) as well as an operation code indicating that the transmission includes a relayed message from another pager unit.

Steps executed by a pager unit 22 in connection with its transmission mode are depicted in FIG. 4. Steps executed by a pager unit 22 in connection with its receive mode are depicted in FIG. 5. The term "mode" as used herein does not connote exclusivity at any particular moment, for it should be remembered that at all times pager unit 22 is receiving transmissions on frequencies $f_1$ and $f_2$.

In its transmission mode (see FIG. 4), after start-up (step 200) microprocessor 80 of the transmitting pager unit 22 executes a loop 202 wherein user alphanumeric characters (entered via keyboard 93) are repetitively fetched (at step 204) until an end of message delimiter is detected (at step 206). As entered, the characters fetched at step 204 are displayed on LCD display 96. Entry of the delimiter character at step 206 causes microprocessor 80 to exit loop 202. By convention, the message must include an addressee ID, which addressee ID is likely the ID of another one of the pager units to which the message entered in step 204 is directed.

After entry of the message awaits entry from keyboard 93 of a transmit command at step 212. Assuming that the transmit command is entered at step 212, microprocessor 80 prepares and sends a request signal on frequency $f_4$. As indicated before, the request signal is transmitted on frequency $f_4$ in a time slot assigned to the requesting pager unit 22. It should be kept in mind that pager unit 22 is all the while receiving the local clock-aligning signal on frequency $f_1$, which enables microprocessor 80 to cause transmission

US 7,200,406 B2

7

of the request signal on frequency $f_4$ at a time corresponding to the specific time slot allotted to the particular sending pager unit 22.

In the above regard, in accordance with time division techniques, each pager unit $22_1$–$22_N$ (e.g., pagers $P_1$–$P_N$ in FIG. 13) is assigned a selected one of N number of time slots on frequency $f_4$.

After transmission of the request signal at step 214, pager unit 22 awaits receipt of a transmit command from central control station 20. Preparation and transmission of the transmit command/authorization from central control station 20 is described with reference to FIG. 3. Upon receipt of the transmit command/authorization from central control station 20 (step 216), microprocessor 80 prepares (at step 218) a communications message with one or more packets having a format much like that of FIG. 12. The addressee ID and alphanumeric field of packets of the communications message is filled with the message entered in loop 202. At step 220, the sending pager unit 22 broadcasts the communications packet on frequency $f_3$.

If a transmit command is not entered at step 212, or after transmission of the message at step 220, microprocessor 80 awaits entry of at least one of several possible special function keys at step 222. For example, the user may press a function key which requires storage of the message (whether yet transmitted or not) [see step 228]. Alternatively, the user may press function keys which facilitate editing or erasure of the message (see steps 224 and 226, respectively). To complete the message and begin work on another message, a special function key for an exit operation (step 230) must be pressed.

FIG. 5 depicts steps executed by microprocessor 80 of pager unit 22 when in a receive mode. After start-up (step 302), and as indicated by step 304, pager unit 22 receives transmissions from central control station 20 on frequency $f_2$. Once a complete packet is received (determined at step 306), a check is made (at step 308) whether the addressee ID in the communications packet (see packet format of FIG. 12) is the ID of the receiving pager unit 22. If the determinations of either step 306 or 308 are negative, pager unit 22 awaits either completion of the communications packet (in the case of step 306) or receipt of another communications packet (in the case of step 308) by looping back to step 304.

Assuming that the received communications packet is designated for this particular receiving pager unit 22, at step 310 microprocessor 80 consults the operation code field of the communications packet (see FIG. 12) to determine if the operation code indicates that the message includes a command. If the operation code indicates a command, a command processing routine (framed by broken lines 312 in FIG. 5) is executed.

Assuming for the moment that the operation code does not indicate a command, at step 314 microprocessor 80 of pager unit 22 stores the alphanumeric field portion of the communications packet (which at least partially forms the message) in a RAM portion of memory 84. Since a message communicated from central processing station 20 may require several communications packets for completion of the message (with subsequent communication packets providing continuations of the message content), microprocessor 80 checks at step 316 to ensure that the entire message has been received. If not, processing continues back at step 304 for reception of a further communications packet.

Upon reception of an entire communications message, at step 318 microprocessor 80 determines whether pager unit 22 is in a beep mode or a vibrate mode. In this regard, there are numerous ways of setting paging unit 22 to the desired

8

mode, either by a specially dedicated switch on paging unit 22 or by data entry using keyboard 93. If pager unit 22 is in a beep mode, microprocessor 80 outputs a signal which causes I/O interface 86 to issue a further signal to activate beeper 94 (step 320). Alternatively, if pager unit 22 is in a vibrate mode, microprocessor 80 outputs a signal which causes I/O interface 86 to issue a further signal to activate vibrator 95 (step 322).

At step 324, microprocessor 80 directs I/O interface 86 to send the alphanumeric message data to LCD display 96, so that the received message can be viewed by the user.

After notification to the user (either via beeper 94 and/or vibrator 95), and display (on LCD 96) of the received alphanumeric data, microprocessor 80 returns to step 304 to check whether further communications packets are being received.

The command processing routine (framed by broken lines 312 in FIG. 5) first determines (step 330) which particular operation is being commanded. This determination is based on the content of the operation code, which is different for different command types. If the operation code indicates an error shut-down, execution jumps to an error shut-down sub-routine which begins at step 340. If the operation code indicates a time slot change, execution jumps to a change time slot sub-routine which begins at step 350. If the operation code requires transmitter shut-down, execution jumps to a transmitter shut-down sub-routine which begins at step 360. If the operation code requires transmitter re-enablement, execution jumps to a transmitter reenable sub-routine which begins at step 370. If the operation code requires clock re-set, execution jumps to a clock re-set sub routine which begins at step 380.

In connection with the error shut down sub-routine, at step 342 microprocessor 80 obtains an indication of error type from the communications packet. The error type is stored in memory 84 (step 344) and then displayed on LCD display 96 (step 346). Then microprocessor 80 issues a command (at step 348) to shut down pager unit 22, which shut-down occurs at step 349.

In connection with the time slot changing sub-routine, at step 352 microprocessor 80 extracts, from the received communications packet, information indicative of the new time slot assigned to the receiving pager unit 22. The new time slot is entered (at step 354) into memory 84 and thereafter utilized (until further change) in connection with transmission of request signals on frequency $f_4$ (see, for example, step 214 of FIG. 4).

The time slot changing sub-routine may also include other operations, if desired, including (for example) eliminating unused time slots (thereby increasing scanning rate); diagnosing and trouble shooting; and avoiding interruption of service from malfunctioning or ill-functioning equipment.

In connection with the transmitter shut down sub-routine, at step 362 microprocessor 80 directs I/O interface 86 to issue an OFF command to transmitter 72. In connection with the transmitter re-enable sub-routine, at step 372 microprocessor 80 directs I/O interface 86 to issue an ON command to transmitter 72.

In connection with the clock re-set sub-routine, at step 382 microprocessor 80 directs that clock 59 of pager unit 22 be set.

After execution of steps 354, 362, 372, or 382, execution continues back to step 304 for processing of potential further communications packets. Thus, unless an error shut-down is noted, each entry of the command processing routine (framed by broken lines 312 in FIG. 5) is followed by a loop back to step 304.

9

FIG. 6 is a timing diagram showing the frequencies $f_1$–$f_4$ and integration of the steps depicted in FIGS. 3–5, particularly in the context of a request by a sending pager unit P1 for sending a message to a sendee pager unit P2. As employed in FIG. 6, "computer" refers to central control station 20. It should be understood that the sending pager unit P1 and the sendee pager unit P2 operate in both the transmission mode as depicted in FIG. 4 and in the receiver mode as depicted in FIG. 5. In general, FIG. 6 shows transmission of a message from pager unit P1 (via central control station 20) to pager unit P2; transmission of a confirmation message from pager unit P2 (via central control station 20) to pager unit P1; and transmission of a message from pager unit P1 to central control station 20 indicating that pager unit P1 received the confirmation message from pager unit P2.

Structure of Second Embodiment

FIG. 7 shows a central control station 420 according to a second embodiment of the invention; FIG. 8 shows a paging unit 422 suitable for use with central control station 420.

FIG. 9 shows a wide area paging system including a plurality of central control stations S1–S8 (each identical to central control station 420), each preferably geographically centered within a respective cell. Each central control station S1–S8 broadcasts its own local frequencies, as well as a set of common or switching frequencies $C_1$–$C_4$. The common frequencies $C_1$–$C_4$ are broadcast at a lower power, so that reception thereof occurs only in a relatively small neighborhood or common frequency reception region (CFRR) [also referred to as a "switching region"] about the central control station. The local frequencies are broadcast at a significantly greater power for reception substantially throughout the cell. For example, in FIG. 9, central control station S1 broadcasts its lower power common frequencies $C_1$–$C_4$ to CFRR$_1$ and its higher power local frequencies $f_1$–$f_4$ to CELL; central control station S2 broadcasts its lower power common frequencies $C_1$–$C_4$ to CFRR$_2$ and its higher power local frequencies $f_5$–$f_8$ to CELL$_2$.

As also shown in FIG. 9, CELL$_1$ and CELL$_2$ overlap in an overlap region shown in FIG. 9. Station S1 utilizes a set of local frequencies $f_1$–$f_4$; station S2 utilizes a different set of local frequencies $f_5$–$f_8$. Both stations S1 and S2 utilize the same set of common or switching frequencies $C_1$–$C_4$. Thus, each central control station utilizes two sets of frequencies, there being four frequencies in each set, resulting in a total of eight frequencies handled per station.

Thus, the second embodiment of the invention is suitable for a system having a plurality of central control stations 420$_x$ where x=1, 2, . . . M. Each central control station 420$_x$ transmits and receives a set of local frequencies $f_{L1}$, $f_{L2}$, $f_{L3}$, $f_{L4}$ in an associated geographical area or cell, as well as the set of common or switch frequencies $C_1$, $C_2$, $C_3$, $C_4$. While the values of the local frequencies $f_{L1}$, $f_{L2}$, $f_{L3}$, $f_{L4}$, vary from cell to cell (e.g., differ for differing central control stations 420$_x$), the values of the common or switch frequencies $C_1$, $C_2$, $C_3$, $C_4$ are uniform through the system (e.g., for all central control stations 420$_x$).

Although not shown in FIG. 9, it should be understood that the pattern of central control stations repeats in like manner in all compass directions in accordance with the prescribed geographical boundaries of the paging system. Moreover, although not specifically illustrated in FIG. 9, it should also be understood that each central control station 420 has an associated CFRR.

10

The common or switching frequencies $C_1$–$C_4$ have an analogous function to the corresponding local frequencies $f_1$–$f_4$, respectively. In this regard, frequency $C_1$ carries a clock frequency transmitted by central control station(s), although the clock rate on common frequency $C_1$ preferably varies among central control stations. Frequency $C_2$ is used to transmit information from central control station(s) to pager unit(s); frequency $C_3$ is used to transmit information from a pager unit to a central control station; frequency $C_4$ is used by pager units to issue a request signal. Frequency $C_2$ carries packets having a format similar to that of FIG. 12. In analogous manner to frequency $f_2$, the packets carried by frequency $C_2$ may have command codes. Among the $C_2$ command codes are a SYSTEM COMMAND CODE; a LOCAL FREQUENCY DOWNLOAD COMMAND CODE; a SLOT RECOGNITION COMMAND CODE; and a SLOT ASSIGNMENT COMMAND CODE.

As shown in FIG. 7, central control station 420 resembles central control station 20 of the embodiment of FIG. 1 (similar components being assigned the same reference numerals for simplicity). However, central control station 420 is augmented by inclusion of a further transmitter, known as common frequency transmitter 432, together with its common frequency transmission antenna 442, for transmitting the common frequencies $C_1$ and $C_2$. In contrast to the high power transmitter 32, transmitter 432 is a low power transmitter. Further, central control station 420 is augmented by inclusion of a further receiver, known as the common frequency receiver 434, together with its common frequency receiver antenna 444, for reception of the common frequencies $C_3$ and $C_4$.

Central control station 420 of FIG. 7 includes a clock unit 59' which generates two clocking signals—a first or local clocking signal $f_L$clk and a second or common clocking signal $C_f$clk. The local clocking signal $f_L$clk is used to modulate frequency $f_1$; the common clocking signal is used to modulate the common frequency $C_1$.

The central computers 30 of the central control stations 420 are serially connected to one another by an output line 486A and an input line 486B. In particular, although not expressly shown as such in FIG. 7, computer 30 of FIG. 7 (like that of FIG. 1) includes an I/O interface to which the serial lines 486A and 486B are connected. Serial lines 486A and 486B are used, for example, to update contents of the pager registration file 55 and the pager directory file 56.

As shown in FIG. 8, pager unit 422 resembles pager unit 22 of the embodiment of FIG. 2 (similar components again being assigned the same reference numerals for simplicity). However, pager unit 422 (in like manner as central control station 420) is augmented by inclusion of a further transmitter, known as common frequency transmitter 572, together with its common frequency transmission antenna 576, for transmitting the common frequencies $C_3$ and $C_4$. Further, central control station 420 is augmented by inclusion of a further receiver, known as the common frequency receiver 434, together with its common frequency receiver antenna 444, for reception of the common frequencies $C_1$ and $C_2$.

The operational frequencies of transmitter 72 and receiver 62 are changeable in accordance with values transmitted on "frequency control" lines from computer 70. In particular, the frequency control lines are connected to I/O interface 86 in computer 70. As described in more detail below, when a pager unit 422 migrates into a new CFRR, signals are applied on the frequency control lines in order to switch pager unit 422 from the local frequencies of an old cell to the

US 7,200,406 B2

11                                                    12

local frequencies of a new cell associated with the new CFRR into which pager unit 422 migrates.

Pager 422 includes a clock unit 83' which is capable of separately generating local clocking signals $f_{\ell}$clk and the common clocking signals $f_{co}$clk for use by microprocessor 80. These clocking signals are initiated and their frequencies set by appropriate respective inputs to clock unit 83'.

FIG. 8 also shows that pager unit 422 has data I/O unit 596 which includes both an alphanumeric graphic display and a pressure sensitive writing pad. The alphanumeric graphic display is a dot matrix device which can display characters and graphics. The writing pad has a 16x48 dot area.

OPERATION OF SECOND EMBODIMENT

As shown in FIG. 9, a pager unit P1 is assumed to have been operating in CELL$_1$ and to have previously received the common frequencies $C_1$–$C_4$ and local frequencies $f_1$–$f_2$ from station S1. Now pager unit P1 travels on a route indicated by broken arrow-headed line ROUTE. In traveling along the ROUTE, pager unit P1 continues to operate on local frequencies $f_1$–$f_2$, even as it travels through the cellular overlap region. However, when page unit P1 enters a new common frequency reception region (i.e., CFRR$_2$), a switching or hand-off operation occurs. In the switching operation, as explained in more detail below, pager unit P1 obtains common frequencies $C_1$–$C_4$ from central control station S2 and, as a result, can switch from the local frequencies $f_1$–$f_4$ of CELL$_1$ to the local frequencies $f_5$–$f_8$ of CELL$_2$. In order to effect the switching or hand-off operation, pager unit P1 executes a channel switching routine; the central control station S2 executes a switching enabling routine.

In connection with the channel switching routine and the switching enabling routine, when pager unit P1 moves into CFRR$_2$, pager unit P1 will receive the clocking signal on frequency $C_1$ from station S2. At such point, pager unit P1 will automatically align its clock unit with the clocking signal from station S2.

Referring now to the channel switching routine executed by pager P1 subsequent to start-up (step 500), at step 506 pager unit P1 obtains information characterizing the system centered about station S2. Such characterizing information is referred to as system identification or system ID information.

At step 508, microprocessor 80 of pager unit P1 checks to determine if there is any new system ID information acquired on frequency $C_2$. That is, microprocessor 80 checks to determine if system ID information is received on frequency $C_2$ (which can occur only in a CFRR) and, if so, compares the system ID information to the immediately previously-stored system ID information. If the previous and most recently-acquired system IDs are the same, pager unit P1 realizes that it is still in the jurisdiction of the same station (e.g., station S1). If not, pager unit P1 realizes that it has now wandered into a CFRR of a new station (e.g., station S2) and, at step 510, initiates a request on frequency $C_4$ for communication with the central control station (e.g., station S2) for CELL$_2$.

In the above regard, since pager unit P1 has not yet been assigned a time slot for CELL$_2$, the request on frequency $C_4$ is randomly made. However, pager unit P1 keeps track of the time slot in which it makes its request to the new central control station (e.g., S2).

Thereafter, pager unit P1 continues to monitor (step 512) communications packets from station S2 on frequency $C_2$, waiting for station S2 to issue a message which references the time slot at which pager unit P1 made its request of step 510. In particular, page unit P1 awaits a message from station S2 on frequency $C_2$ that includes both a SLOT RECOGNITION COMMAND CODE and information stored in the same time slot which pager unit P1 randomly generated. Since the message including the SLOT RECOGNITION COMMAND CODE includes station S2 as the sender and mirrors the slot randomly generated by pager unit P1, pager unit P1 recognizes the message as being addressed to pager unit P1 and considers issuance of such a message by station S2 (see step 612 of FIG. 11) to constitute authority for pager unit P1 to communicate further with station S2. In this regard, at step 514 microprocessor 80 of pager unit P1 determines if there is a match between the time slot of a received message and the time slot at which the random request was made at step 510.

Assuming a match is eventually found at step 514, at step 516 pager unit P1 sends a communications packet on frequency $C_3$ to station S2, with the communications packet including the identification or ID of pager unit P1. Using pager registration file 55, station S2 verifies that the ID of pager unit P1 is a valid ID, and thereafter sends (on frequency $C_2$) to pager unit P1 a message with the command code LOCAL FREQUENCY DOWNLOAD, which message informs pager unit P1 of the values of the local frequencies handled by station S2 (e.g., frequencies $f_5$–$f_8$). Thereafter, as also reflected by step 518, station S2 sends (on frequency $C_2$) to pager unit P1 a message with the command code SLOT ASSIGNMENT COMMAND CODE, which message informs pager unit P1 of its slot assignment on frequency $f_8$. Microprocessor 80 then changes its slot allocation by steps which are similar to those discussed with the afore-mentioned change time slot routine (see steps 350, 352, and 354 of FIG. 5). Step 518 of FIG. 10 reflects reception of the local frequency values and reception of the slot assignment.

After acquisition of all local frequencies and the slot assignment is completed (step 520), microprocessor 80 implements (at step 522) a switch to the new local frequencies (e.g., frequencies $f_5$–$f_8$). In this regard, microprocessor 80 instructs I/O interface 86 to change transmitter 72 from frequencies $f_3$, $f_4$ to frequencies $f_7$, $f_8$; and to change receiver 62 from frequencies $f_1$, $f_2$ to frequencies $f_5$, $f_6$. I/O interface 86 accomplishes the frequency changes by applying appropriate values on the frequency control lines connecting the I/O interface to transmitter 72 and receiver 62, respectively.

After the switch to new local frequencies at step 522, microprocessor 80 loops back to step 506, ultimately to determine when any further switching may be required.

Steps involved in the switching enabling routine executed by a central control station (e.g., station S2) are depicted in FIG. 11. After start-up (step 600), CPU 50 determines executes a loop 602 which enables CPU 50 to clean up its pager directory file 56 and to check if any new pager units have wandered into the cell which it administers.

In particular, at step 604 CPU determines whether its central control station (e.g., S2) has been advised by any other central control station (e.g., S3) that a pager unit, formerly under the control of its central control station (e.g., S2), has come under the control of the other central control station (e.g., S3). Such advisement occurs on the serial links connecting the central control stations 420$_x$, and particularly input serial link 486B. If such advisement occurs, the ID for the wandered-away pager is deleted from the pager directory file 56 for station S2 (as reflected by steps 606 and 608).

At step 610, CPU 50 causes messages with a SYSTEM COMMAND CODE to be transmitted on frequency $C_2$. As

13

indicated before, messages transmitted on frequency $C_2$ include a packet(s) having a format such as that shown in FIG. 12. The message with the SYSTEM COMMAND CODE particularly includes the central station ID number in its alphanumeric data field.

At step 612, central control station 420 checks to determine if a request signal has been transmitted by any pager unit 422 on frequency $C_4$ (as occurred, for example, in context of the discussion of FIG. 10, particularly step 510). Such a request signal would likely be issued from a pager unit 422 which has just wandered into the CFRR controlled by the central control station (e.g., into $CFRR_2$ controlled by station S2). If no such request signal is detected, loop 602 is again repeated.

In the event that a request signal is detected at step 612, central control station 420 notes specifically the time slot on frequency $C_4$ at which the request occurred (step 614). At this point, such time slot is the only way central control station 420 can identify the in-wandering pager unit 422. Central control station 420 desires for the in-wandering pager unit 422 to transmit its identification (ID), but cannot specifically address the in-wandering pager other than with reference to the detected time slot. Accordingly, at step 616, central control station 420 prepares and transmits a message on frequency $C_2$ which has a SLOT RECOGNITION COMMAND CODE. The message including the SLOT RECOGNITION COMMAND CODE includes station S2 as the sender and mirrors the slot randomly generated by pager unit P1 (e.g., the time slot at which the in-wandering pager unit 422 issued its request). This transmission on frequency $C_2$ constitutes authority for pager unit P1 to transmit its identification.

Step 618 denotes acquisition by central control station 420 of the identification (ID) of the in-wandering pager unit 422. At step 620, central control station 420 checks its pager registration file 55 to determine if the pager ID is a valid ID. If not, an error message is generated and transmitted (at step 622), followed by a command for pager unit P1 to shut down (see step 624).

Assuming that the identification of pager unit 422 was validated at step 620, CPU 50 checks (at step 630) its pager directory file 56 to locate an available time slot for the in wandering pager unit 422, and then associates the available time slot with the ID of the in-wandering pager unit 422. Then, at step 632, using a message on frequency $C_2$ with a LOCAL FREQUENCY DOWNLOAD COMMAND CODE, central control station 420 sends the values of its local frequencies (e.g., $f_5$, $f_6$, $f_7$, $f_8$) to the in-wandering pager unit 422. The central control station then (at step 634) assigns to the in-wandering pager unit 422 a new time slot on its local frequencies using a message on frequency $C_2$ with a SLOT ASSIGNMENT COMMAND CODE. Processing of the change time slot command by the in-wandering pager unit 422 is understood with analogous reference to FIG. 5, particularly steps 350, 352, and 354.

Upon completion of step 634, the in-wandering pager unit 422 is fully initiated into its new cell (e.g., $CELL_2$), and has left the jurisdiction of its former control station (e.g., $CELL_1$ and station S1). Accordingly, at step 636, CPU 50 requests its I/O interface to issue a command on serial line 486A which advises (using pager ID) that the in-wandering pager 422 is now under its jurisdiction, so that former jurisdictions (e.g., S1) can delete this pager unit from their pager directory files 56. Such deletion is understood with reference to steps 604–608 as above-described.

In addition to illustrating geographical location of pager P1, stations S1 and S2, and cells $CELL_1$ and $CELL_2$, FIG.

14

9 shows the relative timing of communications occurring on common frequencies $C_1$–$C_4$. FIG. 9 specifically relates the timing of communications transmissions to specific ones of the aforedescribed steps executed by central control station 420 (the switching enabling routine of FIG. 11) and by pager unit 422 (the channel switching routine of FIG. 10).

Although the central control stations $420_x$ use the same common frequencies $C_1$–$C_4$, there is no interference or confusion of these signals transmitted from the control stations $420_x$. The common frequencies $C_1$–$C_4$ are broadcast at a relatively lower power than the local frequencies $f_1$–$f_4$ so that reception of the common frequencies $C_1$–$C_4$ occurs only in a limited neighborhood (CFRR) about the central control station $420_x$. Accordingly, pager units 422 traveling through the system receive common frequencies $C_1$–$C_4$ only in the limited and non-overlapping CFRRs.

System operational characteristics, such as cell diameter, CFRR diameter, power level of the local frequencies (e.g., $f_1$–$f_4$), and power level of the common frequencies ($C_1$–$C_4$) can be field adjusted to suit numerous factors, including particularly the terrain and topography of the geographical region covered by the system. By way of non-limiting example, in one embodiment, the radius of each cell is on the order of about 20 miles; while the radius of each CFRR is on the order of about 10 miles or less. In the same example, the power for transmission of the local frequencies can be in a range of from about 3 watts to 1000 watts; while the power for transmission of the common frequencies $C_1$–$C_4$ is preferably less than 2 watts.

Thus, the invention provides a two-way paging system which operates independently from a telephone system for wireless data communication between users. The invention minimizes use of available frequencies allowed by the Federal Communications Commission (FCC), using only four local frequencies $f_1$–$f_4$ for any given cell and (for expanded, multi-cellular coverage) only four common or switching frequencies $C_1$–$C_4$. In order to minimize the number of frequencies (e.g., channels) utilized, techniques of time division sharing and synchronization are employed. A transmission power differential between the local frequencies and the common frequencies is also employed. These techniques allow data transmission to be kept separate from different pagers and thus eliminates merging of data.

The switching technique of the present invention provides extended geographical coverage and minimizes paging time by increasing the number of frequencies utilized in a cell from four (e.g., the four local frequencies) to eight (the four local frequencies plus the four common frequencies).

In connection with verification of pager ID, it should be understood that a single pager registration file might be stored in a memory file only one of a plurality of central control stations, and that in such case verification would constitute issuing a search command (on the serial links 486) to locate a pager ID in the one (remote) memory file, with the results of the search being reported back to the inquiring central control station.

The keyboards illustrated herein can, in some embodiments, be multi-language keyboards or writing pads which permit typing of English, Chinese, or Japanese languages, for example. The writing pad is especially useful in countries such as Japan, Thailand, the middle East or China where English-like alphabets are not used. The writing pad could also be used to sketch and transmit graphics. Moreover, data compression/de-compression techniques can be utilized in connection with data transfer.

While the invention has been particularly shown and described with reference to the preferred embodiments

US 7,200,406 B2

15

thereof, it will be understood by those skilled in the art that various alterations in form and detail may be made therein without departing from the spirit and scope of the invention. For example, it should be understood that repeaters may be employed within cells to facilitate transmission when a pager unit ventures far from a central control station.

What is claimed is:

1. A method of communicating data comprising:
receiving a first signal transmitted from a communication controller at a first network node, the first signal including information relating to at least one timeslot in which the first node may transmit a request signal to the communication controller;
transmitting from the first node to the communication controller the request signal in response to receipt of the first signal, the request signal including a request for allocation of time for transmitting a specified amount of data from the first node to the communication controller;
receiving a second signal from the communication controller transmitted to the first node in response to the request signal, said second signal including information specifying at least one timeslot allocated to the first node for transmitting the data to the communication controller; and
transmitting the data from the first node to the communication controller in response to the second signal.

2. The method of claim 1, wherein said first signal received by the first node from the communication controller includes information specifying at least one frequency allocated to the first node for transmitting its request signal.

3. The method of claim 1, wherein said second signal includes information specifying at least one frequency allocated to the first node for transmitting the data to the communication controller.

4. The method of claim 1, wherein the first node transmits randomly generated information to the communication controller.

5. The method of claim 4, wherein said randomly generated information may be generated by the first node.

6. The method of claim 4, wherein said randomly generated information is randomly generated identification information.

7. The method of claim 6, wherein said randomly generated identification information is at least temporarily associated with the first node.

8. The method of claim 4, wherein said randomly generated information is time derived identifying information which is at least temporarily associated with the first node.

9. The method of claim 1, wherein the first node is at least in part defined by the cell where the first node is transmitting, at least in part by defined by the at least one frequency the first node is transmitting over and at least in part defined by the at least one timeslot the first node is transmitting in.

10. The method of claim 1, wherein the communication controller transmits randomly generated information to the first node.

11. The method of claim 4, wherein the communication controller transmits randomly generated information back to the first node.

12. The method of claim 10, further comprising the step of: transmitting node identification information from the first node to the communication controller subsequent to the first node receiving said randomly generated information from the communication controller.

13. The method of claim 1, wherein the data transmitted by the first node comprises an amount of data comprising at

16

least one data packet, wherein said at least one data packet comprises information relating to a number of related data packets making up the data transmitted by the first node.

14. The method of claim 13, wherein the information relating to the number of related packets is a countdown value.

15. The method of claim 13, wherein the last data packet of the amount of data transmitted by the first node contains information indicating that the last data packet is the final data packet.

16. The method of claim 1, wherein the at least one timeslot in which the first node may transmit the request signal is one of a series of timeslots where the network nodes can transmit requests, the series of timeslots occurring repeatedly after transmission of the first signal from the communication controller and continuing after receipt of the request signal transmitted to the communication controller.

17. The method of claim 16, wherein the series of timeslots where the network nodes can transmit requests occurs repeatedly without being disabled during operation of the communication controller.

18. The method of claim 1, wherein the at least one timeslot allocated by the communication controller to the first node in the second signal is assigned exclusively to the first node.

19. The method of claim 18, wherein the at least one timeslot allocated by the communication controller to the first node is an allocation of at least one timeslot within at least one frequency.

20. The method of claim 1, wherein said request signal is transmitted from the first node to the communication controller via a channel comprised of at least one timeslot within at least one frequency,
wherein said first signal is transmitted from the communication controller to the first node via a channel comprised of at least one timeslot within at least one frequency,
wherein said second signal is transmitted from the communication controller to the first node via a channel comprised of at least one timeslot within at least one frequency,
wherein said data is transmitted from the first node to the communication controller via a channel comprised of at least one timeslot within at least one frequency,
wherein the request signal may be provided on a separate channel than the data within a frequency,
wherein the first signal may be provided on a separate channel than the second signal within a frequency, and
wherein the number of timeslots and frequencies utilized for communication between the first node and the communication controller need not be fixed.

21. The method of claim 1, wherein the first signal transmitted from the communication controller to the at least one network node including the first node is transmitted on a common control channel, wherein said common control channel is at least one timeslot within at least one frequency wherein the communication controller transmits information to at least one network node including the first node regarding random access timeslot request opportunities.

22. The method of claim 1, wherein the request signal transmitted from the first node to the communication controller is transmitted on a common control channel, wherein said common control channel is at least one timeslot within at least one frequency wherein at least one network node including the first node may transmit a random access request signal.

US 7,200,406 B2

**17**

23. The method of claim 1, wherein the second signal is transmitted from the communication controller to the first node on a common control channel, wherein said common control channel is at least one timeslot within at least one frequency wherein the communication controller transmits timeslot assignment information.

24. The method of claim 1, wherein the data transmitted from the first node to the communication controller is transmitted on at least one dedicated channel, wherein said at least one dedicated channel is at least one timeslot within at least one frequency assigned exclusively to a node for transmitting data to the communication controller.

25. The method of claim 1, wherein the first signal is a recurring signal transmitted from the communication controller to at least one network node,

   wherein transmissions between the communication controller and a plurality of network nodes may occur simultaneously over at least one frequency,

   wherein the state of operation for each relative node of the plurality of nodes comprises at least a first state for monitoring for a first signal from the communication controller, at least a second state for transmitting a request from the relative node to the communication controller, at least a third state for monitoring for a second signal from the communication controller and at least a fourth state for transmitting data, and

   wherein the relative state for each relative node from the plurality of nodes is determined by the associated state of operation for each relative node.

26. The method of claim 25, wherein each relative node from the plurality of nodes may operate at a different relative state of operation for each relative node in relation to other nodes from the plurality of nodes.

27. The method of claim 25, wherein the state of operation for each relative node comprises at least one other state for receiving incoming data transmissions from the communication controller.

28. The method of claim 25, wherein the state of operation also comprises at least one other state for receiving data transmissions from the communication controller.

29. The method of claim 27, wherein a node may operate in more than one state at any given period.

30. The method of claim 29, wherein a node may simultaneously send and receive transmissions.

31. The method of claim 1, further comprising:

   receiving an additional first signal transmitted from a communication controller at a second node, the additional first signal including information relating to at least one timeslot in which the second node may transmit a request signal to the communication controller;

   transmitting the additional request signal from the second node to the communication controller, said additional request signal transmitted from the second node to the communication controller in response to the second node receiving the additional first signal, the additional request signal including a request for allocation of time for transmitting a specified amount of additional data from the second node to the communication controller;

   receiving an additional second signal from the communication controller transmitted to the second node in response to the communication controller receiving the additional request signal from the second node, said additional second signal including information specifying at least one timeslot allocated to the second node for transmitting the additional data to the communication controller; and

**18**

transmitting the additional data transmitted from the second node to the communication controller.

32. The method of claim 31, wherein said additional first signal transmitted from the communication controller to the second node is transmitted at any time after the communication controller has transmitted the first signal from the communication controller to the first node.

33. The method of claim 32, wherein the transmissions from and subsequent signal receptions by the second node after receipt of said additional first signal from the communication controller may occur at any time after the communication controller has transmitted the first signal from the communication controller to the first node, including at least any time prior to the communication controller receiving all the data transmitted from the first node.

34. The method of claim 31, wherein said additional request signal transmitted from the second node to the communication controller includes information randomly generated by the second node.

35. The method of claim 31, wherein said second signal transmitted from the communication controller to the second node includes said information randomly generated by the second node.

36. The method of claim 31, wherein said additional first signal received by the second node from the communication controller includes information specifying at least one frequency allocated to the second node for transmitting the additional request signal.

37. The method of claim 31, wherein said second additional signal includes information specifying at least one frequency allocated to the second node for transmitting the additional data to the communication controller.

38. The method of claim 31, wherein the at least one timeslot allocated by the communication controller to the second node in the additional second signal is assigned exclusively to the second node.

39. The method of claim 38, wherein the at least one timeslot allocated by the communication controller to the second node is an allocation of at least one timeslot within at least one frequency.

40. The method of claim 31, wherein said additional request signal is transmitted from the second node to the communication controller via a channel comprised of at least one timeslot within at least one frequency,

   wherein said additional first signal is transmitted from the communication controller to the second node via a channel comprised of at least one timeslot within at least one frequency,

   wherein said additional second signal is transmitted from the communication controller to the second node via a channel comprised of at least one timeslot within at least one frequency,

   wherein said additional data is transmitted from the second node to the communication controller via a channel comprised of at least one timeslot within at least one frequency,

   wherein the additional request signal may be provided on a separate channel than the additional data within a frequency,

   wherein the additional first signal may be provided on a separate channel than the additional second signal within a frequency, and

   wherein the number of timeslots and frequencies utilized for communication between the second node and the communication controller need not be fixed.

41. The method of claim 31, wherein the second node receives information transmitted from the communication

US 7,200,406 B2

19

controller relating to at least one frequency the second node must utilize in transmitting the additional data to and receiving data from the communication controller.

42. The method of claim 41, wherein the second node receives information from the communication controller relating to at least one frequency wherein the second node is assigned to transmit.

43. The method of claim 42, wherein the information relating to at least one frequency wherein the second node is assigned to transmit is information relating to at least one frequency wherein the second node is assigned to transmit the additional data.

44. The method of claim 42, wherein the information relating to at least one frequency wherein the second node is assigned to transmit is information relating to at least one frequency wherein the second node is assigned to transmit the additional request signal.

45. The method of claim 42, wherein the second node receives information from the communication controller relating to an assignment of at least one timeslot within at least one frequency wherein the second node is assigned to transmit.

46. The method of claim 45, wherein the information relating to at least one timeslot within the at least one frequency wherein the second node is assigned to transmit is information relating to at least one timeslot within the at least one frequency wherein the second node is assigned to transmit the additional data.

47. The method of claim 45, wherein the information relating to at least one timeslot within the at least one frequency wherein the second node is assigned to transmit is information relating to at least one timeslot within the at least one frequency wherein the second node is assigned to transmit the additional request signal.

48. The method of claim 45, wherein the second node transmits within at least one timeslot within the at least one frequency.

49. The method of claim 31, wherein any number of frequencies may be used for transmissions between the communication controller and the second node.

50. The method of claim 49, wherein the number of frequencies used for transmissions between the communication controller and the second node need not be fixed.

51. The method of claim 1, wherein the first node includes a writing pad for entering the data into the node.

52. The method of claim 51, wherein the writing pad is pressure sensitive.

53. The method of claim 1, wherein the first node receives information transmitted from the communication controller relating to at least one frequency the first node must utilize in transmitting data to and receiving data from the communication controller.

54. The method of claim 53, wherein the first node receives information from the communication controller relating to at least one frequency wherein the first node is assigned to transmit.

55. The method of claim 54, wherein the information relating to at least one frequency wherein the first node is assigned to transmit is information relating to at least one frequency wherein the first node is assigned to transmit data.

56. The method of claim 54, wherein the information relating to at least one frequency wherein the first node is assigned to transmit is information relating to at least one frequency wherein the first node is assigned to transmit a request signal.

57. The method of claim 54, wherein the first node receives information from the communication controller

20

relating to an assignment of at least one timeslot within at least one frequency wherein the first node is assigned to transmit.

58. The method of claim 57, wherein the information relating to at least one timeslot within at least one frequency wherein the first node is assigned to transmit is information relating to at least one timeslot within at least one frequency wherein the first node is assigned to transmit data.

59. The method of claim 57, wherein the information relating to at least one timeslot within at least one frequency wherein the first node is assigned to transmit is information relating to at least one timeslot within at least one frequency wherein the first node is assigned to transmit a request signal.

60. The method of claim 57, wherein the first node transmits within at least one timeslot within at least one frequency.

61. The method of claim 53, wherein the first node receives information relating to at least one frequency wherein the first node must monitor for transmissions from the communication controller.

62. The method of claim 61, wherein the first node receives transmissions from the communication controller on at least one frequency.

63. The method of claim 61, wherein the first node receives transmissions from the communication controller in at least one timeslot within at least one frequency.

64. The method of claim 53, wherein the at least one frequency comprises a list of frequencies the first node must utilize in transmitting data to and receiving data from the communication controller.

65. The method of claim 53, wherein the at least one frequency comprises a range of frequencies wherein the first node must utilize in transmitting data to and receiving data from the communication controller.

66. The method of claim 53, wherein the first node transmits within at least one timeslot within at least one frequency when transmitting data to and receiving data from the communication controller, and

wherein the first node receives transmissions from the communication controller in at least one timeslot within at least one frequency when transmitting data to and receiving data from the communication controller.

67. The method of claim 66, wherein the at least one frequency utilized in transmitting data from the first node to the communication controller can be changed.

68. The method of claim 66, wherein the at least one frequency the first node transmits and the at least one frequency the first node receives transmissions from the communication controller comprises at least one range of frequencies utilized by the first node in transmitting data to and receiving data from the communication controller,

wherein at least one frequency forming the at least one range of frequencies utilized by the first node in transmitting data to and receiving data from the communication controller is changed.

69. The method of claim 66, wherein the first node determines which of the at least one frequency the first node will utilize in communicating with the communication controller.

70. The method of claim 68, wherein at least one frequency is changed via switching the at least one frequency.

71. The method of claim 70, wherein at least one frequency utilized for switching the may be predetermined.

21                                        22

72. The method of claim 70, wherein the first node determines whether switching of the at least one frequency is required based upon signal quality.

73. The method of claim 70, wherein the communication controller controls whether switching of the at least one frequency is required based upon signal quality.

74. The method of claim 66, wherein the communication controller assigns at least one frequency for the first node to utilize in communicating with the communication controller.

75. The method of claim 74, wherein the communication controller assigns at least one frequency to the first node for frequency switching.

76. The method of claim 75, wherein the first node is assigned at least one timeslot within at least one frequency by the communication controller to transmit.

77. The method of claim 66, wherein the first node transmits data to and receives data from the communication controller via at least one antenna.

78. The method of claim 77, wherein the at least one antenna comprises multiple antennas.

79. The method of claim 1, wherein any number of frequencies may be used for transmissions between the communication controller and the first node.

80. The method of claim 79, wherein the number of frequencies used for transmissions between the communication controller and the first node need not be fixed.

81. The method of claim 1, wherein the first node receives information from the communication controller assigning a new timeslot for transmitting.

82. The method of claim 1, wherein the first node randomly chooses at least one timeslot wherein the first node transmits.

83. The method of claim 18, wherein the at least one timeslot assigned to the first node need not be fixed.

84. The method of claim 1, wherein the communication controller transmits at least one acknowledgment in response to receiving at least one transmission from the first node.

85. The method of claim 18, wherein the communication controller maintains radio resources allocated to the first node after the data from the first node has been received, wherein said radio resources comprise at least one timeslot assigned to the first node for the first node to further communicate with the communication controller, wherein the communication controller may remove the at least one timeslot assigned to the first node when the at least one timeslot assigned to the first node is unused by the first node for a predetermined period of time.

86. The method of claim 1, wherein the first node communicates with at least one communication controller in at least one time slot via at least one antenna via at least one frequency.

87. The method of claim 86, wherein the at least one antenna comprises multiple antennas.

88. The method of claim 86, wherein said multiple antennas comprises at least one antenna for transmitting signals from the first node to at least one communication controller over at least one frequency in at least one time slot.

89. The method of claim 86, wherein said at least one communication controller comprises multiple communication controllers, wherein said at least one frequency comprises multiple frequencies.

90. The method of claim 86, wherein said multiple antennas comprises at least one antenna for receiving signals from at least one communication controller over at least one frequency.

91. The method of claim 86, wherein said at least one communication controller comprises multiple communication controllers, wherein said at least one frequency comprises multiple frequencies.

92. The method of claim 86, wherein the node may transmit signals and receive signals at the same time.

93. The method of claim 92, wherein the first node may simultaneously transmit signals on multiple frequencies, and wherein the first node may simultaneously receives transmissions on multiple frequencies.

94. The method of claim 93, wherein the first node may transmit a request signal to at least one communication controller while transmitting data to at least one communication controller.

95. The method of claim 1, wherein the first node simultaneously transmits and receives signals with at least one communication controller over any number of antennas over any number of frequencies.

96. The method of claim 1, wherein a communication controller comprises a communication device capable of receiving and transmitting signals to at least one other communication device over any number of frequencies.

*    *    *    *    *

Exhibit C

US007209748B2

(12) **United States Patent**

Wong et al.

(10) Patent No.: **US 7,209,748 B2**
(45) Date of Patent: **\*Apr. 24, 2007**

(54) **NETWORK COMMUNICATION SYSTEM USING A SINGLE RESERVATION REQUEST OVER ONE OR MORE ASSIGNED FREQUENCIES TO IDENTIFY A NODE**

(75) Inventors: **Gabriel K. Wong**, Honolulu, HI (US);
**Po S. Tsui**, Honolulu, HI (US)

(73) Assignee: **GPNE Corp.**, Honolulu, HI (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/407,675**

(22) Filed: **Apr. 20, 2006**

(65) **Prior Publication Data**

US 2006/0189302 A1    Aug. 24, 2006

**Related U.S. Application Data**

(60) Continuation of application No. 11/350,616, filed on Feb. 8, 2006, which is a continuation of application No. 09/847,005, filed on May 2, 2001, now Pat. No. 7,031,716, which is a continuation of application No. 09/594,662, filed on Jun. 15, 2000, now Pat. No. 6,282,406, which is a continuation of application No. 09/259,417, filed on Dec. 9, 1997, now Pat. No. 6,108,520, which is a continuation of application No. 08/608,629, filed on Feb. 29, 1996, now Pat. No. 5,729,827, which is a division of application No. 08/264,973, filed on Jun. 24, 1994, now Pat. No. 5,542,115.

(51) Int. Cl.
*H04Q 7/20* (2006.01)
*H04Q 7/00* (2006.01)

(52) U.S. Cl. ...................... **455/450**; 455/509; 455/510; 455/515; 455/516; 455/517; 370/330; 370/336; 370/350; 340/7.2; 340/7.21

(58) Field of Classification Search ................ 455/450, 455/509, 510, 515, 516, 517; 370/330, 336, 370/350; 340/7.2, 7.21
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,224,150 A    9/1980  Buriks et al. ................ 210/735
4,345,491 A    8/1982  Hannon ........................ 74/831

(Continued)

OTHER PUBLICATIONS

Bertsekas, Dimitri, and Gallagher, Robert, Data Networks, pp. 312-317 (Prentice-Hall, Inc., Upper Saddle River, New Jersey 07458, 2nd ed. 1992).

*Primary Examiner*—Matthew Anderson
*Assistant Examiner*—Yuwen Pan
(74) *Attorney, Agent, or Firm*—Fliesler Meyer LLP

(57) **ABSTRACT**

A network communication system is provided for communication between network nodes, including individual nodes and a central control station node. In the network, signals are transmitted from the central control node to identify one or more frequencies that the node may transmit. When a first individual node has data to transmit, the first individual node transmits a request signal to the central control node over one or more of its assigned frequencies. In response to the request signal, the central control node transmits a grant signal assigning one or more frequencies to allow the first node to transmit its data.

**112 Claims, 13 Drawing Sheets**



**US 7,209,748 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,644,347 A | 2/1987 | Lucas et al. | 340/825.04 |
| 4,644,351 A | 2/1987 | Zabarsky et al. | 340/825.44 |
| RE32,365 E | 3/1987 | Sebestyen | |
| 4,713,808 A | 12/1987 | Gaskill et al. | 370/94 |
| 4,747,122 A | 5/1988 | Bhagat et al. | 379/57 |
| 4,823,123 A | 4/1989 | Siwiak | 340/825.44 |
| 4,845,491 A | 7/1989 | Fascenda et al. | 340/825.44 |
| 4,870,402 A | 9/1989 | DeLuca et al. | 340/825.44 |
| 4,875,038 A | 10/1989 | Siwiak et al. | 340/825.44 |
| 4,882,579 A | 11/1989 | Siwiak | 340/825.44 |
| 4,914,649 A | 4/1990 | Schwendeman et al. | 370/50 |
| 4,940,963 A | 7/1990 | Gutman et al. | 340/313 |
| RE33,417 E | 10/1990 | Bhagat et al. | |
| 4,978,944 A | 12/1990 | Andros et al. | 340/825.44 |
| 5,012,469 A | 4/1991 | Sardana | 370/95.3 |
| 5,043,721 A | 8/1991 | May | 340/825.44 |
| 5,086,501 A | 2/1992 | DeLuca et al. | 395/550 |
| 5,109,400 A | 4/1992 | Patsiokas et al. | 379/57 |
| 5,111,197 A | 5/1992 | Ichikawa | 340/825.44 |
| 5,117,449 A | 5/1992 | Metroka et al. | 379/58 |
| 5,142,279 A | 8/1992 | Jasinski et al. | 340/825.44 |
| 5,153,580 A | 10/1992 | Pollack | 340/825.25 |
| 5,170,487 A | 12/1992 | Peek | 455/45 |
| 5,197,125 A | 3/1993 | Engel et al. | 395/200 |
| 5,206,855 A | 4/1993 | Schwendeman et al. | 370/50 |
| 5,224,150 A | 6/1993 | Neustein | 379/57 |
| 5,247,700 A | 9/1993 | Wohl et al. | 455/33.1 |
| 5,260,986 A | 11/1993 | Pershan | 379/57 |
| 5,261,118 A | 11/1993 | Vanderspool, II et al. | 455/51.2 |
| 5,276,703 A | 1/1994 | Budin et al. | 375/1 |
| 5,278,833 A | 1/1994 | Crisler et al. | 370/95.1 |
| 5,285,496 A | 2/1994 | Frank et al. | 380/9 |
| 5,297,144 A | 3/1994 | Gilbert et al. | 370/95.2 |
| 5,396,496 A | 3/1995 | Ito et al. | 370/50 |
| 5,396,537 A | 3/1995 | Schwendenman et al. | 379/57 |
| 5,463,675 A | 10/1995 | Gerszberg | 379/60 |
| 5,485,463 A | 1/1996 | Godoroja | 370/95.1 |
| 5,491,469 A | 2/1996 | Schwendeman | 340/825.04 |
| 5,521,925 A | 5/1996 | Merakos et al. | 370/95.3 |
| 5,542,115 A | 7/1996 | Wong et al. | 455/53.1 |
| 5,680,398 A | 10/1997 | Robinson | 370/458 |
| 6,108,520 A | 8/2000 | Wong et al. | 455/31.3 |
| 6,282,406 B1 | 8/2001 | Wong et al. | 455/31.3 |



**FIG. 1**



FIG. 2



FIG. 3

CENTRAL CONTROL FLOW CHART

**U.S. Patent**    Apr. 24, 2007    Sheet 4 of 13    US 7,209,748 B2

PAGER TRANSMITTER PROGRAM FLOW CHART



FIG. 4

# FIG. 5
### PAGER RECEIVER PROGRAM FLOW CHART



# FIG. 6



# FIG. 7
## CENTRAL OFFICE LAYOUT





**FIG. 8**

PAGER

# FIG. 9



P₁ ALIGN ITS CLOCK WITH $S_2$ FROM $C_1$ (STEP 504)
P₁ DETECTED NEW SYSTEM INFORMATION ON $C_2$ (STEP 508)
P₁ REQUESTING NEW FREQUENCIES (STEP 510)
$S_2$ TELLS PAGER TO IDENTIFY ITSELF (STEP 616)
P₁ SENDS ITS ID INFORMATION ON $C_3$ (STEP 516)
NEW TIME SLOT AND NEW FREQUENCIES
INFORMATION GIVEN ON $C_2$ FROM $S_2$ (STEPS 632 AND 634)

### PAGER CHANNEL SWITCHING FLOW CHART



**FIG. 10**



# FIG. 11
## CENTRAL STATION SWITCHING ENABLING



FIG. 12



# FIG. 13

US 7,209,748 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# NETWORK COMMUNICATION SYSTEM USING A SINGLE RESERVATION REQUEST OVER ONE OR MORE ASSIGNED FREQUENCIES TO IDENTIFY A NODE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of application Ser. No. 11/350,616 filed on Feb. 8, 2006, which is a continuation of application Ser. No. 09/847,005 filed on May 2, 2001 now U.S. Pat. No. 7,031,716, which is a continuation of application Ser. No. 09/594,662 filed on Jun. 15, 2000 now U.S. Pat. No. 6,282,406, which is a continuation of application Ser. No. 09/259,417 filed on Dec. 9, 1997 now U.S. Pat. No. 6,108,520, which is a continuation of application Ser. No. 08/608,629 filed on Feb. 29, 1996 now U.S. Pat. No. 5,729,827, which is a divisional of 08/264,973, filed Jun. 24, 1994, now U.S. Pat. No. 5,542,115, issued Jul. 30, 1996, entitled "PAGING METHOD AND APPARATUS", naming Wong, et al. as inventors, all of these applications being incorporated by reference herein in their entirety.

## BACKGROUND

### 1. Technical Field

This invention pertains to communications paging, and particularly to two-way paging method and apparatus.

### 2. Related Art

Over the last several decades, pagers have proven to be important communication devices for contacting remotely situated personnel. Whereas primitive pagers provided primarily only a tonal and/or vibratory output, more modern pagers have enhanced output capabilities such as message-bearing alphanumeric displays.

Paging systems have historically been one-way systems. That is, the user receives a paging message from a central terminal but has no way of responding to that message with the pager. Prior art attempts to provide two-way communication capabilities for a pager have included efforts to connect the pager to a telephone (e.g., to a mobile radio telephone). See, for example, U.S. Pat. No. RE 33,417 to Bhagat et al. (which combines an entire radio pager and radiotelephone linked through an automatic dialer) and U.S. Pat. No. 5,117,449 to Metroka, et. al. (which purports to combine paging and cellular radiotelephone functions in a single unit).

Some pagers have the capability of providing an acknowledgment or response to a paging signal. In some such "ack-back" systems, a user operates a reply input device (e.g., a toggle switch, pushbutton switch, or keyboard) when paged. Typically such ack-back systems involve a complex acknowledgement transmission scheme, involving numerous frequencies or frequency sub-bands. Hand-off of the pager, as the pager travels between differing geographic regions or "cells" served by differing central stations, becomes technically cumbersome when multitudinous frequencies are involved.

## SUMMARY

A two-way paging system utilizes four local frequencies for transmissions between pager units and a central control station. A first local frequency carries a local clock; a second local frequency carries communications packets from the central control station to paging units; a third local frequency carries communication packets from the pager units

to the central control station; and a fourth local frequency carries a status or request signal from the paging units to the central control station. Transmissions on the fourth local frequency are in accordance with a time divided slot allocation among pager units accessing the central control station.

For a two-way paging system having a plurality of central control stations servicing a corresponding plurality of cells, a total of eight frequencies are utilized within any one cell. Four of the utilized frequencies are the local frequencies, (which may differ from cell to cell), and four of the utilized frequencies are lower power common frequencies or switching frequencies which are used to switch or hand-off a pager unit traveling from one cell to another.

## BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing and other objects, features, and advantages of the invention will be apparent from the following more particular description of preferred embodiments as illustrated in the accompanying drawings in which reference characters refer to the same parts throughout the various views. The drawings are not necessarily to scale, emphasis instead being placed upon illustrating the principles of the invention.

FIG. 1 is a schematic view of a central control station included in a paging system of an embodiment of the invention.

FIG. 2 is a schematic view of a pager unit included in a paging system for use with the central control station of FIG. 1.

FIG. 3 is a flowchart depicting steps executed by the central control station of FIG. 1.

FIG. 4 is a flowchart depicting steps executed by the pager unit of FIG. 2 when in a transmit mode.

FIG. 5 is a flowchart depicting steps executed by the pager unit of FIG. 2 when in a receive mode.

FIG. 6 is a timing diagram reflecting communications between the central control station of FIG. 1 and the pager unit of FIG. 2.

FIG. 7 is a schematic view of a central control station included in a paging system of a second embodiment of the invention.

FIG. 8 is a schematic view of a pager unit included in a paging system for use with the central control station of FIG. 7.

FIG. 9 is a hybrid schematic view and timing diagram for representing switching operations for the paging system of the second embodiment of the invention.

FIG. 10 is a flowchart depicting steps executed by the pager unit of FIG. 8 in connection with a channel switching operation.

FIG. 11 is a flowchart depicting steps executed by the central control station of FIG. 7 in connection with a channel switching operation.

FIG. 12 is a schematic view of a format of a communications packet utilized with embodiments of the invention.

FIG. 13 is a schematic view illustrating a time divided slot allocation technique according to the invention.

## DETAILED DESCRIPTION

FIG. 1 shows a central control station 20 according to a first embodiment of the invention; FIG. 2 shows a paging unit 22 suitable for use with central control station 20.

As shown in FIG. 1, central control station 20 includes central computer 30; transmitter 32; receiver 34; and com-

<table>
<tr><td>3</td><td>4</td></tr>
</table>

puterized telephone answering system 36. Transmitter 32 transmits, via transmitting antenna 42, two local frequencies, namely frequency $f_1$ and frequency $f_2$. Receiver 34 is connected to receiver antenna 44 for reception of two local frequencies, namely frequency $f_3$ and frequency $f_4$. Computerized telephone answering system 36 is connected to a bank of telephones 48.

Central computer 30 of central control station 20 comprises a conventional computer equipped with typical components including a CPU 50; I/O interface 52; and memory 54. Although shown only generally in FIG. 1, it should be understood that memory 54 includes a number of unillustrated memory devices, including (for example) a hard disk drive, RAM, and ROM. FIG. 1 shows that memory 54 has stored therein (among other things) a pager registration file 55 and a pager directory file 56. Pager files 55 and 56 are typically stored on a hard disk drive of central computer 30, and upon start-up are loadable into a RAM portion of memory 54.

Central computer 30 of central control station 20 further includes a decoder 57 (connected between receiver 34 and I/O interface 52 for decoding in-coming communications information from one or more pager units 22), as well as encoder 58 (connected between I/O interface 52 and transmitter 32 for encoding out-going communications information).

Central control station 20 also includes a clock unit 59 which generates a local clock signal $f_1$clk (which, in turn, is used to modulate frequency $f_1$).

As illustrated further herein, CPU 50 of central control station 20 prepares communications packets for transmission on frequency $f_2$. As generally illustrated in FIG. 12, the communications packets are of a predetermined format, having fields for identification of the central control station, for identification of the addressed pager unit(s) 22, for an operation code, for (optionally) alphanumeric information, and for other conventional packet-type information such as checksum, error correction, and postamble. The preamble and postamble are specially chosen patterns which can be recognized and distinguished from data for the purpose of determining the beginning and ending of a packet. The alphanumeric information can be in a customary binary 8-bit format. The format of FIG. 12 is illustrative only, as such information as the order of the fields can be varied in other embodiments.

Central control station 20 communicates with a plurality of pager units $22_1$, $22_2$, . . . $22_N$. Only one such pager unit, generically referenced as pager unit 22, is specifically illustrated and described herein, it being understood that the construction and operation of other pager units may be similar to the one illustration.

As shown in FIG. 2, pager unit 22 includes a pager receiver antenna 60 which is connected to pager receiver 62. Pager receiver 62 is, in turn, connected through S/D converter 64 within pager computer 70. Receiver 62 receives the two local frequencies $f_1$, and $f_2$, which frequencies have been modulated to carry in-coming communications information (described in more detail below) to pager computer 70. On a communications output side, pager computer 70 outputs out-going communications information to pager transmitter 72 via D/S converter 74. Transmitter 72 broadcasts, on pager antenna 76, the out-going communications information on the two local frequencies $f_3$ and $f_4$.

As also shown in FIG. 2, pager computer 70 includes pager microprocessor 80 which is connected to each of an arithmetic processor; a memory system 84 (including both ROM and RAM); and I/O interface 86. I/O interface 86 is

connected to a clock unit 87. I/O interface 86 is also connected to receive in-coming decoded communications information from an 8-bit decoder 88 and to output outgoing uncoded communications information to an 8-bit encoder 90. Decoder 88 is connected to receive in-coming coded communications information from S/D converter 64; encoder 90 is connected to output out-going coded communications information to D/S converter 74.

Clock unit 87 is settable by suitable inputs thereto so that clock unit 87 generates a local clock signal $f_1$clk having a frequency corresponding to its input. It should be understood that, in other embodiments, the function of clock unit 87 can be performed at least partially by microprocessor 80 using programmed execution.

I/O interface 86 is also connected to supply an on/off signal on line 92 to pager transmitter 72, as well as to facilitate input and output with numerous input/output devices. The input/output devices connected to I/O interface 86 include keyboard 93; beeper 94; vibrator 95; and LCD (alphanumeric) display 96.

Upon manufacture, pager unit 22 is preprogrammed with an identification serial number (e.g., a 7-digit alphanumeric pre-assigned ID number) which is stored in memory 84 (ROM). Pager unit 22 is activated (e.g., at the time of purchase) by inserting a time slot assignment (explained below) both into a predetermined address in memory 84 of pager unit 22 and into pager directory file 56 (stored in memory 54 of central control station 20).

Operation of First Embodiment

Communication between central control station 20 and pager unit 22 occurs on the four local frequencies, in particular the frequencies $f_1$, $f_2$, $f_3$, and $f_4$ mentioned above. The first frequency ($f_1$) carries the local clock-aligning signal from central control station 20 to paging unit 22. The second frequency ($f_2$) carries a pager command and alphanumeric data from central control station 20 to paging unit 22. The third frequency ($f_3$) carries pager status data and alphanumeric data from paging unit 22 to central control station 20. The fourth frequency ($f_4$) carries a pager request signal from paging unit 22 to central control station 20. In the illustrated embodiment, the frequencies $f_1$–$f_4$ are preferably chosen so that $f_1 \neq f_2 \neq f_3 \neq f_4$.

As explained in more detail below and illustrated in FIG. 13, in normal non-cell-switching operation, the pager request signal on frequency $f_4$ is transmitted in a predetermined time slot assigned to paging unit 22. The predetermined time slot on frequency $f_4$ is related to the clock-aligning signal (carried by frequency $f_1$) and assigned whereby the fourth frequency is utilizable by a plurality of other paging units. For example, as shown in FIG. 13, a first time slot on frequency $f_4$ is assigned to a pager P1; a second time slot is assigned to pager P2, and so on up to time slot n assigned to pager Pn. In the illustrated embodiment, the number of time slots (and accordingly the number of pagers) may be as many as ten thousand or more.

FIG. 3 shows steps executed by CPU 50 of central control station 20 in processing communications to and from one or more paging units. The steps depicted in FIG. 3 are indicative of instructions stored in a ROM portion of memory 54 of central control station 20.

When central control station 20 is started up (step 100), an initialization process (step 102) is conducted. Included in the initialization process is activation of transmitter 32 (so that transmitter 32 can transmit at the two frequencies $f_1$ and $f_2$) and activation of receiver 34 (so that receiver 34 can receive the two frequencies $f_3$ and $f_4$). Moreover, frequency $f_1$ is

US 7,209,748 B2

5                                                                    6

modulated to carry the local clock-aligning signal generated by local clock 59. Then, at step 104, the pager registration file 55 and the pager directory file 56 are loaded from hard disk into a RAM section of memory 54 (step 104).

After initialization and loading of the files 55 and 56, CPU 50 repetitively executes an instruction loop 106. Loop 106 involves checking to determine (at step 108) whether a telephone message is being received (via answering system 36 from one of the telephones in bank 48) and checking to determine (at step 110) whether a pager message is being received (via transmitter 32 from one of the pager units 22).

As used herein, a message, whether originated from a telephone or from a pager, may require a plurality of packets for transmission from a central station 20 to a pager 22 or vise versa. In the ensuing discussion, transmission and reception of messages subsumes transmission and reception one or more packets. In general, the packetization of messages will be invisible to the user, meaning that a user enters a message without regard to the number of packets which might be required to transmit the message. The message typically ends with a user-entered message termination character or message delimiter character. The transmitting device (either central station 20 or pager 22), allocates the message to one or more packets having a format similar to that of FIG. 12, with the last packet in the message bearing the message termination character. Alternatively, the packets may be formatted in a manner to indicate the number of consecutively related packets emanating from a transmitter (e.g., there may be a separate packet field indicating the continuation number of related packets).

Central computer 30 can distinguish between receipt of a telephone message (at step 108) and a pager message (at step 110) by virtue of the fact that I/O interface 52 generates different types of interrupts to CPU 50 depending on the type of message received. If it is determined at step 108 that a telephone message is being received, steps 112, 114, and 116 of FIG. 3 are executed.

In processing a received telephone message, at step 112 central computer 30 extracts out-going communications information from the predeterminately sequenced telephone-entered data. The telephone-entered data, entered via a touchpad of a calling one of the telephones in bank 48, includes by convention an identification (e.g., telephone number) of the calling telephone; an identification of the called pager unit (e.g., the 7-digit alphanumeric pre-assigned ID number); and any character data for transmission followed by a termination character. This out-going communications information is received at central computer 30 in standard DTMF format.

At step 114, using the ID number of the called pager (obtained at step 112) central computer 30 checks the pager registration file 55 and directory file 56 to determine whether the called pager unit is registered with central control station 20. Assuming that the called pager is so registered, at step 114 the central computer 30 also obtains from pager directory file 56 the slot assignment for the called pager unit.

At step 116, central control station 30 transmits communications information to the called pager unit. In this regard, central control station 20 prepares and transmits (on frequency $f_2$) a communications message which includes, among other things, the ID of the called pager unit and the character data received from the telephone for transmission of the pager unit 22. After step 116 is executed, processing returns to loop 106.

If it is determined at step 110 that a pager message is being received, even numbered steps 132–140 of FIG. 3 are executed (prior to returning to loop 106). As will be seen hereinafter with respect to FIG. 4, a sending pager unit 22 transmits, in its assigned time slot, a request signal on frequency $f_4$ when the sending pager unit 22 desires to send a message. As central control station 20 is always monitoring frequency $f_4$, a request signal carried by frequency $f_4$ from any pager unit 22 is noted. With reference to the local clock 59, at step 132 CPU 50 determines in what time slot on frequency $f_4$ the request signal is detected. Upon detection of the time slot at step 132, at step 134 CPU 50 consults the pager directory file 56 to determine the identification number of the particular pager unit 22 which originated the request signal.

With the identity of the requesting pager unit 22 now known, at step 136 central control station 20 authorizes the requesting pager unit 22 to transmit its message. In particular, CPU 50 directs preparation of a communications message for transmission on frequency $f_2$. The particular communications packet prepared at step 136 includes an identification of the requesting pager unit (the addressee of the packet), as well as an operation code ("op" code) which commands/authorizes the requesting pager unit 22 to send its message.

At step 138, central control station 20 receives a communications message on frequency $f_3$ sent from the sending (e.g., requesting) pager unit 22. The communications message prepared and sent by the sending pager unit 22 includes packets of similar format to that shown in FIG. 12, and includes an identification of a pager to which the message is ultimately addressed as well as its own identification. At step 138, CPU 50 checks to ensure that the ultimate addressee pager unit is registered in pager files 55 and 56. At step 140, CPU 50 makes any necessary reformatting and/or information substitution in the message, and causes the message to be transmitted on frequency $f_2$. The transmission on frequency $f_2$ required by step 140 includes the identification of the ultimate addressee (e.g., a pager unit 22) as well as an operation code indicating that the transmission includes a relayed message from another pager unit.

Steps executed by a pager unit 22 in connection with its transmission mode are depicted in FIG. 4. Steps executed by a pager unit 22 in connection with its receive mode are depicted in FIG. 5. The term "mode" as used herein does not connote exclusivity at any particular moment, for it should be remembered that at all times pager unit 22 is receiving transmissions on frequencies $f_1$ and $f_2$.

In its transmission mode (see FIG. 4), after start-up (step 200) microprocessor 80 of the transmitting pager unit 22 executes a loop 202 wherein user alphanumeric characters (entered via keyboard 93) are repetitively fetched (at step 204) until an end of message delimiter is detected (at step 206). As entered, the characters fetched at step 204 are displayed on LCD display 96. Entry of the delimiter character at step 206 causes microprocessor 80 to exit loop 202. By convention, the message must include an addressee ID, which addressee ID is likely the ID of another one of the pager units to which the message entered in step 204 is directed.

After entry of the message awaits entry from keyboard 93 of a transmit command at step 212. Assuming that the transmit command is entered at step 212, microprocessor 80 prepares and sends a request signal on frequency $f_4$. As indicated before, the request signal is transmitted on frequency $f_4$ in a time slot assigned to the requesting pager unit 22. It should be kept in mind that pager unit 22 is all the while receiving the local clock-aligning signal on frequency $f_1$, which enables microprocessor 80 to cause transmission

US 7,209,748 B2

| 7 | 8 |

of the request signal on frequency $f_4$ at a time corresponding to the specific time slot allotted to the particular sending pager unit 22.

In the above regard, in accordance with time division techniques, each pager unit $22_1$–$22_N$ (e.g., pagers $P_1$–$P_N$ in FIG. 13) is assigned a selected one of N number of time slots on frequency $f_4$.

After transmission of the request signal at step 214, pager unit 22 awaits receipt of a transmit command from central control station 20. Preparation and transmission of the transmit command/authorization from central control station 20 is described with reference to FIG. 3. Upon receipt of the transmit command/authorization from central control station 20 (step 216), microprocessor 80 prepares (at step 218) a communications message with one or more packets having a format much like that of FIG. 12. The addressee ID and alphanumeric field of packets of the communications message is filled with the message entered in loop 202. At step 220, the sending pager unit 22 broadcasts the communications packet on frequency $f_3$.

If a transmit command is not entered at step 212, or after transmission of the message at step 220, microprocessor 80 awaits entry of at least one of several possible special function keys at step 222. For example, the user may press a function key which requires storage of the message (whether yet transmitted or not) [see step 228]. Alternatively, the user may press function keys which facilitate editing or erasure of the message (see steps 224 and 226, respectively). To complete the message and begin work on another message, a special function key for an exit operation (step 230) must be pressed.

FIG. 5 depicts steps executed by microprocessor 80 of pager unit 22 when in a receive mode. After start-up (step 302), and as indicated by step 304, pager unit 22 receives transmissions from central control station 20 on frequency $f_2$. Once a complete packet is received (determined at step 306), a check is made (at step 308) whether the addressee ID in the communications packet (see packet format of FIG. 12) is the ID of the receiving pager unit 22. If the determinations of either step 306 or 308 are negative, pager unit 22 awaits either completion of the communications packet (in the case of step 306) or receipt of another communications packet (in the case of step 308) by looping back to step 304.

Assuming that the received communications packet is designated for this particular receiving pager unit 22, at step 310 microprocessor 80 consults the operation code field of the communications packet (see FIG. 12) to determine if the operation code indicates that the message includes a command. If the operation code indicates a command, a command processing routine (framed by broken lines 312 in FIG. 5) is executed.

Assuming for the moment that the operation code does not indicate a command, at step 314 microprocessor 80 of pager unit 22 stores the alphanumeric field portion of the communications packet (which at least partially forms the message) in a RAM portion of memory 84. Since a message communicated from central processing station 20 may require several communications packets for completion of the message (with subsequent communication packets providing continuations of the message content), microprocessor 80 checks at step 316 to ensure that the entire message has been received. If not, processing continues back at step 304 for reception of a further communications packet.

Upon reception of an entire communications message, at step 318 microprocessor 80 determines whether pager unit 22 is in a beep mode or a vibrate mode. In this regard, there are numerous ways of setting paging unit 22 to the desired mode, either by a specially dedicated switch on paging unit 22 or by data entry using keyboard 93. If pager unit 22 is in a beep mode, microprocessor 80 outputs a signal which causes I/O interface 86 to issue a further signal to activate beeper 94 (step 320). Alternatively, if pager unit 22 is in a vibrate mode, microprocessor 80 outputs a signal which causes I/O interface 86 to issue a further signal to activate vibrator 95 (step 322).

At step 324, microprocessor 80 directs I/O interface 86 to send the alphanumeric message data to LCD display 96, so that the received message can be viewed by the user.

After notification to the user (either via beeper 94 and/or vibrator 95), and display (on LCD 96) of the received alphanumeric data, microprocessor 80 returns to step 304 to check whether further communications packets are being received.

The command processing routine (framed by broken lines 312 in FIG. 5) first determines (step 330) which particular operation is being commanded. This determination is based on the content of the operation code, which is different for different command types. If the operation code indicates an error shut-down, execution jumps to an error shut-down sub-routine which begins at step 340. If the operation code indicates a time slot change, execution jumps to a change time slot sub-routine which begins at step 350. If the operation code requires transmitter shut-down, execution jumps to a transmitter shut-down sub-routine which begins at step 360. If the operation code requires transmitter re-enablement, execution jumps to a transmitter reenable sub-routine which begins at step 370. If the operation code requires clock re-set, execution jumps to a clock re-set sub routine which begins at step 380.

In connection with the error shut down sub-routine, at step 342 microprocessor 80 obtains an indication of error type from the communications packet. The error type is stored in memory 84 (step 344) and then displayed on LCD display 96 (step 346). Then microprocessor 80 issues a command (at step 348) to shut down pager unit 22, which shut-down occurs at step 349.

In connection with the time slot changing sub-routine, at step 352 microprocessor 80 extracts, from the received communications packet, information indicative of the new time slot assigned to the receiving pager unit 22. The new time slot is entered (at step 354) into memory 84 and thereafter utilized (until further change) in connection with transmission of request signals on frequency $f_4$ (see, for example, step 214 of FIG. 4).

The time slot changing sub-routine may also include other operations, if desired, including (for example) eliminating unused time slots (thereby increasing scanning rate); diagnosing and trouble shooting; and avoiding interruption of service from malfunctioning or ill-functioning equipment.

In connection with the transmitter shut down sub-routine, at step 362 microprocessor 80 directs I/O interface 86 to issue an OFF command to transmitter 72. In connection with the transmitter re-enable sub-routine, at step 372 microprocessor 80 directs I/O interface 86 to issue an ON command to transmitter 72.

In connection with the clock re-set sub-routine, at step 382 microprocessor 80 directs that clock 59 of pager unit 22 be set.

After execution of steps 354, 362, 372, or 382, execution continues back to step 304 for processing of potential further communications packets. Thus, unless an error shut-down is noted, each entry of the command processing routine (framed by broken lines 312 in FIG. 5) is followed by a loop back to step 304.

US 7,209,748 B2

9
10

FIG. 6 is a timing diagram showing the frequencies $f_1$–$f_4$ and integration of the steps depicted in FIGS. 3–5, particularly in the context of a request by a sending pager unit P1 for sending a message to a sendee pager unit P2. As employed in FIG. 6, "computer" refers to central control station 20. It should be understood that the sending pager unit P1 and the sendee pager unit P2 operate in both the transmission mode as depicted in FIG. 4 and in the receiver mode as depicted in FIG. 5. In general, FIG. 6 shows transmission of a message from pager unit P1 (via central control station 20) to pager unit P2; transmission of a confirmation message from pager unit P2 (via central control station 20) to pager unit P1; and transmission of a message from pager unit P1 to central control station 20 indicating that pager unit P1 received the confirmation message from pager unit P2.

Structure of Second Embodiment

FIG. 7 shows a central control station 420 according to a second embodiment of the invention; FIG. 8 shows a paging unit 422 suitable for use with central control station 420.

FIG. 9 shows a wide area paging system including a plurality of central control stations S1–S8 (each identical to central control station 420), each preferably geographically centered within a respective cell. Each central control station S1–S8 broadcasts its own local frequencies, as well as a set of common or switching frequencies $C_1$–$C_4$. The common frequencies $C_1$–$C_4$ are broadcast at a lower power, so that reception thereof occurs only in a relatively small neighborhood or common frequency reception region (CFRR) [also referred to as a "switching region"] about the central control station. The local frequencies are broadcast at a significantly greater power for reception substantially throughout the cell. For example, in FIG. 9, central control station S1 broadcasts its lower power common frequencies $C_1$–$C_4$ to CFRR₁ and its higher power local frequencies $f_1$–$f_4$ to CELL; central control station S2 broadcasts its lower power common frequencies $C_1$–$C_4$ to CFRR₂ and its higher power local frequencies $f_5$–$f_8$ to CELL₂.

As also illustrated in FIG. 9, CELL₁ and CELL₂ overlap in an overlap region shown in FIG. 9. Station S1 utilizes a set of local frequencies $f_1$–$f_4$; station S2 utilizes a different set of local frequencies $f_5$–$f_8$. Both stations S1 and S2 utilize the same set of common or switching frequencies $C_1$–$C_4$. Thus, each central control station utilizes two sets of frequencies, there being four frequencies in each set, resulting in a total of eight frequencies handled per station.

Thus, the second embodiment of the invention is suitable for a system having a plurality of central control stations $420_x$ where $x=1,2,\ldots$ M. Each central control station $420_x$ transmits and receives a set of local frequencies $f_{L1}, f_{L2}, f_{L3}, f_{L4}$ in an associated geographical area or cell, as well as the set of common or switch frequencies $C_1, C_2, C_3, C_4$. While the values of the local frequencies $f_{L1}, f_{L2}, f_{L3}, f_{L4}$ vary from cell to cell (e.g., differ for differing central control stations $420_x$), the values of the common or switch frequencies $C_1, C_2, C_3, C_4$ are uniform through the system (e.g., for all central control stations $420_x$).

Although not shown in FIG. 9, it should be understood that the pattern of central control stations repeats in like manner in all compass directions in accordance with the prescribed geographical boundaries of the paging system. Moreover, although not specifically illustrated in FIG. 9, it should also be understood that each central control station 420 has an associated CFRR.

The common or switching frequencies $C_1$–$C_4$ have an analogous function to the corresponding local frequencies $f_1$–$f_4$, respectively. In this regard, frequency $C_1$ carries a clock frequency transmitted by central control station(s), although the clock rate on common frequency $C_1$ preferably varies among central control stations. Frequency $C_2$ is used to transmit information from central control station(s) to pager unit(s); frequency $C_3$ is used to transmit information from a pager unit to a central control station; frequency $C_4$ is used by pager units to issue a request signal. Frequency $C_2$ carries packets having a format similar to that of FIG. 12. In analogous manner to frequency $f_2$, the packets carried by frequency $C_2$ may have command codes. Among the $C_2$ command codes are a SYSTEM COMMAND CODE; a LOCAL FREQUENCY DOWNLOAD COMMAND CODE; a SLOT RECOGNITION COMMAND CODE; and a SLOT ASSIGNMENT COMMAND CODE.

As shown in FIG. 7, central control station 420 resembles central control station 20 of the embodiment of FIG. 1 (similar components being assigned the same reference numerals for simplicity). However, central control station 420 is augmented by inclusion of a further transmitter, known as common frequency transmitter 432, together with its common frequency transmission antenna 442, for transmitting the common frequencies $C_1$ and $C_2$. In contrast to the high power transmitter 32, transmitter 432 is a low power transmitter. Further, central control station 420 is augmented by inclusion of a further receiver, known as the common frequency receiver 434, together with its common frequency receiver antenna 444, for reception of the common frequencies $C_3$ and $C_4$.

Central control station 420 of FIG. 7 includes a clock unit 59' which generates two clocking signals—a first or local clocking signal $f_c$clk and a second or common clocking signal $C_1$clk. The local clocking signal $f_c$clk is used to modulate frequency $f_1$); the common clocking signal is used to modulate the common frequency $C_1$.

The central computers 30 of the central control stations 420 are serially connected to one another by an output line 486A and an input line 486B. In particular, although not expressly shown as such in FIG. 7, computer 30 of FIG. 7 (like that of FIG. 1) includes an I/O interface to which the serial lines 486A and 486B are connected. Serial lines 486A and 486B are used, for example, to update contents of the pager registration file 55 and the pager directory file 56.

As shown in FIG. 8, pager unit 422 resembles pager unit 22 of the embodiment of FIG. 2 (similar components again being assigned the same reference numerals for simplicity). However, pager unit 422 (in like manner as central control station 420) is augmented by inclusion of a further transmitter, known as common frequency transmitter 572, together with its common frequency transmission antenna 576, for transmitting the common frequencies $C_3$ and $C_4$. Further, central control station 420 is augmented by inclusion of a further receiver, known as the common frequency receiver 434, together with its common frequency receiver antenna 444, for reception of the common frequencies $C_1$ and $C_2$.

The operational frequencies of transmitter 72 and receiver 62 are changeable in accordance with values transmitted on "frequency control" lines from computer 70. In particular, the frequency control lines are connected to I/O interface 86 in computer 70. As described in more detail below, when a pager unit 422 migrates into a new CFRR, signals are applied on the frequency control lines in order to switch pager unit 422 from the local frequencies of an old cell to the local frequencies of a new cell associated with the new CFRR into which pager unit 422 migrates.

US 7,209,748 B2

11
12

Pager 422 includes a clock unit 83' which is capable of separately generating local clocking signals $f_{c}$clk and the common clocking signals $f_{c1}$clk for use by microprocessor 80. These clocking signals are initiated and their frequencies set by appropriate respective inputs to clock unit 83'.

FIG. 8 also shows that pager unit 422 has data I/O unit 596 which includes both an alphanumeric graphic display and a pressure sensitive writing pad. The alphanumeric graphic display is a dot matrix device which can display characters and graphics. The writing pad has a 16×48 dot area.

Operation of Second Embodiment

As shown in FIG. 9, a pager unit P1 is assumed to have been operating in CELL₁ and to have previously received the common frequencies $C_1$–$C_4$ and local frequencies $f_1$–$f_2$ from station S1. Now pager unit P1 travels on a route indicated by broken arrow-headed line ROUTE. In traveling along the ROUTE, pager unit P1 continues to operate on local frequencies $f_1$–$f_2$, even as it travels through the cellular overlap region. However, when page unit P1 enters a new common frequency reception region (i.e., CFRR₂), a switching or hand-off operation, as explained in more detail below, pager unit P1 obtains common frequencies $C_1$–$C_4$ from central control station S2 and, as a result, can switch from the local frequencies $f_1$–$f_4$ of CELL₁ to the local frequencies $f_5$–$f_8$ of CELL₂. In order to effect the switching or hand-off operation, pager unit P1 executes a channel switching routine; the central control station S2 executes a switching enabling routine.

In connection with the channel switching routine and the switching enabling routine, when pager unit P1 moves into CFRR₂, pager unit P1 will receive the clocking signal on frequency $C_1$ from station S2. At such point, pager unit P1 will automatically align its clock unit with the clocking signal from station S2.

Referring now to the channel switching routine executed by pager P1 subsequent to start-up (step 500), at step 506 pager unit P1 obtains information characterizing the system centered about station S2. Such characterizing information is referred to as system identification or system ID information.

At step 508, microprocessor 80 of pager unit P1 checks to determine if there is any new system ID information acquired on frequency $C_2$. That is, microprocessor 80 checks to determine if system ID information is received on frequency $C_2$ (which can occur only in a CFRR) and, if so, compares the system ID information to the immediately previously-stored system ID information. If the previous and most recently-acquired system IDs are the same, pager unit P1 realizes that it is still in the jurisdiction of the same station (e.g., station S1). If not, pager unit P1 realizes that it has now wandered into a CFRR of a new station (e.g., station S2) and, at step 510, initiates a request on frequency $C_4$ for communication with the central control station (e.g., station S2) for CELL₂.

In the above regard, since pager unit P1 has not yet been assigned a time slot for CELL₂, the request on frequency $C_4$ is randomly made. However, pager unit P1 keeps track of the time slot in which it makes its request to the new central control station (e.g., station S2).

Thereafter, pager unit P1 continues to monitor (step 512) communications packets from station S2 on frequency $C_2$, waiting for station S2 to issue a message which references the time slot at which pager unit P1 made its request of step 510. In particular, page unit P1 awaits a message from station S2 on frequency $C_2$ that includes both a SLOT

RECOGNITION COMMAND CODE and information stored in the same time slot which pager unit P1 randomly generated. Since the message including the SLOT RECOGNITION COMMAND CODE includes station S2 as the sender and mirrors the slot randomly generated by pager unit P1, pager unit P1 recognizes the message as being addressed to pager unit P1 and considers issuance of such a message by station S2 (see step 612 of FIG. 11) to constitute authority for pager unit P1 to communicate further with station S2. In this regard, at step 514 microprocessor 80 of pager unit P1 determines if there is a match between the time slot of a received message and the time slot at which the random request was made at step 510.

Assuming a match is eventually found at step 514, at step 516 pager unit P1 sends a communications packet on frequency $C_3$ to station S2, with the communications packet including the identification of ID of pager unit P1. Using pager registration file 55, station S2 verifies that the ID of pager unit P1 is a valid ID, and thereafter sends (on frequency $C_2$) to pager unit P1 a message with the command code LOCAL FREQUENCY DOWNLOAD, which message informs pager unit P1 of the values of the local frequencies handled by station S2 (e.g., frequencies $f_5$–$f_8$). Thereafter, as also reflected by step 518, station S2 sends (on frequency $C_2$) to pager unit P1 a message with the command code SLOT ASSIGNMENT COMMAND CODE, which message informs pager unit P1 of its slot assignment on frequency $f_8$. Microprocessor 80 then changes its slot allocation by steps which are similar to those discussed with the afore-mentioned change time slot routine (see steps 350, 352, and 354 of FIG. 5). Step 518 of FIG. 10 reflects reception of the local frequency values and reception of the slot assignment.

After acquisition of all local frequencies and the slot assignment is completed (step 520), microprocessor 80 implements (at step 522) a switch to the new local frequencies (e.g., frequencies $f_5$–$f_8$). In this regard, microprocessor 80 instructs I/O interface 86 to change transmitter 72 from frequencies $f_3$, $f_4$ to frequencies $f_7$, $f_8$; and to change receiver 62 from frequencies $f_1$, $f_2$ to frequencies $f_5$, $f_6$. I/O interface 86 accomplishes the frequency changes by applying appropriate values on the frequency control lines connecting the I/O interface to transmitter 72 and receiver 62, respectively.

After the switch to new local frequencies at step 522, microprocessor 80 loops back to step 506, ultimately to determine when any further switching may be required.

Steps involved in the switching enabling routine executed by a central control station (e.g., station S2) are depicted in FIG. 11. After start-up (step 600), CPU 50 determines executes a loop 602 which enables CPU 50 to clean up its pager directory file 56 and to check if any new pager units have wandered into the cell which it administers.

In particular, at step 604 CPU determines whether its central control station (e.g., S2) has been advised by any other central control station (e.g., S3) that a pager unit, formerly under the control of its central control station (e.g., S2), has come under the control of the other central control station (e.g, S3). Such advisement occurs on the serial links connecting the central control stations 420ₓ, and particularly input serial link 486B. If such advisement occurs, the ID for the wandered-away pager is deleted from the pager directory file 56 for station S2 (as reflected by steps 606 and 608).

At step 610, CPU 50 causes messages with a SYSTEM COMMAND CODE to be transmitted on frequency $C_2$. As indicated before, messages transmitted on frequency $C_2$ include a packet(s) having a format such as that shown in

US 7,209,748 B2

13

FIG. 12. The message with the SYSTEM COMMAND CODE particularly includes the central station ID number in its alphanumeric data field.

At step 612, central control station 420 checks to determine if a request signal has been transmitted by any pager unit 422 on frequency $C_4$ (as occurred, for example, in context of the discussion of FIG. 10, particularly step 510). Such a request signal would likely be issued from a pager unit 422 which has just wandered into the CFRR controlled by the central control station (e.g., into CFRR$_2$ controlled by station S2). If no such request signal is detected, loop 602 is again repeated.

In the event that a request signal is detected at step 612, central control station 420 notes specifically the time slot on frequency $C_4$ at which the request occurred (step 614). At this point, such time slot is the only way central control station 420 can identify the in-wandering pager unit 422. Central control station 420 desires for the in-wandering pager unit 422 to transmit its identification (ID), but cannot specifically address the in-wandering pager other than with reference to the detected time slot. Accordingly, at step 616, central control station 420 prepares and transmits a message on frequency $C_2$ which has a SLOT RECOGNITION COMMAND CODE. The message including the SLOT RECOGNITION COMMAND CODE includes station S2 as the sender and mirrors the slot randomly generated by pager unit P1 (e.g, the time slot at which the in-wandering pager unit 422 issued its request). This transmission on frequency $C_2$ constitutes authority for pager unit P1 to transmit its identification.

Step 618 denotes acquisition by central control station 420 of the identification (ID) of the in-wandering pager unit 422. At step 620, central control station 420 checks its pager registration file 55 to determine if the pager ID is a valid ID. If not, an error message is generated and transmitted (at step 622), followed by a command for pager unit P1 to shut down (see step 624).

Assuming that the identification of pager unit 422 was validated at step 620, CPU 50 checks (at step 630) its pager directory file 56 to locate an available time slot for the in wandering pager unit 422, and then associates the available time slot with the ID of the in-wandering pager unit 422. Then, at step 632, using a message on frequency $C_2$ with a LOCAL FREQUENCY DOWNLOAD COMMAND CODE, central control station 420 sends the values of its local frequencies (e.g., $f_5$, $f_6$, $f_7$, $f_8$) to the in-wandering pager unit 422. The central control station then (at step 634) assigns to the in-wandering pager unit 422 a new time slot on its local frequencies using a message on frequency $C_2$ with a SLOT ASSIGNMENT COMMAND CODE. Processing of the change time slot command by the in-wandering pager unit 422 is understood with analogous reference to FIG. 5, particularly steps 350, 352, and 354.

Upon completion of step 634, the in-wandering pager unit 422 is fully initiated into its new cell (e.g., CELL$_2$), and has left the jurisdiction of its former control station (e.g., CELL$_1$ and station S1). Accordingly, at step 636, CPU 50 requests its I/O interface to issue a command on serial line 486A which advises (using pager ID) that the in-wandering pager 422 is now under its jurisdiction, so that former jurisdictions (e.g., S1) can delete this pager unit from their pager directory files 56. Such deletion is understood with reference to steps 604–608 as above-described.

In addition to illustrating geographical location of pager P1, stations S1 and S2, and cells CELL$_1$ and CELL$_2$, FIG. 9 shows the relative timing of communications occurring on common frequencies $C_1$–$C_4$. FIG. 9 specifically relates the

14

timing of communications transmissions to specific ones of the aforedescribed steps executed by central control station 420 (the switching enabling routine of FIG. 11) and by pager unit 422 (the channel switching routine of FIG. 10).

Although the central control stations $420_x$ use the same common frequencies $C_1$–$C_4$, there is no interference or confusion of these signals transmitted from the control stations $420_x$. The common frequencies $C_1$–$C_4$ are broadcast at a relatively lower power than the local frequencies $f_1$–$f_4$ so that reception of the common frequencies $C_1$–$C_4$ occurs only in a limited neighborhood (CFRR) about the central control station $420_x$. Accordingly, pager units 422 traveling through the system receive common frequencies $C_1$–$C_4$ only in the limited and non-overlapping CFRRs.

System operational characteristics, such as cell diameter, CFRR diameter, power level of the local frequencies (e.g., $f_1$–$f_4$), and power level of the common frequencies ($C_1$–$C_4$) can be field adjusted to suit numerous factors, including particularly the terrain and topography of the geographical region covered by the system. By way of non-limiting example, in one embodiment, the radius of each cell is on the order of about 20 miles; while the radius of each CFRR is on the order of about 10 miles or less. In the same example, the power for transmission of the local frequencies can be in a range of from about 3 watts to 1000 watts; while the power for transmission of the common frequencies $C_1$–$C_4$ is preferably less than 2 watts.

Thus, the invention provides a two-way paging system which operates independently from a telephone system for wireless data communication between users. The invention minimizes use of available frequencies allowed by the Federal Communications Commission (FCC), using only four local frequencies $f_1$–$f_4$ for any given cell and (for expanded, multi-cellular coverage) only four common or switching frequencies $C_1$–$C_4$. In order to minimize the number of frequencies (e.g, channels) utilized, techniques of time division sharing and synchronization are employed. A transmission power differential between the local frequencies and the common frequencies is also employed. These techniques allow data transmission to be kept separate from different pagers and thus eliminates merging of data.

The switching technique of the present invention provides extended geographical coverage and minimizes paging time by increasing the number of frequencies utilized in a cell from four (e.g, the four local frequencies) to eight (the four local frequencies plus the four common frequencies).

In connection with verification of pager ID, it should be understood that a single pager registration file might be stored in a memory file only one of a plurality of central control stations, and that in such case verification would constitute issuing a search command (on the serial links 486) to locate a pager ID in the one (remote) memory file, with the results of the search being reported back to the inquiring central control station.

The keyboards illustrated herein can, in some embodiments, be multi-language keyboards or writing pads which permit typing of English, Chinese, or Japanese languages, for example. The writing pad is especially useful in countries such as Japan, Thailand, the middle East or China where English-like alphabets are not used. The writing pad could also be used to sketch and transmit graphics. Moreover, data compression/de-compression techniques can be utilized in connection with data transfer.

While the invention has been particularly shown and described with reference to the preferred embodiments thereof, it will be understood by those skilled in the art that various alterations in form and detail may be made therein

US 7,209,748 B2

15

without departing from the spirit and scope of the invention. For example, it should be understood that repeaters may be employed within cells to facilitate transmission when a pager unit ventures far from a central control station.

What is claimed is:

1. A method of communicating data comprising:

receiving a first signal transmitted from a communication controller at a first node, said first signal including information allowing the first node to transmit a request signal to the communication controller;

transmitting the request signal from the first node to the communication controller, said request signal transmitted from the first node to the communication controller in response to the first node receiving the first signal;

receiving a second signal transmitted from the communication controller to the first node, said second signal from the communication controller being transmitted in response to the communication controller receiving the request signal from the first node, said second signal granting the first node permission to transmit data to the communication controller; and

transmitting the data from the first node to the communication controller,

wherein the communication controller transmits to the first node information relating to at least one frequency wherein the first node communicates with the communication controller.

2. The method of claim 1, wherein the at least one frequency used for transmission between the communication controller and the first node is timeslotted.

3. The method of claim 2, wherein the communication controller transmits said first signal to the first node in at least one timeslot within the at least one frequency.

4. The method of claim 2, wherein said second signal transmitted to the first node includes information relating to at least one timeslot within the at least one frequency wherein to the first node transmits said data.

5. The method of claim 4, wherein said at least one timeslot within at least one frequency allocated to the first node for transmitting said data is at least one timeslot within at least one data transmission frequency allocated to the first node for transmitting said data.

6. The method of claim 4, wherein the communication controller maintains radio resources allocated to the first node for sending transmissions to the communication controller, wherein said radio resources comprise the at least one timeslot assigned to the first node for the first node to further communicate with the communication controller, wherein the communication controller may remove the at least one timeslot assigned to the first node when the at least one timeslot assigned to the first node is unused by the first node for a predetermined period of time.

7. The method of claim 5, wherein the at least one timeslot within the at least one data transmission frequency allocated by the communication controller to the first node in the second signal is assigned exclusively to the first node.

8. The method of claim 5, wherein the data transmitted from the first node to the communication controller is transmitted on at least one dedicated channel, wherein said at least one dedicated channel is at least one timeslot within the at least one data transmission frequency assigned exclusively to a node for transmitting data to the communication controller.

9. The method of claim 7, wherein the at least one timeslot assigned to the first node are varied.

10. The method of claim 2, wherein the first node receives information from the communication controller assigning a new timeslot for transmitting.

16

11. The method of claim 2, wherein the first node randomly chooses at least one timeslot wherein the first node transmits.

12. The method of claim 1, wherein said first signal to the first node is transmitted within the at least one frequency.

13. The method of claim 1, wherein said first signal transmitted from the communication controller to the first node is transmitted within at least one predetermined frequency.

14. The method of claim 1, wherein said information relating to at least one frequency wherein the first node communicates with the communication controller comprises information relating to at least one frequency wherein the first node may transmit a request signal.

15. The method of claim 14, wherein said information relating to at least one frequency wherein the first node communicates with the communication controller is transmitted from the communication controller to the first node prior to the first node transmitting said request signal.

16. The method of claim 14, wherein said information allowing the first node to transmit a request signal to the communication controller comprises information relating to at least one timeslot within the at least one frequency wherein the first node may transmit said request signal.

17. The method of claim 16, wherein said request signal from the first node is transmitted within the at least one timeslot within said at least one frequency wherein the first node may transmit said request signal.

18. The method of claim 17, wherein the at least one timeslot in which the first node may transmit the request signal is one of a series of timeslots where the network codes can transmit requests, the series of timeslots occurring repeatedly after transmission of the first signal from the communication controller and continuing after receipt of the request signal transmitted to the communication controller.

19. The method of claim 17, wherein the at least one timeslot within the at least one frequency allocated by the communication controller to the first node in the first signal is assigned exclusively to the first node.

20. The method of claim 18, wherein the series of timeslots where the network nodes can transmit requests occurs repeatedly without being disabled during operation of the communication controller.

21. The method of claim 16, wherein the communication controller maintains radio resources allocated to the first node for sending transmissions to the communication controller, wherein said radio resources comprise the at least one timeslot assigned to the first node for the first node to further communicate with the communication controller, wherein the communication controller may remove the at least one timeslot assigned to the first node when the at least one timeslot assigned to the first node is unused by the first node for a predetermined period of time.

22. The method of claim 1, wherein said information allowing the first node to transmit a request signal to the communication controller comprises information relating to a set of frequencies wherein the first node transmits and receives information from the communication controller, and

wherein at least one frequency from the set of frequencies is allocated to the first node for transmitting the request signal from the first node to the communication controller.

23. The method of claim 1, wherein said information allowing the first node to transmit a request signal to the communication controller comprises information relating to at least one timeslot wherein the first node may transmit a first request signal from the first node.

US 7,209,748 B2

17

**24.** The method of claim 23, wherein said request signal transmitted from the first node is transmitted within the at least one timeslot identified in the first signal from the communication controller.

**25.** The method of claim 23, wherein the at least one timeslot is assigned to the first node by the communication controller.

**26.** The method of claim 1, wherein said request signal from the first node is transmitted within at least one predetermined frequency.

**27.** The method of claim 1, wherein said request signal transmitted from the first node to the communication controller is transmitted within at least one predetermined frequency.

**28.** The method of claim 1, wherein said request signal from the first node includes a request for transmitting a specified amount of data from the first node to the communication controller.

**29.** The method of claim 1, wherein the communication controller transmits said second signal to the first node within the at least one frequency.

**30.** The method of claim 1, wherein said second signal transmitted from the communication controller to the first node is transmitted within at least one timeslot.

**31.** The method of claim 28, wherein said second signal transmitted from the communication controller is transmitted within at least one timeslot within the at least one frequency.

**32.** The method of claim 1, wherein said second signal transmitted from the communication controller to the first node is transmitted within at least one predetermined frequency.

**33.** The method of claim 1, wherein said second signal transmitted from the communication controller to the first node is transmitted within at least one timeslot within at least one predetermined frequency.

**34.** The method of claim 1, wherein said information relating to at least one frequency wherein the first node communicates with the communication controller comprises information relating to at least one frequency allocated to the first node for transmitting data.

**35.** The method of claim 34, wherein said at least one frequency allocated to the first node for transmitting data is transmitted from the communication controller to the first node prior to the first node transmitting the data.

**36.** The method of claim 34, wherein said at least one frequency allocated to the first node for transmitting data is transmitted from the communication controller to the first node after the first node has transmitted the request signal.

**37.** The method of claim 34, wherein said at least one frequency allocated to the first node for transmitting data is transmitting from the communication controller to the first node while the first node is in the process of transmitting data.

**38.** The method of claim 34, wherein said at least one frequency allocated to the first node for transmitting data is at least one data transmission frequency allocated to the first node.

**39.** The method of claim 34, wherein the at least one frequency wherein the first node can transmit a request signal is a different frequency from the least one frequency allocated to the first node for transmitting said data.

**40.** The method of claim 34, wherein said data is transmitted from the first node in the at least one frequency allocated to the first node for transmitting data.

**41.** The method of claim 1, wherein said second signal transmitted to the first node includes information relating to at least one timeslot allocated to the first node for transmitting data.

18

**42.** The method of claim 1, wherein the first node transmits within the at least one frequency which is timeslotted, wherein the first node is at least in part identified by the at least one frequency the first node is transmitting over and at least in part identified by the at least one timeslot the first node is transmitting in.

**43.** The method of claim 1, wherein randomly generated information is transmitted between the communication controller and the first node.

**44.** The method of claim 43, wherein said randomly generated information may be generated by the first node.

**45.** The method of claim 43, wherein said randomly generated information is randomly generated identified information.

**46.** The method of claim 43, wherein said randomly generated identification information is at least temporarily associated with the first node.

**47.** The method of claim 43, wherein said randomly generated information is time derived identifying information which is at least temporarily associated with the first node.

**48.** The method of claim 43, wherein said second signal transmitted from the communication controller to the first node includes randomly generated information generated by the first node, said randomly generated information by the first node having been previously transmitted from the first node to the communication controller.

**49.** The method of claim 43, further comprising the step of: transmitting node identification information from the first node to the communication controller subsequent to the first node receiving said randomly generated information from the communication controller.

**50.** The method of claim 1, wherein the data transmitted by the first node comprises an amount of data comprising at least one data packet, wherein said at least one data packet comprises information relating to a number of related data packets making up the data transmitted by the first node.

**51.** The method of claim 50, wherein the information relating to the number of related packets is a countdown value.

**52.** The method of claim 50, wherein the last data packet of the amount of data transmitted by the first node contains information indicating that the last data packet is the final data packet.

**53.** The method of claim 1, wherein a communication controller comprises a data communication device capable of receiving and transmitting signals to at least one other data communication device over a variable number of frequencies.

**54.** The method of claim 53, wherein said at least one other data communication device comprises at least one node.

**55.** The method of claim 1, wherein the first signal transmitted from the communication controller to the at least one network node including the first node is transmitted on a common control channel, wherein said common control channel is at least one timeslot within at the least one frequency wherein the communication controller transmits information to at one network node including the first node regarding random access timeslot request opportunities.

**56.** The method of claim 1, wherein the request signal transmitted from the first node to the communication controller is transmitted on a common control channel, wherein said common control channel is at least one timeslot within the at least one frequency wherein at least one network node including the first node may transmit a random access request signal.

**57.** The method of claim 1, wherein the second signal is transmitted from the communication controller to the first node on a common control channel, wherein said common

US 7,209,748 B2

**19**

control channel is at least one timeslot within at least one frequency wherein the communication controller transmits timeslot assignment information.

58. The method of claim 1, wherein the first signal is a recurring signal transmitted from the communication controller to at least one network node,

wherein transmissions between the communication controller and a plurality of network nodes may occur simultaneously,

wherein the state of operation for each relative node of the plurality of nodes comprises at least a first state for monitoring for a first signal from the communication controller, at least a second state for transmitting a request signal from the relative node to the communication controller, at least a third state for monitoring for a second signal from the communication controller and at least a fourth state for transmitting data, and

wherein the relative state for each relative node from the plurality of nodes is determined by the associated state of operation for each relative node.

59. The method of claim 58, wherein each relative node from the plurality of nodes may operate at a different relative state of operation for each relative node in relation to other nodes from the plurality of nodes.

60. The method of claim 58, wherein the state of operation for each relative node comprises at least one other state for receiving incoming data transmissions from the communication controller.

61. The method of claim 60, wherein a node may operate in more than one state at any given period.

62. The method of claim 58, wherein the state of operation also comprises at least one other state for receiving data transmissions from the communication controller.

63. The method of claim 62, wherein a node may simultaneously send and receive transmissions.

64. The method of claim 58, further comprising:

receiving an additional first signal transmitted from a communication controller at a second node, said additional first signal including information relating to the at least one frequency within which the second node may transmit an additional request signal to the communication controller,

transmitting the additional request signal from the second node to the communication controller within the at least one frequency, said additional request signal transmitted from the second node to the communication controller in response to the second node receiving the additional first signal;

receiving an additional second signal transmitted from the communication controller to the second node, said additional second signal from the communication controller being transmitted in response to the communication controller receiving the additional request signal from the second node, said second signal granting the second node permission to transmit additional data to the communication controller; and

transmitting the additional data from the second node to the communication controller.

65. The method of claim 64, wherein the transmissions from and subsequent signal receptions by the second node may occur at any time after the communication controller has transmitted the first signal to the first node, including at least any time prior to the communication controller receiving all the data transmitted from the first node.

66. The method of claim 64, wherein the at least one frequency used for transmission between the communication controller and the second node is timeslotted.

**20**

67. The method of claim 64, wherein at least one timeslot is assigned to the second node by the communication controller.

68. The method of claim 67, wherein the at least one timeslot within the at least one frequency allocated by the communication controller to the second node is assigned within the additional second signal, said at least one timeslot is assigned exclusively to the second node.

69. The method of claim 66, wherein the communication controller transmits said additional first signal to the second node within the at least one frequency; and

wherein said additional first signal to the second node is transmitted within at least one timeslot within the at least one frequency.

70. The method of claim 66, wherein said additional first signal to the second node includes information relating to at least one timeslot within the at least one frequency wherein the second node may transmit said additional request signal.

71. The method of claim 66, wherein the at least one frequency wherein the second node transmits said additional request signal is timeslotted; and

wherein said additional request signal from the second node is transmitted within at least one timeslot within at least one frequency.

72. The method of claim 64, wherein said additional first signal transmitted from the communication controller to the second node is transmitted in at least one timeslot assignment frequency.

73. The method of claim 64, wherein said additional request signal from the second node includes a request for transmitting a specified amount of data from the second node to the communication controller.

74. The method of claim 73, wherein the communication controller transmits said additional second signal on the at least one timeslot assignment frequency which is timeslotted; and

wherein said additional second signal transmitted from the communication controller is transmitted within at least one timeslot within the at least one timeslot assignment frequency.

75. The method of claim 64, wherein the second node is at least in part identified by the at least one frequency the second node is transmitting over and at least in part identified by the at least one timeslot the second node is transmitting in.

76. The method of claim 64, wherein randomly generated information is transmitted between the communication controller and the second node; and

wherein said randomly generated information is randomly generated identification information.

77. The method of claim 76, wherein said randomly generated information is time derived identifying information which is at least temporarily associated with the second node.

78. The method of claim 76, wherein said additional second signal transmitted from the communication controller to the second node includes randomly generated information generated by the second node, said randomly generated information by the second node have been previously transmitted from the second node to the communication controller.

79. The method of claim 76, further comprising the step of: transmitting node identification information from the second node to the communication controller subsequent to the second node receiving said randomly generated information from the communication controller.

80. The method of claim 64, wherein the second node receives information transmitted from the communication controller relating to the at least one data transmission

21

frequency the second node must utilize in transmitting additional data to and receiving data from the communication controller.

**81.** The method of claim 80, wherein the second node receives information from the communication controller relating to the at least one data transmission frequency wherein the second node is assigned to transmit the additional data.

**82.** The method of claim 81, wherein the second node receives information from the communication controller relating to an assignment of at least one timeslot within the at least one data transmission frequency wherein the second node is assigned to transmit the additional data.

**83.** The method of claim 64, wherein any number of frequencies may be used for transmissions between the communication controller and the second node.

**84.** The method of claim 83, wherein the number of frequencies used for transmissions between the communication controller and the second node are varied.

**85.** The method of claim 1, wherein the first node includes a writing pad for entering the data into the node.

**86.** The method of claim 85, wherein the writing pad is pressure sensitive.

**87.** The method of claim 1, wherein the first node receives information transmitted from the communication controller relating to at least one data transmission frequency the first node must utilize in transmitting data to and receiving data from the communication controller.

**88.** The method of claim 87, wherein the first node transmits within at least one timeslot within at least one frequency.

**89.** The method of claim 87, wherein the first node receives information relating to at least one monitor frequency wherein the first node must monitor for transmissions from the communication controller.

**90.** The method of claim 89, wherein the at least one data transmission frequency wherein the first node transmits and the at least one monitor frequency wherein the first node receives transmissions from the communication controller comprises at least one range of frequencies utilized by the first node in transmitting data to and receiving transmissions from the communication controller.

**91.** The method of claim 89, wherein the first node transmits data to and receives data from the communication controller via at least one antenna.

**92.** The method of claim 91, wherein the at least one antenna comprises multiple antennas.

**93.** The method of claim 87, wherein the at least one frequency comprises a list of frequencies the first node must utilized in transmitting data to and receiving data from the communication controller.

**94.** The method of claim 87, wherein the at least one frequency comprises a range of frequencies wherein the first node must utilize in transmitting data to and receiving data from the communication controller.

**95.** The method of claim 87, wherein the at least one data transmission frequency utilized in transmitting data from the first node to the communication controller can be changed.

**96.** The method of claim 87, wherein the first node determines which of the at least one data transmission frequencies the first node will utilize in communicating with the communication controller.

**97.** The method of claim 96, wherein the first node determines whether switching of the at least one data transmission frequency is required based upon signal quality.

22

**98.** The method of claim 87, wherein the communication controller controls whether switching of the at least one data transmission frequency is required based upon signal quality.

**99.** The method of claim 87, wherein the communication controller assigns the at least one data transmission frequency for the first node to utilize in communicating with the communication controller.

**100.** The method of claim 99, wherein the communication controller assigns the at least one data transmission frequency to the first node for frequency switching.

**101.** The method of claim 100, wherein the first node is assigned at least one timeslot within the at least one data transmission frequency by the communication controller to transmit.

**102.** The method of claim 1, wherein any number of frequencies may be used for transmissions between the communication controller and the first node.

**103.** The method of claim 102, wherein a number of frequencies used for transmissions between the communication controller and the first node are varied.

**104.** The method of claim 1, wherein the communication controller maintains radio resources allocated to the first node after the data from the first node has been received, wherein said radio resources comprise at least one timeslot assigned to the first node for the first node to further communication with the communication controller, wherein said at least one timeslot is assigned to the first node at any time, wherein the communication controller may remove the at least one timeslot assigned to the first node when the at least one timeslot assigned to the first node is unused by the first node for a predetermined period of time.

**105.** The method of claim 1, wherein the first node communicates with at least one data communication device via at least one antenna via at least one frequency.

**106.** The method of claim 105, wherein the at least one antenna comprises multiple antennas and wherein the at least one frequency comprises multiple frequencies.

**107.** The method of claim 106, wherein said multiple antennas comprises multiple antennas for transmitting signals from the first node to at least one data communication device and at least one antenna for receiving signals from the at least one data communication device.

**108.** The method of claim 106, wherein said multiple antennas comprises at least one antenna for transmitting signals from the first node to at least one data communication device and multiple antennas for receiving signals from the at least one data communication device.

**109.** The method of claim 105, wherein said at least one data communication device comprises multiple data communication devices, and wherein said at least one frequency comprises multiple frequencies.

**110.** The method of claim 106, wherein the first node may transmit signals and receive signals simultaneously.

**111.** The method of claim 110, wherein the first node may simultaneously transmit signals on multiple frequencies, and wherein the first node may simultaneously receive transmissions on multiple frequencies.

**112.** The method of claim 111, wherein the first node may transmit the request signal to at least one data communication device while transmitting the data.

\* \* \* \* \*

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Cisco Systems, Inc. and Scientific-Atlanta, Inc.

## DEFENDANTS
GPNE Corp.

**(b)** County of Residence of First Listed Plaintiff Santa Clara, California
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed New Castle, Delaware
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Daniel V. Folt, Esquire (I.D. No. 3143)
Duane Morris
1100 N. Market Street, Suite 1200
Wilmington, DE  19801
(302) 657-4920

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only) and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1331 and 1338(a)
Brief description of cause:
Action for declaratory relief regarding United States patents.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE

DOCKET NUMBER

DATE
October 24, 2007

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY

RECEIPT #

AMOUNT

APPLYING IFP

JUDGE

MAG. JUDGE

American LegalNet, Inc.   www.USCourtForms.com

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

0 7 - 6 7 1

Civil Action No. _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

2007 OCT 24  PM 4: 27

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF _____ 3 _____ COPIES OF AO FORM 85.

OCT 2 4 2007

_____
(Date forms issued)

_____
(Signature of Party or their Representative)

FRANK JOYCE PARCELS, INC.
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action