IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and SCIENTIFIC-ATLANTA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GPNE CORP., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 07-671 (SLR) ) ) ) ) ) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute the law firms MORRIS, NICHOLS, ARSHT & TUNNELL LLP and FISH & RICHARDSON P.C. for DUANE MORRIS LLP as counsel for plaintiffs.

DUANE MORRIS LLP

/s/ Daniel V. Folt
--------------------------------
Daniel V. Folt (#3143)
Matt Neiderman (#4018)
Aime M. Czachorowski (#4670)
1100 n. Market Street
Wilmington, DE 19801
(302) 657-4900
dfolt@duanemorris.com
mneiderman@duanemorris.com
aczachorowski@duanemorris.com

MORRIS NICHOLS ARSHT & TUNNELL LLP

/s/ Karen Jacobs Louden
--------------------------------
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

FISH & RICHARDSON P.C.

/s/ William J. Marsden, Jr.
--------------------------------
William J. Marsden, Jr. (#2247)
919 North Market Street, Ste. 1100
P.O. Box 1114
Wilmington, Delaware 19899
(302) 778-8401
marsden@fr.com

OF COUNSEL:

Ruffin B. Cordell
FISH & RICHARDSON P.C.
1425 K Street, N.W.
Washington, D.C. 20005-3500
(202) 783-5070

Katherine Lutton
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
(650) 839-5070

Christopher O. Green
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309
(404) 892-5005

*Attorneys for Cisco Systems, Inc. and Scientific-Atlanta, Inc.*

November 14, 2007
1312974