IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and<br>SCIENTIFIC-ATLANTA, INC.,<br><br>            Plaintiffs,<br><br>   v.<br><br>GPNE CORP.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 07-671 (SLR)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiffs state that Cisco Systems, Inc. has no parent corporation and that no publicly held corporation owns 10% or more of its stock, and that Scientific-Atlanta, Inc. is a wholly-owned subsidiary of Cisco Systems, Inc.

| FISH & RICHARDSON P.C. | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| */s/ William J. Marsden, Jr.* | */s/ Karen Jacobs Louden* |
| William J. Marsden, Jr. (#2247)<br>919 North Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, Delaware 19899<br>(302) 778-8401<br>marsden@fr.com | Jack B. Blumenfeld (#1014)<br>Karen Jacobs Louden (#2881)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>klouden@mnat.com |
| *Attorneys for Plaintiffs Cisco Systems, Inc.<br>and Scientific-Atlanta, Inc.* | *Attorneys for Plaintiffs Cisco Systems, Inc.<br>and Scientific-Atlanta, Inc.* |

OF COUNSEL:

Ruffin B. Cordell
FISH & RICHARDSON P.C.
1425 K Street, N.W.
Washington, D.C. 20005-3500
(202) 783-5070

Katherine Lutton
FISH & RICHARDSON P.C.
500 Arguello Street, Ste. 500
Redwood City, California 94063
(650) 839-5070

Christopher O. Green
FISH & RICHARDSON P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, Georgia 30309
(404) 892-5005

November 14, 2007
1312976