IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., and THOMSON, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 07-671 (SLR) |
| GPNE CORP., | ) ) ) | |
| Defendant. | ) | |

### ARRIS GROUP, INC.'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff ARRIS Group, Inc. states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

FISH & RICHARDSON P.C.

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 North Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899
(302) 778-8401
marsden@fr.com

*Attorneys for Plaintiffs
Cisco Systems, Inc., Scientific-Atlanta, Inc.,
ARRIS Group, Inc. and Thomson, Inc.*

December 4, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 4, 2007, copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY HAND**

GPNE Corp.
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE  19808

/s/ Karen Jacobs Louden
_____
klouden@mnat.com (#2881)