IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and SCIENTIFIC-ATLANTA, INC., ARRIS GROUP, INC., and THOMSON, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GPNE CORP., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 07-671 (SLR) |

## THOMSON, INC.'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), plaintiff Thomson, Inc. states that it is a wholly-owned subsidiary of Thomson SA, a publicly traded French company.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

FISH & RICHARDSON P.C.

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 North Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE 19899
(302) 778-8401
marsden@fr.com

*Attorneys for Plaintiffs*
*Cisco Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group, Inc. and Thomson, Inc.*

December 4, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 4, 2007, copies of the foregoing were caused to be served upon the following in the manner indicated:

**BY HAND**

GPNE Corp.
c/o Corporation Service Company
2711 Centerville Road
Wilmington, DE  19808

/s/ *Karen Jacobs Louden*
_____
klouden@mnat.com (#2881)