# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC., et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 07-671 SLR |
| | ) |
| GPNE CORP., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER TO EXTEND

IT IS HEREBY STIPULATED AND AGREED, by and between counsel and subject to the approval of the Court, that the time by which Defendant GPNE Corp. shall answer, move, or otherwise respond to Plaintiff's complaint is extended to and including January 18, 2008.

  /s/ Karen Jacobs Louden
Jack B. Blumenfeld (I.D. #1014)
Karen Jacobs Louden (I.D. #2881)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

  /s/ Richard K. Herrmann
Richard K. Herrmann (I.D. #405)
Mary B. Matterer (I.D. #2696)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com
mmatterer@morrisjames.com

*Attorneys for Defendant GPNE Corp.*

    /s/ Raymond N. Scott
Raymond N. Scott (I.D. #4949)
Fish & Richardson P.C.
919 North Market Street, Suite 1100
Wilmington, DE  19801
(302) 778-8401
rscott@fr.com

*Attorneys for Plaintiffs Cisco Systems, Inc.*
*Scientific-Atlanta, Inc., Arris Group, Inc.*
*and Thomson, Inc.*

**SO ORDERED** this \_\_\_\_ day of December, 2007.

_____
United States District Court Judge