IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CISCO SYSTEMS, INC.,
SCIENTIFIC-ATLANTA, INC.,
ARRIS GROUP, INC. and
THOMSON, INC.

        Plaintiffs,

        v.

GPNE CORP.,
A Delaware company,

        Defendants.

Civil Action No. 07-671 (SLR)

**JURY TRIAL DEMANDED**

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Katherine Kelly Lutton, Ruffin B. Cordell and Christopher O. Green to represent Cisco Systems, Inc., Scientific-Atlanta, Inc., ARRIS Group, Inc. and Thomson, Inc. in this matter.

Dated: December 26, 2007

FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    919 N. Market Street, Suite 1100
    P.O. Box 1114
    Wilmington, DE 19899-1114
    Tel: (302) 652-5070
    marsden@fr.com

    Attorneys for Plaintiffs CISCO SYSTEMS, INC.,
    SCIENTIFIC-ATLANTA, INC., ARRIS GROUP,
    INC. and THOMSON, INC.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Dated: _____, 2007        _____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Katherine Kelly Lutton
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Direct:  650-839-5070
Email: lutton@fr.com

Date: ___12/21/07___

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Georgia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Christopher O. Green
Fish & Richardson P.C.
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Direct:  404-892-5005
Email:  cgreen@fr.com

Date: __12/13/2007__

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify I am generally familiar with this Court's Local Rules.   In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Ruffin B. Cordell
Fish & Richardson P.C.
1425 K Street, N.W. , Suite 1100
Washington, D.C. 20005
Direct:  202-783-5070
Email:  cordell@fr.com

Date: __12/21/07__

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2007, I electronically filed with the Clerk of Court Motion and Order for Admission Pro Hac Vice using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via the method indicated below:

**BY ELECTRONIC MAIL**
Karen Jacobs Louden
Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

**BY ELECTRONIC MAIL**
Richard K. Herrmann
Mary B. Matterer
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr.