IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS, INC. and<br>SCIENTIFIC ATLANTA, INC., ARRIS<br>GROUP, INC., and THOMSON, INC.<br><br>        Plaintiffs<br>v.<br><br>GPNE CORP.<br>        Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>C. A. No. 07-671 (SLR)<br>Jury Trial Demanded |

## GPNE CORPORATION'S MOTION TO TRANSFER

Defendant GPNE Corp. hereby submits this Motion to Transfer to the Eastern District of Texas, Marshall Division, showing this Honorable Court as follows:

(1) A case involving infringement of U.S. Pat. No. 6,282,406, at issue in this case, is already on file in the Eastern District of Texas.

(2) To transfer this case to the Eastern District of Texas would save judicial resources.

(3) To transfer this case to the Eastern District of Texas would eliminate the possibility of inconsistent or conflicting rulings.

Wherefore, for reasons more fully set forth in Defendant's Brief in Support of this Motion, Defendant asks that its Motion to Transfer be granted.

_____
Richard K. Herrmann (I.D. No. 405)
**MORRIS JAMES, LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800 - Telephone
rherrmann@morrisjames.com

*ATTORNEY FOR GPNE CORP.*

2

OF COUNSEL:
Edward W. Goldstein
Corby R. Vowell
**GOLDSTEIN, FAUCETT & PREBEG, LLP**
1177 West Loop South, Suite 400
Houston, Texas 77027
(713) 877-1515 – Telephone
(713) 877-1737 – Facsimile