IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CISCO SYSTEMS, INC. and SCIENTIFIC
ATLANTA, INC., ARRIS GROUP, INC.,
and THOMSON, INC.,

     Plaintiffs,

  v.

GPNE CORP.,

     Defendant.

C.A. No. 07-671 (SLR)

**REDACTED –
PUBLIC VERSION**

**DECLARATION OF WILLIAM J. MARSDEN, JR.
IN SUPPORT OF PLAINTIFFS' ANSWERING BRIEF
IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
klouden@mnat.com

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
919 North Market Street
Suite 1100
P.O. Box 1114
Wilmington, DE  19899
(302) 778-8401
marsden@fr.com

*Attorneys for Plaintiffs
Cisco Systems, Inc., Scientific-Atlanta, Inc.,
ARRIS Group, Inc. and Thomson, Inc.*

Original Filing Date:  February 7, 2008

Redacted Filing Date:  March 3, 2008

I, William J. Marsden, Jr. declare as follows:

1.      I am a Principal with Fish & Richardson P.C., counsel for Plaintiffs Cisco Systems, Inc., Scientific Atlanta, Inc., Arris Group, Inc., and Thomson, Inc., (collectively "Plaintiffs"). I make the following statements based on personal knowledge, except where noted.

2.      Attached to this Declaration as Exhibit A is a true and accurate copy of a printout of an internet web page entitled "Arris Group Inc (ARRS.O) Full Description," available online at     http://stocks.us.reuters.com/stocks/fullDescription.asp?rpc=66&symbol=ARRS.O     (last accessed February 5, 2008).

3.      Attached to this Declaration as Exhibit B is a true and accurate copy of a printout of an internet web page entitled "Thomson (TMS) Full Description," available online at http://stocks.us.reuters.com/stocks/fullDescription.asp?rpc=66&symbol=TMS     (last     accessed February 5, 2008).

4.      Attached to this Declaration as Exhibit C is a true and accurate copy of a printout of an internet web page entitled "Cisco Systems Inc (CSCO.O) Full Description," available online at http://stocks.us.reuters.com/stocks/fullDescription.asp?rpc=66&symbol=CSCO.O (last accessed February 5, 2008).

5.      Attached to this Declaration as Exhibit D is a true and accurate copy of a printout of an internet web page entitled "Scientific Atlanta, A Cisco Company: About Us," available online at http://www.scientificatlanta.com/aboutus/index.htm (last accessed February 5, 2008).

6.      Attached to this Declaration as Exhibit E is a true and accurate copy of a printout of the Dun & Bradstreet (D&B) Report of GPNE Corp.

7.      Attached to this Declaration as Exhibit F is a true and accurate copy of a printout of an internet web page showing the availability of non-stop flights from Honolulu, Hawaii to Newark, New Jersey on Continental Airlines, available at http://www.continental.com/web/en-US/apps/booking/flight/searchResult1.aspx?SID=43F52E64E2AF477FAA724DA0F5778920 (last accessed February 5, 2008).

8.      Attached to this Declaration as Exhibit G is a true and accurate copy of a printout of an internet web page showing the distance between the Dallas International Airport and the Eastern District of Texas, Marshall Division, available at http://maps.google.com/maps?ie=UTF-8&hl=en&tab=wl (last accessed February 5, 2008).

9.      Attached to this Declaration as Exhibit H is a true and accurate copy of a printout of an internet web page showing the distance between the Bush Intercontinental Airport in Houston, Texas and the Eastern District of Texas, Marshall Division, available at http://www.randmcnally.com/rmc/directions/dirGetDirections.jsp?cmty=0&notcache=1      (last accessed February 5, 2008).

10.      Attached to this Declaration as Exhibit I is a true and accurate copy of a printout of an internet web page showing the distance between the Newark International Airport and the District                of                Delaware,                available                at http://maps.google.com/maps?f=d&hl=en&geocode=&saddr=newark+liberty+international+airport&daddr=844+king+street+wilmington+de+19801&sll=37.0625,-95.677068&sspn=48.956293,86.396484&ie=UTF8&z=9&om=0&pw=2 (last accessed February 5, 2008).

11.      Attached to this Declaration as Exhibit J is a true and accurate copy of a printout of an internet web page showing the distance between the Philadelphia International Airport and the      United      States      District      Court      for      the      District      of      Delaware,      available      at http://www.randmcnally.com/rmc/directions/dirGetDirections.jsp?cmty=0&notcache=      (last accessed February 5, 2008).

12.      Attached to this Declaration as Exhibit K is a true and accurate copy of a printout of an internet web page entitled "Top 50 Busiest U.S. Airports for 2007 – All Airports," available      at      http://www.faa.gov/news/updates/busiest_airports/index.cfm?airportType=All&year=2007 (last accessed February 5, 2008).

2

13.    Attached to this Declaration as Exhibit L is a true and accurate copy of a printout of an internet web page entitled "Philadelphia International Airport Information," available at http://www.philadelphia-phl.com/airlines.html (last accessed February 5, 2008).

14.    Attached to this Declaration as Exhibit M is a true and accurate copy of a printout of the Civil Docket for Case #: 6:07-cv-00060-LED, previously referred to as the Texas DOCSIS litigation.

15.    Attached to this Declaration as Exhibit N is a true and accurate copy of a printout of the Civil Docket for Case #: 6:07-cv-59, previously referred to as the Texas GPRS litigation.

16.    Attached to this Declaration as Exhibit O is a true and accurate copy of a printout of an internet web page entitled "Federal Court Management Statistics," available at http://www.uscourts.gov/cgi-bin/cmsd2006.pl (last accessed February 7, 2008).

17.    Attached to this Declaration as Exhibit P is a true and accurate copy of the Docket Control Order entered by Judge Davis of the United Stated District Court for the Eastern District of Texas on October 24, 2007, for the case of *Marvell Semiconductor et al v. Commonwealth Scientific and Industrial Research Organisation* (6:07cv204f).


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of February, 2008, at Wilmington, Delaware.

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 3, 2008 I electronically filed the foregoing

with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

Richard K. Herrmann
MORRIS JAMES LLP

I further certify that I caused to be served copies of the foregoing

document on March 3, 2008 upon the following in the manner indicated:

Richard K. Herrmann                                    *VIA ELECTRONIC MAIL*
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
(302) 888-6800

Edward W. Goldstein
Corby R. Vowell
GOLDSTEIN, FAUCETT & PREBEG, LLP
1177 West Loop South, Suite 400
Houston, TX  77027
(713) 877-1515

*/s/ Karen Jacobs Louden (#2881)*
_____
klouden@mnat.com (#2881)

EXHIBIT A



Quotes, News, Pictures & Vide  **SEARCH**    Login

BROKER CENTER SPONSORED LINKS

You are here:    Home > Stocks > Full Description

Tue 5 Feb 2008 3:17pm ET

| HOME |
| --- |
| BUSINESS & FINANCE |
| Markets |
| Deals |
| Industries |
| Stocks |
|   Overview |
|   Full Description |
|   Option Quote |
|   Charts |
|   Officers & Directors |
| NEWS |
|   Key Developments |
|   Company News |
|   Press Releases |
| FINANCES |
|   Financial Highlights |
|   Ratios |
|   Financial Statements |
| SENTIMENT |
|   Performance |
|   Insider Trading |
|   Institutional Holders |
| ANALYSIS |
|   Estimates |
|   Recommendations |
|   Analyst Research |
| Stock Buzz |
| Funds |
| ETFs |
| Currencies |
| Commodities |
| Options |
| Bonds |
| Analyst Research |
| Portfolio |
| NEWS |

## Full Description

# Arris Group Inc ARRS.O (NASDAQ)

**Sector:** Technology | **Industry:** Communications Equipment    View **ARRS.O** on other exchanges

| As of 3:02 PM EST | Price Change | Percent Change |
| --- | --- | --- |
| **$9.09** USD | ▲-0.08 | ▲-0.89% |

› Independent Research  › Broker Research

Back to the Company Overview

ARRIS Group, Inc. (ARRIS) is a global communications technology company specializing in the design and engineering of equipment for broadband networks. The Company develops, manufactures and supplies cable telephony, video and high-speed data equipment, as well as outside plant construction and maintenance equipment for multiple systems operators (MSOs). ARRIS provides products and equipment principally to the cable television market and specifically to MSOs on a worldwide basis. The Company's products allow MSOs and broadband service providers to deliver a range of integrated voice, video and high speed data services to their subscribers. In addition, ARRIS is a supplier of infrastructure products used by cable system operators in the build-out and maintenance of hybrid fiber-coaxial (HFC) networks. The Company provide cable system operators with a product offering for the headend, distribution network and subscriber premises. In December 2007, ARRIS completed its acquisition of C-COR Inc.

ARRIS divides its product offerings into two categories: broadband, and supplies and customer premises equipment (CPE). Broadband consist of voice-over-Internet protocol (VoIP) telephony products, including cable modem termination system (CMTS); high-speed data products, including CMTS; video/Internet protocol (IP) headend products and constant bit rate (CBR) telephony products. Supplies and CPE include infrastructure products for fiber optic or coaxial networks built under or above ground, including cable and strand, vaults, conduit, drop materials, tools, connectors and test equipment; VoIP telephony CPE, embedded multimedia terminal adapters (EMTA), and high-speed data CPE, cable modems. The Company's four largest customers are Comcast, Cox Communications, Liberty Media International and Time Warner Cable.

Video-Over-Internet Protocol and Data Products

A CMTS, along with a call agent, a gateway, and provisioning systems provide the ability to integrate the public switched telephone network (PSTN) and high-speed data services over a HFC network. The CMTS provides the software and hardware to allow IP traffic from the Internet, or traffic used in VoIP telephony, to be converted for use on HFC networks. The CMTS is also responsible for initializing and monitoring all cable modems and EMTAs connected to the HFC network. The Company provides two products: the C4 CMTS and the C3 CMTS, used in the cable operator's headend that provide VoIP and high-speed data services to residential or business subscribers.

Subscriber premises equipment includes DOCSIS 2.0 certified cable modems for high-speed data applications, as well as Euro-DOCSIS certified versions and PacketCable Certified EMTAs for VoIP applications in both DOCSIS and Euro-DOCSIS networks. The PacketCable solution builds on DOCSIS 2.0 and its quality of service enhancements to support lifeline telephony deployed over HFC networks. ARRIS' Touchstone product line provides carrier-grade performance to enable operators to provide all data, telephony and video services on the same network using common equipment. The Touchstone product line consists of the Touchstone CM550 series of cable modems and the Touchstone TM402 and TM502 series of telephony modems.

Video/Internet Protocol Products

The Company markets its Video/IP headend equipment under the D5 brand name. The first product for the headend is the D5 Universal Edge QAM. The D5 converts digital video and IP data into radio frequency signals that can be transmitted on the cable service providers' HFC plant. The D5 is compatible with DOCSIS 2.0 cable modems, as well as Moving Picture Experts Group, Standard No. 2 (MPEG-2) and Moving Picture Experts Group, Standard No. 4 (MPEG-4) set top boxes. It is a highly dense device with 48 channels in two rack units (3.5 inches) of rack space. The D5 Universal Edge QAM is suitable for service providers deploying video on demand and switched digital broadcast services where many unicast channels are required.

Constant Bit Rate Products

ARRIS offers a number of CBR products. These CBR products have included, for headend equipment, the Company's products under the brand name Cornerstone Voice, and for subscriber premises, its products marketed under the brand name Cornerstone Voice Port.

Cable Plant Infrastructure Products

The Company offers a variety of products that are used by MSOs to build and maintain their cable plants. ARRIS' products are complemented by its distribution infrastructure, which is focused on providing delivery of products from stocking or drop-ship locations. The Company's name-brand products are manufactured to its specifications by manufacturing partners. These products include taps, line passives, house passives and premises installation equipment marketed under ARRIS' Regal brand name, MONARCH aerial and underground plant construction products and enclosures, Digicon premium F-connectors, and FiberTel fiber optic connectivity devices and accessories. The Company also resells products from numerous supplier-partners, which include brands to small specialty manufacturers. Through its suppliers, ARRIS also supplies ancillary products, such as tools and safety equipment, testing devices and specialty electronics.

Back to the Company Overview

**FIND OUT MORE ABOUT ARRS.O**

Ratio Comparison
Officers & Directors
Key Developments

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

Data supplied by Reuters Fundamentals.

**Reuters Corporate:** Copyright | Disclaimer | Privacy | Products & Services | Professional Products Support | About Reuters | Careers

**International Editions:** Arabic | Argentina | Brazil | Canada | Chinese Simplified | Chinese Traditional | France | Germany | India | Italy | Japan | Latin America | Mexico | Russia | South Africa | Spain | United Kingdom | United States

Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Reuters journalists are subject to the Reuters Editorial Handbook which requires fair presentation and disclosure of relevant interests.

# EXHIBIT B



Login

Reuters/C-SPAN/Zogby 2008 Presidential Poll Analysis
Find out what America has to say this election season
Buy now >

**Broker Center** sponsored links






¥ € $ - Learn. Practice. Trade.     Learn to Trade with a FREE Guide.     $0 stock trades. 10 free per month.     Trade with personal dealer service.

Tue 5 Feb 2008 4:05pm ET
You are here: Home > Stocks > Full Description

Markets

Deals

Industries

Stocks

  Overview

  Full Description

  Option Quote

  Charts

  Officers & Directors

NEWS

  Key Developments

  Company News

  Press Releases

FINANCES

  Financial Highlights

  Ratios

  Financial Statements

SENTIMENT

  Performance

  Insider Trading

  Institutional Holders

ANALYSIS

  Estimates

  Recommendations

  Analyst Research

## Full Description

### Thomson TMS (NYSE)

Sector: Consumer Cyclical   Industry: Audio & Video Equipment   View **TMS** on other exchanges

| As of 3:45 PM EST | Price Change | Percent Change |
|---|---|---|
| **$12.23**USD | ▼-0.57 | ▼-4.45% |

▸ Independent Research   ▸ Broker Research

REUTERS

Text TOP3 to 25669
from your mobile phone
for Reuters breaking
news alerts
Standard messaging rates may apply

Back to the Company Overview

Thomson provides technology, systems & equipment and services to Media & Entertainment
(M&E) clients, including content creators and content distributors. Thomson is organized in three

Stock Buzz

Funds

ETFs

Currencies

Commodities

Options

Bonds

Analyst Research

Portfolio

divisions representing its core business: Services, Systems, and Technology, with a fourth activity covering its Non-Core activities, Displays & consumer electronics (CE) Partnerships. The Services division offers end-to-end management of services for the Company's customers in the Media & Entertainment industries. The Systems division plays a key role at both ends of the Media & Entertainment distribution chain, interfacing with content makers through the provision of video-focused systems and equipment, such as television broadcast cameras and outside broadcast vans, on one end of the chain, and with network operators, retailers and end-consumers through sales of equipment, such as set-top boxes and service gateways, at the other end. The Technology division includes corporate research, licensing of patents and trademarks, silicon solutions, including integrated circuit (IC) design, tuners, and remotes, and software & technology solutions, including video and audio security solutions, and other technologies. In September 2007, the Company acquired SyncCast Corp., a wholesale distributor of online movies, music and other entertainment. In January 2008, the Company completed the sale of the non European branch of its audio-video and accessories activity, to Audiovox Corporation.

On January 13, 2006, Thomson acquired the network services business assets and liabilities of Electronic Data Systems, the company Convergent Media Systems (Convergent). On January 26, 2006, Thomson took the control of 94% of the share capital of Canopus Co., Ltd (Canopus) and On August 11, 2006, Thomson acquired the remaining 6% of the share capital. On June 23, 2006, Thomson acquired the remaining (16%) minority interests in the share capital of Nextamp SA, a French company specialized in the protection of video content with technologies known as watermarking. On July 3, 2006, Thomson acquired the 49% minority interest of VCF Thematiques (VCF). On October 4, 2006, Thomson acquired NOB Cross Media Facilities (NOB – CMF), a subsidiary of Nederlands Omroepproduktie Bedrijf (NOB). In October 2006, Thomson reached an agreement with TCL Multimedia and the parent company of TTE and TCL Corporation. In November 2006, Thomson reduced its interest in TCL Multimedia from 29.32% to 19.32%, following the renegotiation of various agreements with TCL Multimedia and TTE and the release of the lock-up on Thomson's stake in TCL Multimedia.

On December 21, 2006, Thomson signed an agreement for the disposal of its accessories business in the United States outside of Europe with Audiovox Corporation. The closing of the transaction was finalized on January 29, 2007. On January 11, 2007, Thomson acquired the minority interests in Technicolor Universal Media Services LLC of America. On January 16, 2007, Thomson finalized the acquisition of the 22% minority interest of Technicolor Network Services UK Limited. On February 13, 2007, Thomson acquired 51% interest in Paprikaas Interactive Services Pty Limited, an Indian animation and gaming cinematics firm.

Services

Services division represented 42.5% of net revenues during the year ended December 31, 2006. Thomson offers services related to the preparation and distribution of video content, whether in the form of physical media (principally analog film or digital versatile disc (DVD)) or electronic media). The Company also provides network services to broadcasters, retailers, cinema exhibitors and other enterprises or network operators that aim to provide audiences/customers with video content. The business of the Services division include Content Services, Film Services and DVD Services (together referred to as physical media businesses), Electronic Distribution Services and Network Services.

Thomson offers a set of content creation, content completion and management services to M&E clients, in the theatrical (cinema), television and commercial/advertising segments. The range of services provided includes processing of daily film rushes and high definition digital dailies during filming, negative assembling, digital intermediate color-grading services, editing and the creation of masters, including those used for theatrical film release, post-theatrical release services (including video/format mastering, compression, authoring and asset management), DVD replication, broadcast television (covering all global standards, such as National Television System Committee (NTSC), phase alternation line (PAL) and High Definition) or for other forms of electronic distribution. The Company provides services in both analog and digital formats and the ability to move easily between both formats. The Company has developed digital media asset management solutions allowing the same storage, management and retrieval of content for distribution to multiple distribution channels. After the process of creating and preparing the content is complete, Thomson offers bulk-printing services for the release of a film to cinemas. The Company also provides logistical support in North America, delivering prints and studio marketing materials to cinemas.

Thomson provides end-to-end packaged media services to content owners. Thomson prepares content and manufacture and distribute DVDs, video and game DVDs and compact discs (CDs) from 21 locations across North America, Europe and Australia. The Company provides a turnkey integrated solution for video and games content producers that spans mastering, manufacturing, packaging and distribution, including direct-to-retail, direct-to-consumer and returns handling, as well as procurement, information services and retail inventory management systems. In December 2006, Thomson had annual capacity to produce 1.8 billion DVDs supported by 5.1 million square feet of dedicated distribution space. Its main customers include Disney, Universal Studios, Paramount/DreamWorks and Microsoft.

The Company manages the SkyArc digital advertising network for exhibitors/cinemas, which are customers of its Screenvision joint venture. During 2006, it installed a limited number of screens for various exhibitors in North America, including Mann, National Amusements and Pacific Theatres for beta testing. It also entered into an agreement for the initial deployment of digital cinema screens for the Kinepolis cinemas in Belgium. The Company provides network services to broadcasters, retailers, cinema exhibitors and other enterprises that aim to provide their audiences/customers with video content. It assembles video programming and/or manage distribution through video networks on behalf of these customers. Thomson's Network Services operations comprise broadcast, Retail Media Networks and cinema advertising activities. Within Network Services, the Company's broadcast activity assembles programming and manages the playout of video content for broadcasters through playout facilities.

Systems

Systems division represented 45.9% of net revenues in 2006. The Systems division provides equipment and systems for the capture and processing of video content and for the distribution and delivery to the end consumer of content, particularly video content but also double, triple and quadruple play solutions (voice/data, voice/data/video and voice/data/video/mobility, respectively). The main customers of the division are broadcasters and network operators. It also distributes some telephony products through retail channels. Principal products include studio and professional cameras, film imaging and signal processing equipment, head-end encoders/decoders, broadcast servers, routers, softswitches, Internet protocol television (IPTV) software and customer premises equipment (CPE), such as set-top boxes (single, double and triple play), modems and gateways, and telephony products. The activities of this division include Broadcast & Networks comprising the Grass Valley broadcast and networks operations, and the Network Software activities, and Access Products comprising access products for satellite network operators, cable and terrestrial network operators, and products for telecom operators, plus the telephony products distributed generally through retail outlets.

The Grass Valley business provides products, systems design and integration expertise, as well as professional services for the global broadcast, film production, professional audio/video users and network provider industries, including cable, satellite and terrestrial broadcast and telecommunications. In 2006, Grass Valley's ViBE encoding system using motion picture experts group 4 (MPEG4) compression (based on chipsets developed by Grass Valley) was launched.

Cirpack is engaged in the supply of softswitches to telecom operators and Internet service providers (ISPs). The Network Software business develops voice switching platforms marketed under the CIRPACK brand. CIRPACK platforms are used by over 80 telecom service providers in more than 28 countries on three continents, including several European voice-over-Internet protocol (VoIP) services, such as Free.fr, T-Online and Telecom Italia. Cirpack equipment is designed for telecom operators and service providers in European Telecommunications Standards Institute (ETSI)-compliant regions, which include Asia, Latin America, Europe, Middle East and Africa.



The EURO is
EASY
to trade.
SEE HOW WITH A
FREE PRACTICE ACCOUNT
CLICK HERE
FXCM  24 Hour Online
Currency Trading
Forex trading
involves significant risk of loss.

View a selection of
Best pictures from
the last 24hrs.

View Editor's Choice

Free Annual Reports for
thousands of companies-

click here for yours

Through its Access Products activities, Thomson develops technologies and products for professional broadcasters and broadband network operators who deliver their content, video, voice and data to consumers. The Access Products organization serves four different customer groupings: products for satellite network operators, products for cable and terrestrial operators, products for telecom operators and telephony products sold through retail or resold by operators. Thomson shipped 11.1 million satellite set-top boxes in 2006, 2.0 million cable set-top boxes and 10 million access products for telecom operators.

Thomson designs and sells digital satellite set-top boxes (STBs) to satellite operators. Thomson offers a range of access platforms in standard definition and high-definition (HD), including STBs with hard disc recording capability (digital video recorders (DVRs)/ personal video recorders (PVRs)). In Europe, Thomson develops its business with BSkyB, Sogecable, Viasat and with Canal Satellite and TPS (which have merged). Thomson designs and sells cable set-top boxes (CSTB) and cable modems to major cable network operators, as well as digital terrestrial STBs to Pay-TV network operators. In addition to CSTBs, the Company's product range includes wireless cable gateways and embedded VoIP gateway solutions. Thomson's Telephony business sells residential, small office, and home office communications devices, such as telephone handsets and answering machines under the GE, RCA, Alcatel and THOMSON brand names.

Technology

Technology division represented 9.3% of net revenues in 2006. The Technology division comprises four activities: Research, Licensing, Silicon Solutions, Software & Technology Solutions. Research comprises the Company's corporate research activities. This operation interacts with the other divisions but further product development is undertaken within the relevant division. The division monetizes technology in three ways: through licensing, IC design and software development.

Thomson maintains a commitment to investing in a range of research initiatives to support and expand its product and service offerings and licensing programs. To respond to customer needs, Thomson focuses on five key technology domains for the M&E industries: video and audio compression, networking & communications, security, storage & recording, and signal acquisition & processing. The Company operates four system programs: content production and management (CP&M) for cinema; CP&M for broadcast; electronic content distribution (ECD) on broadband networks, and ECD on mobile networks. During 2006, the Company discontinued one of its previous technology domains, Imaging. In the area of content digitization, Thomson focuses on two technology domains: storage & recording and signal processing.

Thomson focuses on image capture, processing, and manipulation technologies that address the wide range of image qualities and applications found in the M&E industries, including movie formats, standard and high-definition television, and mobile video. Applications encompass conventional and digital cinema, broadcast studios, home cinema and the Internet. Thomson's research and development focuses on delivering image capture and processing equipment, and developing processing technologies.

Thomson develops storage and networking solutions for post-production and studio infrastructures, such as a dockable solid-state recorder and a hard disk portable storage unit for digital high-definition cameras, bandwidth storage area networks, and bandwidth wireless technology for television cameras and studios. Thomson's security program covers a range of applications for content producers, content owners and network operators. Thomson develops technology and systems solutions addressing workflow security in production and post-production environments, anti-piracy mechanisms, video and audio watermarking, protection for broadband and mobile content delivery.

Thomson develops licensing programs rather than licensing individual patents. Under its licensing programs, a licensor can obtain a license to use all of its intellectual property as it relates to a particular application (including patents which may be filed subsequent to granting of the license). The Company has over 950 licensing agreements across 23 licensing programs relating to a mix of video products and services. The Company has licensing agreements with almost all consumer electronics companies in the Americas, Europe and Asia.

Through the Silicon Solutions activities, the Company designs and develops silicon components to monetize in-house technological. Such components are used in digital subscriber line (DSL) modems and gateways, digital set-top boxes (decoders), CD players, professional cameras and encoders. The Company produces components for both its Systems division and for sale to other manufacturers. Silicon Solutions also includes the Company's tuner and remote control unit activities. The tuners business is carried out from three main sites: Boulogne (France), Villingen (Germany) and Singapore with manufacturing located at Batam (Indonesia).

Displays & CE Partnerships

In 2006, this division was responsible for managing the Company's CE relationships, in particular with TTE and its parent company, TCL Multimedia. At December 31, 2006, the Displays & CE Partnerships segment comprised principally the Company's sub-contract manufacturing operations for TVs situated at Angers, France and for displays components (cathodes, heaters and metal parts for cathode ray tubes) and decoders situated at Genlis, France.The Angers facility provides sub-contract manufacturing services to TTE since the creation of TTE and internally to the Systems division. The Genlis manufacturing operation provides research and development (R&D) services and producing components (cathodes, heaters and metal parts for cathode ray tubes) for Displays of the Videocon Group.

The Company competes with Ascent Media, Deluxe, ILM, Cinram, Disney, Universal Studios, Paramount/DreamWorks, Microsoft, Regal, Cinemark and AMC, Mediavision, Harmonic, Tandberg, Scientific Atlanta, Motorola, Avid, Harris, Panasonic, Sony, Humax, Pace, Philips, Samsung, Cisco Scientific-Atlanta, Arris, Siemens, Safran (Sagem), Huawei, ZyXEL, Panasonic, Uniden, V-Tech and Philips.

Back to the Company Overview

**FIND OUT MORE ABOUT TMS**

- Ratio Comparison
- Officers & Directors
- Key Developments

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please click here.

Data supplied by Reuters Fundamentals.

**International Editions:** Arabic | Argentina | Brazil | Canada | Chinese Simplified | Chinese Traditional | France | Germany | India | Italy | Japan | Latin America | Mexico | Russia | South Africa | Spain | United Kingdom | United States

Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Reuters journalists are subject to the Reuters Editorial Handbook which requires fair presentation and disclosure of relevant interests.

EXHIBIT C



Login

**Broker Center** sponsored links

   

Tue 5 Feb 2008 4:07pm ET
You are here: Home > Stocks > Full Description

Markets

Deals

Industries

Stocks

  Overview

  Full Description

  Option Quote

  Charts

  Officers & Directors

NEWS

  Key Developments

  Company News

  Press Releases

FINANCES

  Financial Highlights

  Ratios

  Financial Statements

SENTIMENT

  Performance

  Insider Trading

  Institutional Holders

ANALYSIS

  Estimates

  Recommendations

  Analyst Research

  Stock Buzz

Funds

ETFs

Currencies

## Full Description

## Cisco Systems Inc CSCO.O (NASDAQ)

**Sector:** Technology   **Industry:** Computer Peripherals   **View** CSCO.O on other exchanges

| As of 3:52 PM EST | Price Change | Percent Change |
|---|---|---|
| $23.34 USD | ▾-0.48 | ▾-2.02% |

▸ Independent Research   ▸ Broker Research



Back to the Company Overview

Cisco Systems, Inc., incorporated in December 1984, designs, manufactures and sells Internet protocol (IP)-based networking and other products related to the communications and information technology industry, and provides services associated with these products and their use. The Company provides a line of products for transporting data, voice and video within buildings, across campuses and around the world. Its products, which include primarily routers, switches and products that the Company refers to as its advanced technologies, are installed at enterprises, public institutions, telecommunications companies, commercial businesses and personal residences. The Company conducts its business globally and are managed geographically in five segments: the United States and Canada; European Markets; Emerging Markets; Asia Pacific, and Japan. In December 2007, the Company completed its acquisition of Navini Networks, Inc.

Commodities

Options

Bonds

Analyst Research

Portfolio



View a selection of
Best pictures from
the last 24hrs.

View Editor's Choice

Stock market headed
for a fall? Get the
latest forecast by
Forbes columnist!
Click Here

In November 2007, the Company completed the acquisition of Securent, Inc., a provider of policy management software for enterprises. In October 2007, the Company completed the acquisition of Latigent, LLC, a provider of Web-based business intelligence and analytics reporting solutions, focused on contact centers. With the close of the transaction, the Company will integrate Latigent's team and technologies into its Customer Contact Business Unit. In October 2007, Cisco Systems, Inc. completed the acquisition of Cognio, Inc., a wireless spectrum analysis and management for wireless networks. In June 2007, the Company completed the acquisition of two privately held companies: BroadWare Technologies, a provider of IP-based video surveillance software, and IronPort Systems, Inc. In May 2007, the Company completed the acquisition of WebEx Communications, Inc., a provider of on-demand collaboration applications. In April 2007, the Company completed the acquisition of NeoPath Networks. In March 2007, the Company completed the acquisition of Reactivity, Inc. Reactivity is an extensible markup language (XML) gateway provider. In January 2007, the Company completed the acquisition of Tivella, Inc. Tivella is a provider of digital signage software and systems.

Routing

Routers interconnect computer networks, moving information, such as data, voice and video from one network to another across metropolitan area networks (MANs) and wide area networks (WANs). The Company's routing products offer features designed to increase the intelligence, security, reliability, scalability and level of performance in the transmission of information and media-rich applications. It offers a range of routers, from core network infrastructure for service providers and large businesses to access routers for the service-rich branch office to home network deployments for telecommuters and consumers. Many of its routers host a range of services and advanced technologies, delivering integrated voice, video, data and mobility for homes and businesses.

Switching

Switching is used in buildings, campuses and data centers to build local area networks (LANs), across cities to build MANs and across great distances to build WANs. The Company's switching systems offer many forms of connectivity to end users, workstations and servers, and function as aggregators on LANs, MANs and WANs. Its systems employ several technologies, including Ethernet, gigabit Ethernet, 10-gigabit Ethernet, power over Ethernet, asynchronous transfer mode, packet over synchronous optical network and multi-protocol label switching. Many of its switches support an integrated set of advanced services, delivering an integrated network solution for the organization.

Advanced Technologies

Cisco Application Networking Services is a comprehensive portfolio of application networking solutions to enable the highly secure delivery of applications within data centers and across the WAN to remote and branch office users. Using technology to accelerate, maximize availability of, and secure both application traffic and computing resources, these solutions are designed to provide a framework to help ensure the deployment and delivery of business applications across the entire organization.

Home networking products connect different devices in the household, through wired or wireless connections, allowing users to share Internet access, printers, music, movies and games throughout the home. The Company's products include voice and data modems, routers, network cards, media adapters, Internet video cameras, network storage, universal serial bus (USB) adapters, and other products that enable customers to share an Internet connection or move digital content around their homes or small-office environments. These products are available from Linksys and Scientific-Atlanta and sold through select retailers, value-added resellers, online retailers, and e-commerce and service providers worldwide.

Hosted small business systems solution combines products and services designed to provide small businesses with voice and data networking, along with business applications and Internet access, through a single high-speed connection from a service provider. Hosted small-business systems include integrated voice and data products on the customer's premises combined with security, quality of service (QoS) provisions for voice-over-Internet Protocol (VoIP), and monitoring and management services, all hosted and delivered by the telecommunications provider.

Cisco security solutions include a range of information security products and services designed to protect critical information systems from unauthorized use, defend against attack and minimize the effect of Internet-borne worms, spam, viruses and other malware. Its Self-Defending Network integrates security into the network, adapts to new and evolving threats, and enables collaboration across all security elements. The Company offers numerous network security technologies embedded within its routers and switches, in standalone security appliances and as host-based software agents with central management and analysis. Its information security product and service offerings are designed to help ensure the end-to-end integrity of the information network, simplify operations, and lower total cost of ownership.

The Company provides storage area networking products that deliver multilayer, scalable and highly secure connectivity between servers and storage systems, including products, such as storage arrays and tape drives. Its products incorporate intelligent network features, such as advanced network security, traffic management, virtualization and tools that are designed for storing, retrieving, and protecting critical data.

Cisco Unified Communications integrate voice, video, data and mobile applications on fixed and mobile networks, delivering a media-rich collaboration experience to the workspace. Specific products include IP phones, client software, servers, and network appliances supporting call control, contact centers, messaging, conferencing, voice mobility and collaboration, including presence and preference information. These products are available as software, as standalone devices, and as integrated components in Cisco's routers and switches. Cisco Unified Communications are part of a solution that includes network infrastructure, security, wireless, management applications, lifecycle services, flexible deployment, outsourced management options and third-party applications. These products include the Web-based collaborative product offerings from the acquisition of WebEx Communications, Inc. (WebEx).

The Company's video systems consist primarily of digital set-top boxes and digital media technology products. Digital set-top boxes provide video entertainment services to consumers. They enable subscribers to access a variety of interactive digital television services developed either by Cisco or third parties. The Company's equipment includes standard-definition (SD) basic digital set-tops, data over cable system interface specification (DOCSIS) set-top gateway (DSG) digital set-tops, high-definition (HD) digital set-tops, high-definition digital video recorder (DVR) set-tops, high-definition digital video recorder (HD-DVR) set-tops, multi-room DVR set-tops, media center DVR set-tops and digital-only set-tops. Digital media technology products span a range of signal processing and headend capabilities, including reception, encoding or transcoding, transrating, multiplexing, ad insertion, switching and modulation. Deployment of these capabilities can help service providers and broadcast customers to deliver entertainment, information and communications services over their existing access networks. These products are sold primarily through Scientific-Atlanta.

The Company offers a variety of in-building and outdoor wireless networking products. These products include access points, wireless LAN controllers, wireless integrated switches and routers, wireless management software, wireless LAN clients and client software, bridges, antennas and accessories.

Other Products

The Company's other products are comprised primarily of cable access, service provider VoIP services and optical networking products. It provides optical networking products for both the enterprise and service provider markets. Scientific-Atlanta markets and sells analog and digital optoelectronics,

which may reside in a network operator's headend, in other facilities, such as distribution hubs and in optical nodes. Other products also include such emerging technologies as digital media products, physical security products and TelePresence.

The Company competes with Alcatel-Lucent, ARRIS Group, Inc., Aruba Networks, Inc., Avaya Inc., Brocade Communications Systems, Inc., Check Point Software Technologies Ltd., D-Link Corporation, LM Ericsson Telephone Company, Extreme Networks, Inc., F5 Networks, Inc., Force10 Networks, Inc., Fortinet Inc., Foundry Networks Inc., Hewlett-Packard Company, Huawei Technologies Co., Ltd, International Business Machines Corporation, Juniper Networks, Inc., Meru Networks, Inc., Microsoft Corporation, Motorola, Inc., NETGEAR, Inc., Nortel Networks Corporation, Riverbed Technology, Inc., Symantec Corporation, and Trapeze Networks, Inc.

Back to the Company Overview

**FIND OUT MORE ABOUT CSCO.O**

- Ratio Comparison
- Officers & Directors
- Key Developments

NYSE and AMEX quotes delayed by at least 20 minutes. Nasdaq delayed by at least 15 minutes. For a complete list of exchanges and delays, please **click here**.

Data supplied by Reuters Fundamentals.

---

**Reuters.com:** Help  |  Contact Us  |  Advertise With Us  |  Mobile  |  Newsletters  |  RSS  |  Widgets  |  Interactive TV  |  Labs  |  Site Index

**Reuters Corporate:** Copyright  |  Disclaimer  |  Privacy  |  Products & Services  |  Professional Products Support  |  About Reuters  |  Careers

**International Editions:** Arabic  |  Argentina  |  Brazil  |  Canada  |  Chinese Simplified  |  Chinese Traditional  |  France  |  Germany  |  India  |  Italy  |  Japan  |  Latin America  |  Mexico  |  Russia  |  South Africa  |  Spain  |  United Kingdom  |  United States

Reuters is the world's largest international multimedia news agency, providing investing news, world news, business news, technology news, headline news, small business news, news alerts, personal finance, stock market, and mutual funds information available on Reuters.com, video, mobile, and interactive television platforms. Reuters journalists are subject to the Reuters Editorial Handbook which requires fair presentation and disclosure of relevant interests.

EXHIBIT D



Scientific Atlanta, A Cisco Company

Login | Search | Sitemap

| Home | Products | News Center | Contact Us | About Us |

About Us
Who We Are
Community Relations
Our Customers
Products & Services
Environmental Policy
S-A Foundation

## About Us

Scientific Atlanta, which became a Cisco company on February 24, 2006, is changing the way consumers receive, use and enjoy a variety of entertainment, information and communication experiences provided by cable, telecom, wireless and satellite service providers.

The company is a leading supplier of transmission networks for broadband access to the home, set-tops, cable modems and digital interactive subscriber systems for video, high speed Internet and voice over IP (VoIP) networks, systems integration expertise, and worldwide customer service and support.



**Founded**: Both Scientific Atlanta and Cisco can trace their roots to academia. Scientific Atlanta was founded in 1951 by a group of engineering professors from the Georgia Institute of Technology, while Cisco's founders were computer scientists from Stanford University who started the company in 1984.

**Employees**: Scientific Atlanta's approximately 9,900 employees represented over 16 percent of Cisco's worldwide employee population of 61,535.

**Locations**:
Scientific Atlanta and Cisco have facilities around the world.

**Scientific Atlanta, A Cisco Company World Headquarters**
5030 Sugarloaf Parkway
Lawrenceville, GA 30044-2869, USA
Map and Directions
Contact: sales@sciatl.com

**Scientific Atlanta, A Cisco Company Worldwide Locations**
North America Sales Offices
Latin America Sales Offices
EMEA Sales
Asia Pacific Sales Offices
Product Repair

**Stock Symbol**: NASDAQ NM: CSCO (Common Stock)

**Fiscal Year**: The Cisco 2007 Fiscal year ends July 28, 2007.

About Cisco Systems

(Information as of 05/07/2007)



© 1992-2008 Cisco Systems Inc. All rights reserved. Terms & Conditions | Privacy Statement | Cookie Policy | Trademarks of Cisco Systems, Inc.



# EXHIBIT E



**DNBi®**
**Risk Management**

Report
Printed:
01/30/2008

# Live Report : GPNE CORP

**D-U-N-S® Number:** 80-810-1526
**Trade Names:** No trade names for this company.

## Endorsement: Julie.Sheehan@fr.com

| **D&B Address** | |
|---|---|
| Address | 2556 Lemon Rd Unit B101 Honolulu,HI - 96815 |
| Location Type | Single Location |
| Phone | 808 384-2888 |
| Fax | |
| Web | |

## Company Summary

### Score Bar

| PAYDEX® | Commercial Credit Score Class | Financial Stress Class | Credit Limit - D&B Conservative |
|---|---|---|---|
| **NA** | **3** | **1** | **$750.00** |

D&B Rating
**--**

### D&B 3-month PAYDEX®

> **D&B has not received a sufficient sample of payment experiences to establish a PAYDEX® score for this company**

### D&B 12-month PAYDEX®

> **D&B has not received a sufficient sample of payment experiences to establish a PAYDEX® for this company**

### D&B Company Overview

**This is a single location**

| | |
|---|---|
| Chief Executive | GABRIEL WONG, CHM |
| Year Started | 2006 |
| Employees | 8 |
| SIC | 8731 , 6794 |
| Line of business | Commercial physical research, patent owner/ lessor |
| NAICS | 541712 |
| History Status | CLEAR |

### Public Filings

> **No public filings data is currently available.**

pd4ml evaluation copy. visit http://pd4ml.com

1

### Commercial Credit Score Class

**Medium** risk of severe payment delinquency over next 12 months.



High        Medium        Low

### Financial Stress Score Class

**Low** risk of severe financial stress over the next 12 months.



High        Medium        Low

### PAYDEX® Trend Chart



D&B does not have enough information on this company to build a PAYDEX Trend Chart.

### Corporate Linkage - Parent Company

### News & Alerts

There are no alerts for this company in the last 30 days.

### Financials Overview



There is no data available on the company for the sections you have configured for the Company Summary.

## Predictive Indicators

### Executive Summary

The Financial Stress Class of 1 for this company shows that firms with this classification had a failure rate of 1.2% (120 per 10,000), which is lower than the average of businesses in D & B's database

The Credit Score class of 3 for this company shows that 14.3% of firms with this classification paid one or more bills severely delinquent, which is lower than the average of businesses in D & B's database.

| Predictive Scores | This Business | Comments |
|---|---|---|
| Financial Stress Class | 1 | Failure Rate lower than the average among businesses in D&Bs Database |
| Financial Stress Score | 1330 | Highest Risk: 1,001;<br>Lowest Risk: 1,875 |
| Credit Score Class | 3 | Probability of Severely Delinquent Payment is lower than the average of businesses in D & B's database. |
| Credit Score | 431 | Highest Risk: 101;<br>Lowest Risk: 670 |

| Other Key Indicators | |
|---|---|
| Industry Median | 2 days beyond terms |
| Present management control | 2 years |
| UCC Filings | UCC filing(s) are not reported for this business |
| Public Filings | No record of open Suit(s), Lien(s), or Judgment(s) in the D&B database |
| History | Is clear |

## Credit Capacity Summary

This credit rating was assigned because of D&B's assessment of the company's financial ratios and its cash flow. For more information, see the " D&B Rating Key".

D&B Rating Key:                                                            --

The blank rating symbol should not be interpreted as indicating that credit should be denied. It simply means that the information available to D&B does not permit us to classify the company within our rating key and that further enquiry should be made before reaching a decision. Some reasons for using a "-" symbol include: deficit net worth, bankruptcy proceedings, insufficient payment information, or incomplete history information.

**Below is an overview of the company's rating history since 2007-10-17**

| D&B Rating | Date Applied |
|---|---|
| -- | 2007-10-17 |

# of Employees Total:                8

## D&B Credit Limit Recommendation

This recommended Credit Limit is based on the company profile and on profiles of other companies with similarities in size, industry, and credit usage.

**Conservative credit Limit**       $750
**Aggressive credit Limit:**        $2,500



**Risk category for this business :**       **MODERATE**

Risk is assessed using D&Bs scoring methodology and is one factor used to create the recommended limits. See Help for details.

## Financial Stress Class Summary

**Low risk of severe financial stress, such as bankruptcy, over the next 12 months.**

**Financial Stress Class :**        **1**



pd4ml evaluation copy. visit http://pd4ml.com

3

The Financial Stress Class Summary Model predicts the likelihood of a firm ceasing business without paying all creditors in full, or reorganization or obtaining relief from creditors under state/federal law over the next 12 months. Scores were calculated using a statistically valid model derived from D&Bs extensive data files.

**Incidence of Financial Stress:**

Among Businesses with this Classification: **1.20 %**   (120 per 10000)
Average of Businesses in D&Bs database: **2.60 %**   ( 260 per 10000)
Financial Stress National Percentile :    **29**    (Highest Risk: 1; Lowest Risk: 100)
Financial Stress Score :    **1330**    (Highest Risk: 1001; Lowest Risk: 1875)

The Financial Stress Class of this business is based on the following factors:

- Payment information is unavailable in the Dun & Bradstreet files.
- No record of open suit(s), lien(s), or judgment(s) in the D & B files.

**Notes:**

- The Financial Stress Class indicates that this firm shares some of the same business and financial characteristics of other companies with this classification. It does not mean the firm will necessarily experience financial stress.
- The Incidence of Financial Stress shows the percentage of firms in a given Class that discontinued operations over the past year with loss to creditors. The Incidence of Financial Stress - National Average represents the national failure rate and is provided for comparative purposes.
- The Financial Stress National Percentile reflects the relative ranking of a company among all scorable companies in D&Bs file.
- The Financial Stress Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Financial Stress Class, Percentile, Score and Incidence statistics are based on sample data from 2004

| Norms | National % |
|---|---|
| This Business | 29 |
| Region: PACIFIC | 50 |
| Industry: BUSINESS, LEGAL AND ENGINEERING SERVICES | 52 |
| Employee range: 1-9 | 38 |
| Years in Business: 2-3 | 42 |



Region:  **PACIFIC**

Industry:  **BUSINESS, LEGAL AND ENGINEERING SERVICES**

Employee range:  **1-9**

Years in Business:  **2-3**

This Business has a Financial Stress Percentile that shows:

Higher risk than other companies in the same region.

Higher risk than other companies in the same industry.

Higher risk than other companies in the same employee size range.

Higher risk than other companies with a comparable number of years in business.

---

**Credit Score Class Summary**

**Moderate risk of severe payment delinquency over next 12 months.**

pd4ml evaluation copy. visit http://pd4ml.com



**Credit Score Class :**                **3**

The Credit Score class predicts the likelihood of a firm paying in a severely delinquent manner (90+ Days Past Terms) over the next twelve months. It was calculated using statistically valid models and the most recent payment information in D&Bs files.

**Incidence of Delinquent Payment**

Among Companies with this Classification: **14.30 %**
  Average compared to businesses in D&B's database:    **20.10 %**
 Credit Score Percentile :    **46**    (Highest Risk: 1; Lowest Risk: 100)
 Credit Score :    **431**    (Highest Risk: 101; Lowest Risk:670)

The Credit Score Class of this business is based on the following factors:

- Payment information is unavailable in the Dun & Bradstreet files.
- No record of open suit(s), lien(s), or judgment(s) in the D & B files.

**Notes:**

- The Credit Score Class indicates that this firm shares some of the same business and payment characteristics of other companies with this classification. It does not mean the firm will necessarily experience delinquency.
- The Incidence of Delinquent Payment is the percentage of companies with this classification that were reported 90 days past due or more by creditors. The calculation of this value is based on an inquiry weighted sample.
- The Percentile ranks this firm relative to other businesses. For example, a firm in the 80th percentile has a lower risk of paying in a severely delinquent manner than 79% of all scorable companies in D&Bs files.
- The Credit Score offers a more precise measure of the level of risk than the Class and Percentile. It is especially helpful to customers using a scorecard approach to determining overall business performance.
- All Credit Class, Percentile, Score and Incidence statistics are based on sample data from 2004

| Norms | National % |
|---|---|
| This Business | 46 |
| Region:  PACIFIC | 52 |
| Industry:  BUSINESS, LEGAL AND ENGINEERING SERVICES | 49 |
| Employee range:  1-9 | 58 |
| Years in Business:  2-3 | 38 |



Region:  PACIFIC

Industry:  BUSINESS, LEGAL AND ENGINEERING SERVICES

Employee range:  1-9

Years in Business:  2-3

This business has a Credit Score Percentile that shows:

Higher risk than other companies in the same region.

pd4ml evaluation copy. visit http://pd4ml.com

5

Higher risk than other companies in the same industry.

Higher risk than other companies in the same employee size range.

Lower risk than other companies with a comparable number of years in business.

## Trade Payments

### D&B PAYDEX® Summary

Timeliness of historical payments for this company.

| | | |
|---|---|---|
| **Current PAYDEX is** | | Unavailable |
| **Industry Median is** | 79 | Equal to 2 days beyond terms |
| **Payment Trend currently is** | | Unavailable, compared to payments three months ago |

Indications of slowness can be the result of dispute over merchandise, skipped invoices etc. Accounts are sometimes placed for collection even though the existence or amount of the debt is disputed.

| | |
|---|---|
| **Total payment Experiences in D&Bs File** | N/A |
| **Payments Within Terms (not dollar weighted)** | N/A |
| **Total Placed For Collection** | N/A |
| **Average High Credit** | N/A |
| **Largest High Credit** | N/A |
| **Highest Now Owing** | N/A |
| **Highest Past Due** | N/A |

### D&B PAYDEX®

D& has not received a sufficient sample of payment experiences to establish a PAYDEX® score.D&B receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

### Payment Habits

For all payment experiences within a given amount of credit extended, shows the percent that this Business paid within terms. Provides number of experiences to calculate the percentage, and the total credit value of the credit extended.



Based on payments collected over last 12 months.

Payment experiences reflect how bills are met in relation to the terms granted. In some instances, payment beyond terms can be the result

pd4ml evaluation copy. visit http://pd4ml.com

**Payment Details**

D&B has not received a sufficient sample of payment experiences to establish a PAYDEX score.D& receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received. At this time, none of those experiences relate to this company.

## Public Filings

**Summary**

A check of D&B's public records database indicates that no filings were found for GPNE CORP at 2556 Lemon Rd Unit B101 , Honolulu   HI .

D&B's extensive database of public record information is updated daily to ensure timely reporting of changes and additions. It includes business-related suits, liens, judgments, bankruptcies, UCC financing statements and business registrations from every state and the District of Columbia, as well as select filing types from Puerto Rico and the U.S. Virgin Islands.

D&B collects public records through a combination of court reporters, third parties and direct electronic links with federal and local authorities. Its database of U.S. business-related filings is now the largest of its kind.

**Government Activity**

**Activity summary**

| | |
|---|---|
| Borrower (Dir/Guar) | NO |
| Administrative Debt | NO |
| Contractor | NO |
| Grantee | NO |
| Party excluded from federal program(s) | NO |

**Possible candidate for socio-economic program consideration**

| | |
|---|---|
| Labour Surplus Area | N/A |
| Small Business | YES (2007) |
| 8(A) firm | N/A |

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

## Special Events

**Special Events**

## History and Operations

**Company Overview**

| | |
|---|---|
| Company Name: | GPNE CORP |
| Street Address: | 2556 Lemon Rd Unit B101<br>Honolulu ,  96815 |
| Phone: | 808-384-2888 |

**History**

The following information was reported: **10/16/2007**

| | |
|---|---|
| Officer(s): | GABRIEL WONG, CHM<br>EDWIN WONG, CEO<br>ERNEST BODNER, COO |
| DIRECTOR(S) : | THE OFFICER(S) |

This is a Corporation formed in Hawaii on December 1, 2006.

Business started 2006. 51% of capital stock is owned by Gabriel Wong.

GABRIEL WONG. Antecedents are undetermined.

ERNEST BODNER. Antecedents are undetermined.

EDWIN WONG. Antecedents are undetermined.

---

### Operations

**10/16/2007**

| | |
|---|---|
| **Description:** | Engaged in commercial physical and biological research. Operates as a patent owner or lessor, specializing in patent buying, licensing, leasing. |
| | Terms are undetermined. Sells to commercial concerns. Territory : International. |
| **Employees:** | 8 which includes officer(s) and 5 part-time. |
| **Facilities:** | Leases 400 sq. ft. in a building. |
| **Location:** | Central business section on main street. |

---

### SIC & NAICS

**SIC:**

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&Bs use of 8-digit SICs enables us to be more specific to a companys operations that if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

8731   0000   Commercial physical research

6794   9903   Patent buying, licensing, leasing

**NAICS:**

541712   Research and Development in the Physical, Engineering, and Life Sciences (except Biotechnology)

533110   Owners and Lessors of Other Non-Financial Assets

## Financial Statements

---

### Finance

---

### Request Financial Statements

| Request Financial Statements |
|---|

Requested financials are provided by GPNE CORP and are not DUNSRight certified.

---

### Key Business Ratios

D & B has been unable to obtain sufficient financial information from this company to calculate business ratios. Our check of additional outside sources also found no information available on its financial performance.

To help you in this instance, ratios for other firms in the same industry are provided below to support your analysis of this business.

pd4ml evaluation copy. visit http://pd4ml.com

**Based on this Number of Establishments**

### Industry Norms Based On 23 Establishments

| | This Business | Industry Median | Industry Quartile |
|---|---|---|---|
| **Profitability** | | | |
| Return on Sales | UN | 0.5 | UN |
| Return on Net Worth | UN | 0.4 | UN |
| **Short-Term Solvency** | | | |
| Current Ratio | UN | 2.9 | UN |
| Quick Ratio | UN | 2.2 | UN |
| **Efficiency** | | | |
| Assets / Sales | UN | 48.1 | UN |
| Sales / Net Working Capital | UN | 4.5 | UN |
| **Utilization** | | | |
| Total Liabilities / Net Worth | UN | 61.2 | UN |

UN = Unavailable

This information may not be reproduced in whole or in part by any means of reproduction.

© 2005-2008 Dun & Bradstreet, Inc.

EXHIBIT F



## Select Departing Flight

💲 Fares listed are for the entire trip per person and do not include all taxes and fees.
The fare displayed is the lowest available for the dates requested; however some flights may not be in the cabin you requested.

**Your Search by Price:**

One Way
Depart:    **Honolulu, HI (HNL)**         Date:    **Tue., Feb. 5, 2008**         Time:    **Anytime**    Cabin:    **Economy**
Arrive:    **New York/Newark, NJ (EWR - Liberty)**

> Start New Search

💲 **OUR LOWEST FARES**

**Nonstop**
from
**$1,146.77**

**No Payments for up to 6 Months*    FLY NOW. PAY LATER.**
*subject to credit approval
BillMe Later

**US HELICOPTER**    **Search tip:**
To use US Helicopter service between Newark and Manhattan, select the Wall Street (JRB) or Midtown Manhattan (TSS) heliport.

**Select Your Departing Flight for Tue., Feb. 5, 2008:**

| Price | Departing | Arriving | Travel Time | OnePass Miles | |
|---|---|---|---|---|---|
| Nonstop flights from $1,146.77 | | | | | |
| 💲 **LOWEST FARE** From **$1,146.77** [Select] | Depart: **10:45 p.m.** **Tue., Feb. 5, 2008** Honolulu, HI (HNL) | Arrive: **1:10 p.m.** +1 Day **Wed., Feb. 6, 2008** New York/Newark, NJ (EWR - Liberty) | Travel Time: **9 hr 25 mn** | OnePass Miles/ Elite Qualification: **4,962 /150%** | Flight: **CO14** Aircraft: **Boeing 767-400ER** Fare Class: **Economy (Y)** Meal: **Snack** View Seats |

**Start New Search:**

| From: Honolulu, HI (HNL) | Depart Date: 2/5/2008 📅 | Time: Anytime ⬝ | Passenger Total: 1 Change Passengers Cabin: ◉ Economy ○ First/BusinessFirst | Search By: ◉ Price ○ Schedule | ☑ Nonstop Flights Only > Advanced Search |
|---|---|---|---|---|---|
| To: New York/Newark, N | | | | | |
| ☐ Search Nearby Airports | ☐ Search for Lower Fares +/- 3 Days | | | | [Search] |

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on continental.com. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For Amtrak train segments 250 OnePass miles is awarded for Economy Class and 325 OnePass miles for First Class.

Note: On-time performance information can also be ascertained by calling 1-800-231-0856. Outside the U.S. and Canada contact one of our worldwide reservations offices.



Business Services | Cargo | Careers
Contract of Carriage | Customer First | Legal Information | Privacy Policy | Site Map | Travel Agents
Copyright © 2008 Continental Airlines, Inc.
All rights reserved.

EXHIBIT G




Get Google Maps on your phone
Text the word "GMAPS" to 466453

Start  **100 E Houston St**
**Marshall, TX 75670**

End  **3200 E Airfield Dr**
**Dallas, TX 75261**

Travel  **170 mi – about 2 hours 45 mins, up to 3 hours**
**40 mins in traffic**

 **100 E Houston St**
**Marshall, TX 75670**

Drive: 170 mi – about 2 hours 45 mins, up to 3 hours 40 mins in traffic

**Overview**



| | | |
|---|---|---|
| 1. | Head **west** on E Houston St toward S Washington Ave | 157 ft |
| 2. | Turn **left** at S Washington Ave | 0.2 mi<br>1 min |
| 3. | Turn **right** at W Travis St | 0.2 mi<br>1 min |
| 4. | Turn **left** at S Grove St | 0.3 mi<br>1 min |
| 5. | Continue on **Bomar St** | 0.7 mi<br>2 mins |
| 6. | Turn **right** at **W Pinecrest Dr/TX-43**<br>Continue to follow TX-43 | 3.9 mi<br>6 mins |
| 7. | Turn **right** to merge onto **I-20 W** | 115 mi<br>1 hour 40 mins |
| 8. | Take exit **499A** toward **US-80 W/Dallas** | 0.5 mi |
| 9. | Slight **left** at **TX-557-SPUR W** | 3.7 mi<br>4 mins |
| 10. | Continue on **US-80 W** | 15.4 mi<br>16 mins |
| 11. | Take the exit onto **I-635 N** | 23.3 mi<br>25 mins |
| 12. | Take exit **30** for **President George Bush Turnpike S** | 1.0 mi |
| 13. | Merge onto **President George Bush Turnpike**<br>Toll road | 3.2 mi<br>3 mins |
| 14. | Continue on **TX-161 S**<br>Toll road | 0.4 mi |
| 15. | Take the exit toward **Walnut Hill Ln** | 0.4 mi |
| 16. | Merge onto **TX-161** | 0.5 mi<br>1 min |
| 17. | Turn **right** at **W Walnut Hill Ln** | 0.8 mi<br>2 mins |
| 18. | Turn **right** at **E Airfield Dr** | 0.4 mi<br>1 min |

**Start**



**End**



 **3200 E Airfield Dr**
**Dallas, TX 75261**

Map data ©2008 LeadDog Consulti
NAVTEQ™, Sanborn

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2008 LeadDog Consulting, NAVTEQ™, Sanborn

EXHIBIT H



**Back**

## ROUTE SUMMARY

**1. Houston Intercontinental [IAH]**
**2. 100 E Houston St, Marshall, TX 75670-4144**

| **STEPS:** 23 | **EST. DRIVE TIME:** | 3 hours, 55 minutes | **EST. DISTANCE:** | 212 miles |

### OVERVIEW



**From : Houston Intercontinental [IAH]**          **To : 100 E Houston St**
                                                    **Marshall , TX 75670-4144**

| **1.** You are at Houston Intercontinental [IAH] | |
| **2.** Go West on Terminal Rd N | < 0.1 miles |
| **3.** Continue onto Bush Intercon'l Airport Rds | 0.2 miles |
| **4.** Bear left onto Terminal Rd S | < 0.1 miles |
| **5.** Continue onto JFK Blvd (John F Kennedy Blvd) | 0.4 miles |
| **6.** Continue onto Will Clayton Pkwy | 4.0 miles |
| **7.** Turn left onto Eastex Frwy Frontage Rd (US-59 Frontage Rd) | 0.8 miles |

| **8.** Continue onto US-59 N (Eastex Frwy) | 99.7 miles |
|---|---|
| **9.** Bear right onto S Medford Dr Frontage Rd | 0.3 miles |
| **10.** Continue onto US-59 N (LOOP TX-287 E, S Medford Dr N) | 5.8 miles |
| **11.** Continue onto US-59 N (US Highway 59 N) | 1.7 miles |
| **12.** Continue onto US-59 | 53.9 miles |
| **13.** Take US-96 S (Center) ramp on right | 0.2 miles |
| **14.** Turn left onto US-59 (US-96, ML Anderson Dr) | 0.3 miles |
| **15.** Continue onto US-59 (ML Anderson Dr) | 0.6 miles |
| **16.** Continue onto US-59 | 13.7 miles |
| **17.** Take US-59 N (US-79 N, Marshall, Shreveport) ramp on right | 0.2 miles |
| **18.** Continue onto US-59 N (Lasalle Pkwy, SE Loop) | 4.3 miles |
| **19.** Turn right onto US-59 N | 25.2 miles |
| **20.** Turn left onto E Travis St | 1.0 miles |
| **21.** Turn right onto S Bolivar St | 0.2 miles |
| **22.** Turn left onto E Houston St | < 0.1 miles |
| **23.** You are at 100 E Houston St, Marshall, TX 75670-4144 | |

**EST. DRIVE TIME:** 3 hours, 55 minutes     **EST. DISTANCE:**    212 miles



Please note that these driving directions are suggested. No warranty is given as to their content or route usability. Rand McNally and its suppliers assume no responsibility for any loss or delay resulting from such use.

Please let us know of any errors or omissions you find in our driving directions and maps, especially the names of towns and streets that we may have been unable to locate for you.
All rights reserved. Use subject to license.

© 2008 randmcnally.com inc

# EXHIBIT I



Start  **Marriott-Newark Liberty Arprt**
**1 Newark International Airport**
**Newark, NJ 07114**

End  **844 N King St**
**Wilmington, DE 19801**

Travel  **116 mi – about 1 hour 57 mins**



Get Google Maps on your phone
Text the word **"GMAPS"** to **466453**

**Marriott-Newark Liberty Arprt**
**1 Newark International Airport**
**Newark, NJ 07114**
Drive: 116 mi – about 1 hour 57 mins

| | | |
|---|---|---|
| 1. | Head **southeast** | 0.4 mi<br>1 min |
| ← 2. | Slight **left** (signs for **Terminals a C/Rental Car Returns/All Parking**) | 0.3 mi |
| ← 3. | Slight **left** (signs for **Terminals a B/Rental Car Returns/All Parking/Airport exit**) | 0.7 mi<br>1 min |
| ← 4. | Take the **US-1-9 S** ramp on the **left** to **New Jersey Turnpike S** | 0.6 mi |
| 5. | Merge onto **US-1-9 Express Ln S/US-1 Express Ln S/US-9 Express Ln S** | 0.7 mi<br>1 min |
| 6. | Take the ramp to **I-95/Dowd Ave/Elizabeth Seaport/N Ave/NJ Turnpike** | 0.2 mi |
| 7. | Merge onto **RT-81 S**<br>Partial toll road | 1.1 mi<br>2 mins |
| 8. | Take the **I-95 S/Turnpike S** ramp | 190 ft |
| → 9. | Keep **right** at the fork, follow signs for **Trucks-Buses/Cars** and merge onto **I-95 S/New Jersey Turnpike S**<br>Continue to follow New Jersey Turnpike S<br>Partial toll road | 101 mi<br>1 hour 35 mins |
| 10. | Continue on **I-295 S**<br>Partial toll road<br>Entering Delaware | 5.6 mi<br>5 mins |
| 11. | Take the exit onto **I-95 N** | 3.7 mi<br>4 mins |
| 12. | Take exit **7** toward **Delaware Ave/SR-52** | 0.2 mi |
| → 13. | Turn **right** at **W 9th St** | 0.6 mi<br>4 mins |
| → 14. | Turn **right** at **N King St** | 282 ft<br>1 min |

**844 N King St**
**Wilmington, DE 19801**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2008 NAVTEQ™, Sanborn

**Overview**



**Start**



**End**



Map data ©2008 NAVTEQ™, Sanb

EXHIBIT J

                                                           **Back**

## ROUTE SUMMARY

> **1. Philadelphia International [PHL]**
> **2. 844 N King St, Wilmington, DE 19801-3519**

| **STEPS:** 11 | **EST. DRIVE TIME:** | 30 minutes | **EST. DISTANCE:** | 22 miles |
|---|---|---|---|---|

### OVERVIEW



**From : Philadelphia International [PHL]**     **To : 844 N King St Wilmington , DE 19801-3519**

| | | |
|---|---|---|
| **1.** You are at Philadelphia International [PHL] | | |
| **2.** Go West on Philadelphia International Airport Rds | | < 0.1 miles |
| **3.** Turn left onto PA-291 W (Industrial Hwy) | | 1.1 miles |
| **4.** Turn right onto Bartram Av | | 1.2 miles |
| **5.** Continue onto I-95 S | | 19.1 miles |
| **6.** Take Exit 7A (SR-52 S, Delaware Av) on right | | 0.2 miles |
| **7.** Continue onto W 11th St | | 0.2 miles |

| | |
|---|---|
| **8.** Bear right onto Delaware Av | 0.2 miles |
| **9.** Continue onto W 10th St | 0.2 miles |
| **10.** Turn right onto BUS US-13 S (N King St) | 0.1 miles |
| **11.** You are at 844 N King St, Wilmington, DE 19801-3519 | |

**EST. DRIVE TIME:** 30 minutes        **EST. DISTANCE:**    22 miles



Please note that these driving directions are suggested. No warranty is given as to their content or route usability. Rand McNally and its suppliers assume no responsibility for any loss or delay resulting from such use.

Please let us know of any errors or omissions you find in our driving directions and maps, especially the names of towns and streets that we may have been unable to locate for you.
All rights reserved. Use subject to license.

© 2008 randmcnally.com inc

# EXHIBIT K



# Top 50 Busiest U.S. Airports for 2007 – All Airports

Airport type: All     Year: 2007     Go

| Ranking | Number of Operations | Facility |
|---|---|---|
| 1 | 991627 | Hartsfield-Jackson Atlanta Int'l. (ATL) |
| 2 | 926973 | Chicago/O'Hare Int'l. (ORD) |
| 3 | 686711 | Dallas/Ft. Worth Int'l. (DFW) |
| 4 | 680954 | Los Angeles International (LAX) |
| 5 | 619941 | Denver International (DEN) |
| 6 | 619287 | Las Vegas/Mc Carran Int'l. (LAS) |
| 7 | 603641 | Houston/G. Bush Intercont'l. (IAH) |
| 8 | 539211 | Phoenix Sky Harbor Int'l. (PHX) |
| 9 | 525943 | Charlotte/Douglas Int'l. (CLT) |
| 10 | 499683 | Philadelphia International (PHL) |
| 11 | 467442 | Detroit Metro Wayne Co. (DTW) |
| 12 | 456835 | John F. Kennedy Int'l. (JFK) |
| 13 | 453566 | Minneapolis-St. Paul Int'l. (MSP) |
| 14 | 441908 | Newark International (EWR) |
| 15 | 420996 | Salt Lake City Int'l. (SLC) |
| 16 | 419127 | Washington Dulles Int'l. (IAD) |
| 17 | 401890 | Boston/Logan International (BOS) |
| 18 | 397280 | La Guardia (LGA) |
| 19 | 386367 | Miami International (MIA) |
| 20 | 379568 | San Francisco Int'l. (SFO) |
| 21 | 376528 | Memphis International (MEM) |
| 22 | 367860 | Orlando International (MCO) |
| 23 | 347046 | Seattle Tacoma Int'l. (SEA) |
| 24 | 328261 | Covington/Cincinnati Int'l. (CVG) |
| 25 | 307952 | Ft. Lauderdale/Hollywood (FLL) |
| 26 | 307112 | Honolulu International (HNL) |
| 27 | 304657 | Chicago Midway (MDW) |
| 28 | 299917 | Anchorage International (ANC) |
| 29 | 296639 | Baltimore-Washington Int'l. (BWI) |
| 30 | 279488 | Washington National (DCA) |
| 31 | 264518 | Portland International (PDX) |
| 32 | 258745 | Tampa International (TPA) |
| 33 | 256928 | Lambert-St. Louis Int'l. (STL) |
| 34 | 252679 | Raleigh-Durham Int'l. (RDU) |
| 35 | 245170 | Cleveland Hopkins Int'l. (CLE) |
| 36 | 237574 | San Diego Int'l/Lindbergh (SAN) |
| 37 | 236742 | Houston Hobby (HOU) |
| 38 | 218146 | San Antonio International (SAT) |
| 39 | 212998 | Pittsburgh International (PIT) |

faa.gov Tools

Print this page
Email this page

News Topics

Press Releases

Fact Sheets

Speeches

Testimony

News & Updates

Media Advisories

Conferences & Events

FAA Aviation News

Public Affairs Contacts

FAA Home    About FAA    Jobs    News    Library
Pilots    Travelers    Mechanics    More

Aircraft    Airports & Air Traffic    Data & Statistics    Education & Research    Licenses & Certificates    Regulations & Policies    Safety

Search:          Go      Quick Find:          Go

| 40 | 212204 | Nashville International (BNA) |
| 41 | 208196 | San Jose International (SJC) |
| 42 | 203616 | Indianapolis International (IND) |
| 43 | 201236 | Teterboro (TEB) |
| 44 | 199996 | White Plains/Westchester (HPN) |
| 45 | 194959 | Kansas City International (MCI) |
| 46 | 190780 | Albuquerque International (ABQ) |
| 47 | 190463 | Palm Beach International (PBI) |
| 48 | 188965 | San Juan International (SJU) |
| 49 | 147889 | Maui/Kahului (OGG) |
| 50 | 147678 | Ontario International (ONT) |

Information for other airports is available on request by contacting FAAs
Media Office at 202-267-3883.

Updated: 6:15 pm ET January 8, 2007

**USA.gov** | **Privacy Policy** | **Web Policies & Notices** | **Site Map** | **Contact FAA** | **Frequently Asked Questions** | **Forms**



**U.S. Department of Transportation**
Federal Aviation Administration
800 Independence Avenue, SW
Washington, DC 20591
1-866-TELL-FAA (1-866-835-5322)

**Readers & Viewers:** PDF Reader | MS Word Viewer | MS PowerPoint Viewer | MS Excel Viewer | Zip

EXHIBIT L



**PHILADELPHIA PHL**     **AIRPORT GUIDE**

Philadelphia Airport Home Page
Philadelphia Airport Terminal Information
**Airline Information**
Philadelphia Airport Hotels
Philadelphia Airport Car Rental
Philadelphia Airport Car Parking
Park, Sleep, Fly Packages
Online Flight Booking
Airline Flight Tracking
Airport Ground Transportation
Airport Security
Airport Extra Traveller Facilities
Philadelphia Maps and Directions
Philadelphia Weather Forecast
Currency Converter

## Airport Hotels

Hotel discounts. Find and book Philadelphia Airport hotels. **Click Here**



## Airport Car Rental

Discounts of up to **65%** on Philadelphia Airport car rentals. **Click Here**

## Airport Car Parking

Reserve your Philadelphia Airport car parking space online. **Click Here**

## Hotel & Air Packages

Book your Philadelphia hotel and flights in one convenient purchase. **Click Here**

## Flights

Great savings on flights to and from Philadelphia Airport. **Click Here**

E-MAIL NEWSLETTER



### Philadelphia International Airport Airline Information

**Introduction**

Philadelphia International Airport (PHL) is served by 26 major airlines, providing daily flights to over 100 national and international destinations.

Air Canada
Air France
Air Jamaica
AirTran
America West
American Airlines
American Eagle
British Airways Charter
Continental
Continental Express
Delta Air Lines
Delta Connection
Frontier Airlines
Lufthansa
Midwest Express
Northwest Airlines
Southwest Airlines
United Airlines
United Express
USA 3000
US Airways
US Airways Express

Send a Comment

Please note: The term Philadelphia International Airport PHL as well as all associated graphics, logos, and/or other trademarks, tradenames or copyrights are the property of the Philadelphia Airport authority and are used herein for factual descriptive purposes only. We are in no way associated with or authorized by the Philadelphia Airport authority and neither that entity nor any of its affiliates have licensed or endorsed us.

Copyright, Terms and Conditions

# EXHIBIT M

CLOSED, MEDIATION

I.    **U.S. District Court [LIVE]**
**Eastern District of TEXAS (Tyler)**
**CIVIL DOCKET FOR CASE #: 6:07-cv-00060-LED**

GPNE Corp. v. Time Warner Cable, Inc., et al          Date Filed: 01/31/2007
Assigned to: Judge Leonard Davis                     Date Terminated: 11/07/2007
Cause: 35:271 Patent Infringement                    Jury Demand: Both
                                                     Nature of Suit: 830 Patent
                                                     Jurisdiction: Federal Question

**Mediator**

**James W Knowles**              represented by  **James W Knowles**
                                                Wilson Robertson & Cornelius PC
                                                909 ESE Loop 323
                                                Suite 400
                                                P.O. Box 7339
                                                Tyler, TX 75711-7339
                                                903/509-5000
                                                Fax: 903/509-5092
                                                Email: jwk@wilsonlawfirm.com
                                                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**GPNE Corp**                    represented by  **Edward W Goldstein**
                                                Goldstein Faucett & Prebeg
                                                1177 West Loop South
                                                Suite 400
                                                Houston, TX 77027
                                                713/877-1515
                                                Fax: 713/877-1145
                                                Email: egoldstein@gfpiplaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Corby R Vowell**
                                                Goldstein Faucett & Prebeg
                                                1177 West Loop South
                                                Suite 400
                                                Houston, TX 77027
                                                713/877-1515
                                                Fax: 713-877-1737

Email: cvowell@gfpiplaw.com
*ATTORNEY TO BE NOTICED*

**Matthew Prebeg**
Goldstein Faucett & Prebeg
1177 West Loop South
Suite 400
Houston, TX 77027
713-877-1515
Fax: 713-877-1145
Email: mprebeg@gfpiplaw.com
*ATTORNEY TO BE NOTICED*

**Thomas John Ward, Jr**
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
903/757-6400
Fax: 903/7572323
Email: jw@jwfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Time Warner Cable, Inc.**                represented by **Allen Franklin Gardner**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597-8311
Email:
allengardner@potterminton.com
*ATTORNEY TO BE NOTICED*

**Daniel Reisner**
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-8132
Fax: 212/836-6432
Email: dreisner@kayescholer.com
*ATTORNEY TO BE NOTICED*

**David S Benyacar**
Kaye Scholer - New York
425 Park Avenue
New York, NY 10022
212/836-8000
Fax: 212/836-8689
Email: dbenyacar@kayescholer.com
*ATTORNEY TO BE NOTICED*

**Diane DeVasto**
Potter Minton
110 N. College Street, Suite 500
Tyler, Tx 75702
903-597-8311
Fax: 903-593-0846
Email:
dianedevasto@potterminton.com
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Comcast Cable Communications, LLC**                      represented by  **Eric Hugh Findlay**
Ramey & Flock
100 East Ferguson
Ste 500
Tyler, TX 75702
903/597-3301
Fax: 9035972413
Email: efindlay@rameyflock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Asim M Bhansali**
Keker & Van Nest
710 Sansome St

San Francisco, CA 94111
415/676-2235
Fax: 415/397-7188
Email: abhansali@kvn.com
*ATTORNEY TO BE NOTICED*

**Daralyn J Durie**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415/391-5400
Fax: 415/397-7188
Email: ddurie@kvn.com
*ATTORNEY TO BE NOTICED*

**Ryan M Kent**
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111
415/391-5400
Fax: 415/397-7188
Email: rkent@kvn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charter Communications, Inc.**          represented by **Dean Franklin**
Thompson Coburn - St Louis
One US Bank Plaza
27th Floor
St Louis, MO 63101
314-552-6038
Fax: 314-552-7038
Email:
dfranklin@thompsoncoburn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herbert A Yarbrough, III**
Attorney at Law
100 E Ferguson
Suite 1015
Tyler, TX 75702
903/595-3111
Fax: 19035950191
Email: trey@yw-lawfirm.com

*ATTORNEY TO BE NOTICED*

**Jason M Schwent**
Thompson Coburn
One U.S. Bank Plaza
Suite 3500
St Louis, MO 63101-1693
314/552-6000
Fax: 314/552-7000
Email:
jschwent@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

**Matthew A Rosenberg**
Thompson Coburn - St Louis
One US Bank Plaza
27th Floor
St Louis, MO 63101
314-552-6007
Fax: 314-552-7007
Email:
mrosenberg@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Time Warner Inc**
*TERMINATED: 02/26/2007*

**Counter Claimant**

**Comcast Cable Communications,
LLC**

V.

**Counter Defendant**

**GPNE Corp**

**Counter Claimant**

**Charter Communications, Inc.**    represented by **Jason M Schwent**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew A Rosenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**GPNE Corp**

| II.      Date Filed | III.      # | IV.      Docket Text |
|---|---|---|
| 01/31/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 1010713.), filed by GPNE Corp. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet # 3 List of Parties)(Ward, Thomas) (Entered: 01/31/2007) |
| 01/31/2007 | 2 | NOTICE by GPNE Corp *of Filing Patent/Trademark Form* (Attachments: # 1 AO120)(Ward, Thomas) (Entered: 01/31/2007) |
| 01/31/2007 | 3 | E-GOV SEALED SUMMONS Issued as to Time Warner Inc, Comcast Cable Communications, LLC, Charter Communications, Inc.. (Attachments: Summons # (1) Summons# (2) Summons)(rvw, ) (Entered: 01/31/2007) |
| 02/09/2007 | 4 | Return of Service Executed as to Comcast Cable Communications, LLC on 2/8/2007, answer due: 2/28/2007. (mjc ) (Entered: 02/13/2007) |
| 02/09/2007 | 5 | Return of Service Executed as to Charter Communications, Inc. on 2/5/2007, answer due: 2/26/2007. (mjc ) (Entered: 02/13/2007) |
| 02/26/2007 | 6 | AMENDED COMPLAINT against all defendants, filed by GPNE Corp. (Attachments: # 1 Exhibit A)(Goldstein, Edward) (Entered: 02/26/2007) |
| 02/26/2007 | 7 | MOTION for Extension of Time to File Answer re 6 Amended Complaint *Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Plaintiff* by Comcast Cable Communications, LLC. (Attachments: # 1 Text of Proposed Order)(Findlay, Eric) (Entered: 02/26/2007) |
| 02/26/2007 | 8 | E-GOV SEALED SUMMONS Issued as to Time Warner Cable, Inc. (mjc ) (Entered: 02/27/2007) |

| 02/27/2007 | 9 | ORDER granting 7 Motion for Extension of Time to Answer re 7 MOTION for Extension of Time to File Answer re 6 Amended Complaint *Unopposed Motion to Extend Time to Answer, Move or Otherwise Respond to the Complaint of Plaintiff*. Comcast Cable Communications' answer is due 3/28/07 . Signed by Judge Leonard Davis on 2/27/07. (mjc ) (Entered: 02/27/2007) |
|---|---|---|
| 02/27/2007 | | Set/Reset Deadlines: Comcast Cable Communications, LLC answer due 3/28/2007. (mjc) (Entered: 02/27/2007) |
| 02/27/2007 | 10 | NOTICE of Attorney Appearance by Herbert A Yarbrough, III on behalf of Charter Communications, Inc. (Yarbrough, Herbert) (Entered: 02/27/2007) |
| 02/27/2007 | 11 | Consent MOTION for Extension of Time to File Answer by Charter Communications, Inc.. (Attachments: # 1 Text of Proposed Order)(Yarbrough, Herbert) (Entered: 02/27/2007) |
| 02/28/2007 | 12 | ORDER granting 11 Motion for Extension of Time to Answer re 11 Consent MOTION for Extension of Time to File Answer. Charter Communications answer is due 3/30/07. Signed by Judge Leonard Davis on 2/28/07. (mjc) (Entered: 02/28/2007) |
| 02/28/2007 | | Set/Reset Deadlines: Charter Communications, Inc. answer due 3/30/2007. (mjc) (Entered: 02/28/2007) |
| 03/05/2007 | 13 | Return of Service Executed as to Time Warner Cable, Inc. on 2/27/2007, answer due: 3/19/2007. (mjc ) (Entered: 03/06/2007) |
| 03/19/2007 | 14 | MOTION for Extension of Time to File Answer re 6 Amended Complaint *[Unopposed]* by Time Warner Cable, Inc.. (Attachments: # 1 Text of Proposed Order)(Jones, Michael) (Entered: 03/19/2007) |
| 03/21/2007 | 15 | ORDER granting 14 Motion for Extension of Time to Answer re 14 MOTION for Extension of Time to File Answer re 6 Amended Complaint *[Unopposed]*. Time Warner Cable Inc.'s answer is due 3/30/07 . Signed by Judge Leonard Davis on 3/20/07. (mjc ) (Entered: 03/21/2007) |
| 03/21/2007 | | Set/Reset Deadlines: Time Warner Cable, Inc. answer due 3/30/2007. (mjc ) (Entered: 03/21/2007) |
| 03/28/2007 | 16 | ANSWER to Amended Complaint, COUNTERCLAIM against GPNE Corp by Comcast Cable Communications, LLC.(Findlay, Eric) (Entered: 03/28/2007) |
| 03/30/2007 | 17 | *Defendant Time Warner Cable Inc.'s* ANSWER to Amended Complaint by Time Warner Cable, Inc..(DeVasto, Diane) (Entered: 03/30/2007) |

| 03/30/2007 | 18 | CORPORATE DISCLOSURE STATEMENT filed by Time Warner Cable, Inc. identifying Time Warner Inc. as Corporate Parent. (DeVasto, Diane) (Entered: 03/30/2007) |
|---|---|---|
| 03/30/2007 | 19 | *Charter Communications, Inc.'s* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against GPNE Corp by Charter Communications, Inc..(Yarbrough, Herbert) (Entered: 03/30/2007) |
| 04/03/2007 | 20 | NOTICE of Attorney Appearance by Jason M Schwent on behalf of Charter Communications, Inc., Charter Communications, Inc. (Schwent, Jason) (Entered: 04/03/2007) |
| 04/04/2007 | 21 | NOTICE of Attorney Appearance by Dean Franklin on behalf of Charter Communications, Inc. (Franklin, Dean) (Entered: 04/04/2007) |
| 04/10/2007 | 22 | *Plaintiff's* ANSWER to Counterclaim *of Comcast Cable* by GPNE Corp.(Goldstein, Edward) (Entered: 04/10/2007) |
| 04/10/2007 | 23 | *Plaintiff's* ANSWER to Counterclaim *of Charter Communications* by GPNE Corp.(Goldstein, Edward) (Entered: 04/10/2007) |
| 05/23/2007 | 25 | APPLICATION to Appear Pro Hac Vice by Attorney Ryan M Kent for Comcast Cable Communications, LLC. (mll, ) (Entered: 05/25/2007) |
| 05/24/2007 | 24 | APPLICATION to Appear Pro Hac Vice by Attorney Daralyn J Durie for Comcast Cable Communications, LLC. (mll, ) (Entered: 05/24/2007) |
| 05/29/2007 | 26 | NOTICE of Attorney Appearance by Asim M Bhansali on behalf of Comcast Cable Communications, LLC (Bhansali, Asim) (Entered: 05/29/2007) |
| 05/30/2007 | 27 | CORPORATE DISCLOSURE STATEMENT filed by Charter Communications, Inc., Charter Communications, Inc. identifying None as Corporate Parent. (Schwent, Jason) (Entered: 05/30/2007) |
| 06/04/2007 | 28 | CORPORATE DISCLOSURE STATEMENT filed by Comcast Cable Communications, LLC identifying Comcast Holdings Corporation as Corporate Parent. (Findlay, Eric) (Entered: 06/04/2007) |
| 06/13/2007 | 29 | NOTICE of Attorney Appearance by Corby R Vowell on behalf of GPNE Corp (Vowell, Corby) (Entered: 06/13/2007) |
| 06/13/2007 | 30 | NOTICE of Attorney Appearance by Matthew Prebeg on behalf of GPNE Corp (Prebeg, Matthew) (Entered: 06/13/2007) |
| 06/15/2007 | 31 | APPLICATION to Appear Pro Hac Vice by Attorney Daniel Reisner for Time Warner Cable, Inc. (Approved 6/15/2007) Receipt 6-1-10082 (rvw, ) (Entered: 06/15/2007) |

| 06/19/2007 | 32 | APPLICATION to Appear Pro Hac Vice by Attorney David S Benyacar for Time Warner Cable, Inc.. Receipt #6-1-0010111(fnt, ) (Entered: 06/19/2007) |
|---|---|---|
| 06/28/2007 | 33 | NOTICE of Attorney Appearance by Allen Franklin Gardner on behalf of Time Warner Cable, Inc. (Gardner, Allen) (Entered: 06/28/2007) |
| 08/15/2007 | 34 | NOTICE of Hearing: Scheduling Conference set for 9/4/2007 10:00 AM before Judge Leonard Davis in Tyler. Proposed Discovery Order is Appendix A; Proposed Docket Control Order is Appendix B(mjc) (Entered: 08/15/2007) |
| 08/21/2007 | 35 | NOTICE of Attorney Appearance by Matthew A Rosenberg on behalf of Charter Communications, Inc., Charter Communications, Inc. (Rosenberg, Matthew) (Entered: 08/21/2007) |
| 08/24/2007 | 36 | NOTICE by GPNE Corp, Time Warner Cable, Inc., Comcast Cable Communications, LLC, Charter Communications, Inc. *of Agreement Concerning Proposed Discovery Order and Proposed Docket Control Order* (Attachments: # 1 Proposed Discovery Order# 2 Proposed Docket Control Order)(Gardner, Allen) (Entered: 08/24/2007) |
| 08/28/2007 | 37 | SCHEDULING ORDER: Final Pretrial Conference set for 2/19/2009 09:00 AM before Judge Leonard Davis. Amended Pleadings due by 5/22/2008. Discovery due by 11/10/2008. Identify trial witnesses by 11/24/2008 Jury instructions due by 1/5/2009 Jury Selection set for 3/2/2009 09:00AM before Judge Leonard Davis. Mediation Completion due by 7/1/2008. Proposed Pretrial Order due by 1/5/2009.. Signed by Judge Leonard Davis on 8/28/07. (mjc ) (Entered: 08/28/2007) |
| 08/28/2007 |  | Set/Reset Hearings: Jury Trial set for 3/9/2009 09:00 AM before Judge Leonard Davis. Markman Hearing set for 8/7/2008 09:30 AM before Judge Leonard Davis. (mjc ) (Entered: 08/28/2007) |
| 08/28/2007 | 38 | DISCOVERY ORDER entered in furtherance of the management of the Court's docket under FRCP 16. Signed by Judge Leonard Davis on 8/28/07. (mjc ) (Entered: 08/28/2007) |
| 08/30/2007 | 39 | ORDER REFERRING CASE to Mediator. James W Knowles rep by James W Knowles added as Mediator. Round One of mediation is to be completed by 7/1/08. The mediator has the authority to convene subsequent meetings after that date. Mediation documents included as Appendix A. Signed by Judge Leonard Davis on 8/29/07. (mjc ) (Entered: 08/30/2007) |
| 09/19/2007 | 40 | MOTION for Extension of Time to File *Serve Patent LR 3-1 and 3-2 Disclosures (UNOPPOSED)* by GPNE Corp. (Attachments: # 1 Text |

| | | of Proposed Order)(Ward, Thomas) (Entered: 09/19/2007) |
|---|---|---|
| 09/21/2007 | 41 | NOTICE of Disclosure by GPNE Corp *of Service of Asserted Claims and Infringement Contentions* (Goldstein, Edward) (Entered: 09/21/2007) |
| 09/24/2007 | 42 | ORDER granting 40 Motion for Extension of Time to Serve Patent LR 3-1 and 3-2 Disclosures to 9/21/07. Signed by Judge Leonard Davis on 9/20/07. (mjc) (Entered: 09/24/2007) |
| 11/05/2007 | 43 | Joint MOTION to Enter Stipulation and Order by GPNE Corp, Time Warner Cable, Inc., Comcast Cable Communications, LLC, Charter Communications, Inc.. (Attachments: # 1 Text of Proposed Order and Stipulation of Dismissal Without Prejudice)(Gardner, Allen) (Entered: 11/05/2007) |
| 11/07/2007 | 44 | ORDER DISMISSING CASE WITHOUT PREJUDICE due to settlement. All claims and counterclaims are dismissed without prejudice as to the Plaintiff andeach of the Defendants. Each party shall bear its own costs. Signed by Judge Leonard Davis on 11/6/07. (mjc ) (Entered: 11/07/2007) |

EXHIBIT N

I.     **U.S. District Court [LIVE]**
**Eastern District of TEXAS (Tyler)**
**CIVIL DOCKET FOR CASE #: 6:07-cv-00059-LED**

GPNE Corp v. Samsung Telecommnications America,          Date Filed: 01/31/2007
L.P., et al                                             Jury Demand: Plaintiff
Assigned to: Judge Leonard Davis                        Nature of Suit: 830 Patent
Cause: 35:271 Patent Infringement                       Jurisdiction: Federal Question

**Mediator**

| | | |
|---|---|---|
| **James W Knowles** | represented by | **James W Knowles** |
| | | Wilson Robertson & Cornelius PC |
| | | 909 ESE Loop 323 |
| | | Suite 400 |
| | | P.O. Box 7339 |
| | | Tyler, TX 75711-7339 |
| | | 903/509-5000 |
| | | Fax: 903/509-5092 |
| | | Email: jwk@wilsonlawfirm.com |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **GPNE Corp** | represented by | **Edward W Goldstein** |
| | | Goldstein Faucett & Prebeg |
| | | 1177 West Loop South |
| | | Suite 400 |
| | | Houston, TX 77027 |
| | | 713/877-1515 |
| | | Fax: 713/877-1145 |
| | | Email: egoldstein@gfpiplaw.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Corby R Vowell** |
| | | Goldstein Faucett & Prebeg |
| | | 1177 West Loop South |
| | | Suite 400 |
| | | Houston, TX 77027 |
| | | 713/877-1515 |
| | | Fax: 713-877-1737 |
| | | Email: cvowell@gfpiplaw.com |
| | | *ATTORNEY TO BE NOTICED* |

**Matthew Prebeg**
Goldstein Faucett & Prebeg
1177 West Loop South
Suite 400
Houston, TX 77027
713-877-1515
Fax: 713-877-1145
Email: mprebeg@gfpiplaw.com
*ATTORNEY TO BE NOTICED*

**Thomas John Ward, Jr**
WARD & SMITH LAW FIRM
P O Box 1231
Longview, TX 75606-1231
903/757-6400
Fax: 903/7572323
Email: jw@jwfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Samsung Telecommnications America, L.P.,**            represented by **Jeffrey Kirk Sherwood**
Akin Gump Strauss Hauer & Feld -
Washington
1333 New Hampshire Ave NW
Suite 400
Washington, DC 20036
202-887-4000
Fax: 202-887-4288
Email: jsherwood@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda R Johnson**
Akin Gump Strauss Hauer & Feld -
Washington
1333 New Hampshire Ave NW
Suite 400
Washington, DC 20036
202/887-4000
Fax: 202/887-4288
Email: arjohnson@akingump.com
*ATTORNEY TO BE NOTICED*

**Frank C Cimino**
Akin Gump Strauss Hauer & Feld -
Washington
1333 New Hampshire Ave NW
Suite 400
Washington, DC 20036
202/887-4000
Fax: 202/887-4288
Email: fcimino@akingump.com
*ATTORNEY TO BE NOTICED*

**Jin-Suk Park**
Akin Gump Strauss Hauer & Feld -
Washington
1333 New Hampshire Ave NW
Suite 400
Washington, DC 20036
202/887-4000
Fax: 202/887-4288
Email: jspark@akingump.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**LG Electronics Mobilecomm
U.S.A., Inc.**
*TERMINATED: 10/05/2007*

represented by **Michael J McKeon**
Fish & Richardson PC - Washington
DC
1425 K St, NW
Suite 1100
Washington, DC 20005
202-626-6448
Fax: 202-783-2113
Email: mckeon@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian T Racilla**
Fish & Richardson PC - Washington
DC
1425 K St, NW
Suite 1100
Washington, DC 20005
202/626-6428
Fax: 202/783-2331
Email: racilla@fr.com
*ATTORNEY TO BE NOTICED*

**Diane DeVasto**
Potter Minton
110 N. College Street, Suite 500
Tyler, Tx 75702
903-597-8311
Fax: 903-593-0846
Email:
dianedevasto@potterminton.com
*ATTORNEY TO BE NOTICED*

**Michael Edwin Jones**
Potter Minton PC
110 N College
Suite 500
PO Box 359
Tyler, TX 75710-0359
903/597/8311
Fax: 9035930846
Email: mikejones@potterminton.com
*ATTORNEY TO BE NOTICED*

**Stephanie Deckter**
Fish & Richardson PC - Washington
DC
1425 K St, NW
Suite 1100
Washington, DC 20005
202/783-5070
Fax: 202/783-2331
Email: deckter@fr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**HTC America Inc**                    represented by **Anup Tikku**
*TERMINATED: 10/31/2007*                              Kirkpatrick & Lockhart Preston Gates
                                                      Ellis - San Francisco
                                                      55 2nd Street
                                                      Suite 1700
                                                      San Francisco, CA 94105
                                                      415/882-8200
                                                      Fax: 415/882-8220
                                                      Email: anup.tikku@klgates.com
                                                      *ATTORNEY TO BE NOTICED*

**Chien-Wei Chou**
*Kirkpatrick & Lockhart Preston Gates*
*Ellis - San Francisco*
55 2nd Street
Suite 1700
San Francisco, CA 94105
415/882-8200
Fax: 415/882-8220
Email: chris.chou@klgates.com
*ATTORNEY TO BE NOTICED*

**Eric M. Albritton**
*Attorney at Law*
PO Box 2649
Longview, TX 75606
903/757-8449
Fax: 19037587397
Email: ema@emafirm.com
*ATTORNEY TO BE NOTICED*

**Michael Bettinger**
*Kirkpatrick & Lockhart Preston Gates*
*Ellis - San Francisco*
55 2nd Street
Suite 1700
San Francisco, CA 94105
415/882-8200
Fax: 4158828220
Email: mike.bettinger@klgates.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Samsung Telecommnications**          represented by **Harry Lee Gillam, Jr**
**America, L.P.,**                                   Gillam & Smith, LLP
                                                     303 South Washington Avenue
                                                     Marshall, TX 75670
                                                     903-934-8450
                                                     Fax: 903-934-9257
                                                     Email: gil@gillamsmithlaw.com
                                                     *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**GPNE Corp**

**Counter Claimant**

**HTC America Inc**
*TERMINATED: 10/31/2007*

V.

**Counter Defendant**

**GPNE Corp**

**Counter Claimant**

**LG Electronics Mobilecomm
U.S.A., Inc.**
*TERMINATED: 10/05/2007*

V.

**Counter Defendant**

**GPNE Corp**

| II.    Date Filed | III.    # | IV.    Docket Text |
|---|---|---|
| 01/31/2007 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 1010655.), filed by GPNE Corp. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Civil Cover Sheet # 4 List of Parties)(Ward, Thomas) (Entered: 01/31/2007) |
| 01/31/2007 | 2 | NOTICE by GPNE Corp *of Filing Patent/Trademark Form* (Attachments: # 1 AO120)(Ward, Thomas) (Entered: 01/31/2007) |
| 01/31/2007 | 3 | E-GOV SEALED SUMMONS Issued as to Samsung Telecommnications America, L.P.,, LG Electronics Mobilecomm U.S.A., Inc., HTC America Inc. (Attachments: Summons # (1) Summons# (2) Summons)(rvw, ) (Entered: 01/31/2007) |
| 02/06/2007 | 4 | NOTICE of Attorney Appearance by Matthew Prebeg on behalf of GPNE Corp (Prebeg, Matthew) (Entered: 02/06/2007) |

| 02/06/2007 | 5 | NOTICE of Attorney Appearance by Corby R Vowell on behalf of GPNE Corp (Vowell, Corby) (Entered: 02/06/2007) |
|---|---|---|
| 02/07/2007 | 6 | Return of Service Executed as to GPNE Corp on 2/1/2007, answer due: 2/21/2007. (mjc ) (Entered: 02/08/2007) |
| 02/09/2007 | 7 | Return of Service Executed as to HTC America Inc on 2/3/2007, answer due: 2/23/2007. (mjc ) (Entered: 02/13/2007) |
| 02/21/2007 | 8 | Agreed Motion for Extension of Time to File Response to the Complaint by GPNE Corp. and LGE by GPNE Corp. (Attachments: # 1 Text of Proposed Order)(Goldstein, Edward) Modified on 2/22/2007 (rvw, ). (Entered: 02/21/2007) |
| 02/23/2007 | 9 | ORDER granting 8 Motion for Extension of Time to File Answer. Defendant LG Electronics answer is due 4/23/07. Signed by Judge Leonard Davis on 2/22/07. (mjc) (Entered: 02/23/2007) |
| 02/23/2007 | | Set/Reset Deadlines: LG Electronics Mobilecomm U.S.A., Inc. answer due 4/23/2007. (mjc ) (Entered: 02/23/2007) |
| 02/28/2007 | 10 | Return of Service Executed as to Samsung Telecommnications America, L.P., on 2/24/2007, answer due: 3/16/2007. (mjc ) (Entered: 03/02/2007) |
| 03/06/2007 | 11 | MOTION for Extension of Time to File Answer *or otherwise respond* by HTC America Inc. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 03/06/2007) |
| 03/07/2007 | 12 | ORDER granting 11 Motion for Extension of Time to Answer re 11 MOTION for Extension of Time to File Answer *or otherwise respond* to Original Complaint. Answer due 3/26/07. Signed by Judge Leonard Davis on 3/7/07. (mjc ) (Entered: 03/07/2007) |
| 03/07/2007 | | Set/Reset Deadlines: HTC America Inc answer due 3/26/2007. (mjc ) (Entered: 03/07/2007) |
| 03/15/2007 | 13 | Consent MOTION for Extension of Time to File Answer by Samsung Telecommnications America, L.P.,. (Sherwood, Jeffrey) Additional attachment(s) added on 3/16/2007 (rvw, ). (Entered: 03/15/2007) |
| 03/19/2007 | 14 | ORDER granting 13 Motion for Extension of Time to Answer re 13 Consent MOTION for Extension of Time to File Answer. Samsung's answer is due 4/16/07. Signed by Judge Leonard Davis on 3/16/07. (mjc ) (Entered: 03/19/2007) |
| 03/19/2007 | | Set/Reset Deadlines: Samsung Telecommnications America, L.P., answer due 4/16/2007. (mjc ) (Entered: 03/19/2007) |
| 03/20/2007 | 15 | APPLICATION to Appear Pro Hac Vice by Attorney Jin-Suk Park for |

| | | |
|---|---|---|
| | | Samsung Telecommnications America, L.P. Fee pd., 6-1-9137. Approved 3/20/07. (mjc) (Entered: 03/20/2007) |
| 03/20/2007 | 16 | APPLICATION to Appear Pro Hac Vice by Attorney Frank C Cimino for Samsung Telecommnications America, L.P. Fee pd., 6-1-9136. Approved 3/20/07. (mjc) (Entered: 03/20/2007) |
| 03/20/2007 | 17 | APPLICATION to Appear Pro Hac Vice by Attorney Amanda R Johnson for Samsung Telecommnications America, L.P. Fee pd., 6-1-9135. Approved 3/20/07. (mjc) (Entered: 03/20/2007) |
| 03/26/2007 | 18 | MOTION for Extension of Time to File Answer *Unopposed Second Motion for Extension of time to answer or otherwise respond* by HTC America Inc. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 03/26/2007) |
| 03/27/2007 | 19 | ORDER granting 18 Motion for Extension of Time to Answer re 18 MOTION for Extension of Time to File Answer *Unopposed Second Motion for Extension of time to answer or otherwise respond*. HTC has until 4/16/07 to file its answer . Signed by Judge Leonard Davis on 3/27/07. (mjc) (Entered: 03/27/2007) |
| 04/11/2007 | 20 | *Defendant Samsung Telecommunications America, L.L.C.'s Answer and Counterclaims* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against GPNE Corp by Samsung Telecommnications America, L.P.,.(Gillam, Harry) (Entered: 04/11/2007) |
| 04/12/2007 | 21 | NOTICE of Attorney Appearance by Michael Edwin Jones on behalf of LG Electronics Mobilecomm U.S.A., Inc. (Jones, Michael) (Entered: 04/12/2007) |
| 04/12/2007 | 22 | NOTICE of Attorney Appearance by Michael J McKeon on behalf of LG Electronics Mobilecomm U.S.A., Inc. (McKeon, Michael) (Entered: 04/12/2007) |
| 04/12/2007 | 23 | APPLICATION to Appear Pro Hac Vice by Attorney Stephanie Deckter for LG Electronics Mobilecomm U.S.A., Inc. Fee pd., 6-1-9413. Approved 4/13/07 (mjc) (Entered: 04/13/2007) |
| 04/12/2007 | 24 | APPLICATION to Appear Pro Hac Vice by Attorney Brian Racilla for LG Electronics Mobilecomm U.S.A., Inc. Fee pd., 6-1-9413. Approved 4/13/07 (mjc) (Entered: 04/13/2007) |
| 04/16/2007 | 25 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against GPNE Corp by HTC America Inc.(Albritton, Eric) (Entered: 04/16/2007) |
| 04/16/2007 | 26 | CORPORATE DISCLOSURE STATEMENT filed by HTC America Inc (Albritton, Eric) (Entered: 04/16/2007) |

| 04/18/2007 | 27 | CORPORATE DISCLOSURE STATEMENT filed by Samsung Telecommnications America, L.P., identifying Samsung Electronics Co., Ltd. as Corporate Parent. (Gillam, Harry) (Entered: 04/18/2007) |
|---|---|---|
| 04/23/2007 | 28 | *Defendant LG Electronics Mobilecomm USA, Inc.'s* ANSWER to Complaint with Jury Demand *and*, COUNTERCLAIM against GPNE Corp by LG Electronics Mobilecomm U.S.A., Inc..(Jones, Michael) (Entered: 04/23/2007) |
| 04/23/2007 | 29 | CORPORATE DISCLOSURE STATEMENT filed by LG Electronics Mobilecomm U.S.A., Inc. identifying LG Electronics Inc. as Corporate Parent. (Jones, Michael) (Entered: 04/23/2007) |
| 04/26/2007 | 30 | *Plaintiff's* ANSWER to Counterclaim *of Samsung Telecommunications* by GPNE Corp.(Goldstein, Edward) (Entered: 04/26/2007) |
| 04/30/2007 | 31 | *Plaintiff's* ANSWER to Counterclaim *of HTC America, Inc.* by GPNE Corp.(Goldstein, Edward) (Entered: 04/30/2007) |
| 04/30/2007 | 32 | *Plaintiff's* ANSWER to Counterclaim *of LG Electronics Mobilecomm USA, Inc.* by GPNE Corp.(Goldstein, Edward) (Entered: 04/30/2007) |
| 05/03/2007 | 33 | NOTICE of Hearing: Scheduling Conference set for 6/13/2007 10:30 AM before Judge Leonard Davis in Tyler. Proposed Discovery Order is Appendix A; Proposed Docket Control Order is Appendix B.(mjc ) (Entered: 05/03/2007) |
| 05/14/2007 | 34 | APPLICATION to Appear Pro Hac Vice by Attorney Chien-Wei Chou for HTC America Inc. Fee pd., 6-1-9749. Approved 5/15/07 (mjc ) (Entered: 05/15/2007) |
| 05/14/2007 | 35 | APPLICATION to Appear Pro Hac Vice by Attorney Michael Bettinger for HTC America Inc. Fee pd., 6-1-9749. Approved 5/15/07 (mjc) (Entered: 05/15/2007) |
| 05/14/2007 | 36 | APPLICATION to Appear Pro Hac Vice by Attorney Anup Tikku for HTC America Inc. Fee pd., 6-1-9749. Approved 5/15/07 (mjc ) (Entered: 05/15/2007) |
| 06/06/2007 | 37 | STIPULATION *of the Parties and Notice of Agreement* by GPNE Corp. (Attachments: # 1 Exhibit A - Joint Proposed Discovery Order# 2 Exhibit B - Joint Proposed Docket Control Order)(Goldstein, Edward) (Entered: 06/06/2007) |
| 06/08/2007 | 38 | SCHEDULING ORDER: Final Pretrial Conference set for 2/19/2009 09:00 AM before Judge Leonard Davis. Discovery due by 11/10/2008. Identify trial witnesses by 11/24/2008. Jury instructions due by 12/26/2008. Jury Selection set for 3/2/2009 09:00AM before Judge Leonard Davis. Mediation Completion due by 6/30/2008. Proposed |

| | | |
|---|---|---|
| | | Findings of Fact due by 12/26/2008. Proposed Pretrial Order due by 12/26/2008. Signed by Judge Leonard Davis on 6/7/07. (mjc ) (Entered: 06/08/2007) |
| 06/08/2007 | | Set/Reset Hearings: Jury Trial set for 3/9/2009 09:00 AM before Judge Leonard Davis. Markman Hearing set for 8/7/2008 09:30 AM before Judge Leonard Davis. Scheduling Conference set for 6/13/2007 09:30 AM before Judge Leonard Davis. (mjc) (Entered: 06/08/2007) |
| 06/08/2007 | 39 | ORDER REFERRING CASE to Mediator. James W Knowles rep by James W Knowles added as Mediator. Mediation completion deadline is 6/30/08. Mediation packet is attached. Signed by Judge Leonard Davis on 6/8/07. (mjc) (Entered: 06/08/2007) |
| 06/11/2007 | 40 | DISCOVERY ORDER . Signed by Judge Leonard Davis on 6/11/2007. (rvw, ) (Entered: 06/11/2007) |
| 06/25/2007 | 41 | NOTICE of Disclosure by GPNE Corp *re Disclosure of Asserted Claims and Preliminary Infringement Contentions and Document Production Accompany Disclosure* (Goldstein, Edward) (Entered: 06/25/2007) |
| 06/26/2007 | 42 | NOTICE of Attorney Appearance by Diane DeVasto on behalf of LG Electronics Mobilecomm U.S.A., Inc. (DeVasto, Diane) (Entered: 06/26/2007) |
| 07/13/2007 | 43 | NOTICE of Disclosure by LG Electronics Mobilecomm U.S.A., Inc. *of Initial Disclosures* (DeVasto, Diane) (Entered: 07/13/2007) |
| 07/13/2007 | 44 | NOTICE of Disclosure by HTC America Inc (Bettinger, Michael) (Entered: 07/13/2007) |
| 07/16/2007 | 45 | NOTICE of Disclosure by Samsung Telecommnications America, L.P., *Defendant, Samsung Telecommunications America L.L.C.'s Notice of Initial Disclosures* (Gillam, Harry) (Entered: 07/16/2007) |
| 07/27/2007 | 46 | MOTION for Extension of Time to File *Parties' Joint Motion for Extension of Time* by GPNE Corp, Samsung Telecommnications America, L.P.,, LG Electronics Mobilecomm U.S.A., Inc., HTC America Inc. (Attachments: # 1 Text of Proposed Order)(Gillam, Harry) (Entered: 07/27/2007) |
| 07/31/2007 | 47 | ORDER granting 46 Motion for Extension of Time to File. ORDERED that the deadline for the following be extended to September 7, 2007: 1. Additional Initial Disclosures for claims other than those addressed in the Patent Rules (currently due July 30, 2007); 2. P.R. 3-3 Invalidity Contentions and accompanying P.R. 3-4 document production (currently due August 7, 2007); and 3. P.R. 4-1 Exchange proposed terms and claim elements for construction |

| | | |
|---|---|---|
| | | (currently due August 17, 2007). Signed by Judge Leonard Davis on 7/31/07. (fnt, ) (Entered: 07/31/2007) |
| 08/29/2007 | 48 | MOTION to Amend/Correct 47 Order on Motion for Extension of Time to File,,, 38 Scheduling Order, by HTC America Inc. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 08/29/2007) |
| 08/30/2007 | 49 | ORDER granting 48 Motion to Amend/Correct Docket Control Order as specified. Signed by Judge Leonard Davis on 8/30/07. (mjc) (Entered: 08/30/2007) |
| 10/04/2007 | 50 | STIPULATION of Dismissal *as to LG Electronics Mobilecomm U.S.A., Inc. ONLY* by GPNE Corp. (Attachments: # 1 Text of Proposed Order)(Goldstein, Edward) (Entered: 10/04/2007) |
| 10/05/2007 | 51 | ORDER granting 50 Stipulation of Dismissal filed by GPNE Corp. and LG Electronics Mobilecomm U.S.A., Inc. All claims and counterclaims between the two parties are dismissed with prejudice. LG Electronics Mobilecomm U.S.A., Inc. terminated. Signed by Judge Leonard Davis on 10/5/07. (mjc ) (Entered: 10/05/2007) |
| 10/08/2007 | 52 | NOTICE of Disclosure by Samsung Telecommnications America, L.P., *Notice of Disclosures* (Gillam, Harry) (Entered: 10/08/2007) |
| 10/08/2007 | 53 | NOTICE of Disclosure by GPNE Corp *Service of Additional Disclosures and Terms and Claim Elements for Construction* (Goldstein, Edward) (Entered: 10/08/2007) |
| 10/29/2007 | 54 | STIPULATION of Dismissal *with Prejudice* by GPNE Corp, HTC America Inc. (Attachments: # 1 Text of Proposed Order)(Albritton, Eric) (Entered: 10/29/2007) |
| 10/31/2007 | 55 | ORDER re 54 Stipulation of Dismissal filed by GPNE Corp, HTC America Inc. All claims between the parties are dismissed with prejudice. Costs shall be born by the party incurring them. Signed by Judge Leonard Davis on 10/31/07. (mjc ) (Entered: 10/31/2007) |
| 11/13/2007 | 56 | STIPULATION *: Stipulated Protective Order* by GPNE Corp, Samsung Telecommnications America, L.P.,. (Goldstein, Edward) (Entered: 11/13/2007) |
| 11/15/2007 | 57 | STIPULATED PROTECTIVE ORDER entered in the interest of expediting discovery and protecting confidential information to the extent possible in accordance with the FRCP and Local Rules. Consent form attached as Exhibit A. Signed by Judge Leonard Davis on 11/14/07. (mjc) (Entered: 11/15/2007) |

EXHIBIT O

# Federal Court Management Statistics

# 2006

## District Courts

### Select A Court For This Report

TEXAS EASTERN ▾

☐ Open in spreadsheet format

[ Generate ]

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | Numerical Standing | |
|---|---|---|---|---|---|---|---|---|---|---|
| **DELAWARE** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | | |
| | | | | | | | | | U.S. | Circuit |
| OVERALL CASELOAD STATISTICS | Filings* | | 1,077 | 1,190 | 1,797 | 1,362 | 2,028 | 1,004 | | |
| | Terminations | | 1,419 | 1,448 | 1,516 | 1,507 | 1,478 | 1,020 | | |
| | Pending | | 1,501 | 1,853 | 2,085 | 1,836 | 1,999 | 1,477 | | |
| | % Change in Total Filings | Over Last Year | | -9.5 | | | | | 74 | 6 |
| | | Over Earlier Years | | | -40.1 | -20.9 | -46.9 | 7.3 | 34 | 3 |
| Number of Judgeships | | | 4 | 4 | 4 | 4 | 4 | 4 | | |
| Vacant Judgeship Months** | | | .0 | .0 | .0 | 1.9 | 3.1 | .0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 270 | 298 | 449 | 340 | 507 | 251 | 82 | 5 |
| | | Civil | 233 | 264 | 414 | 306 | 462 | 233 | 73 | 5 |
| | | Criminal Felony | 30 | 28 | 29 | 25 | 38 | 18 | 88 | 5 |
| | | Supervised Release Hearings** | 7 | 6 | 6 | 9 | 7 | - | 87 | 4 |
| | Pending Cases | | 375 | 463 | 521 | 459 | 500 | 369 | 48 | 5 |
| | Weighted Filings** | | 367 | 422 | 534 | 424 | 516 | 379 | 71 | 4 |
| | Terminations | | 355 | 362 | 379 | 377 | 370 | 255 | 69 | 4 |
| | Trials Completed | | 15 | 20 | 19 | 23 | 18 | 16 | 65 | 3 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.3 | 9.4 | 9.1 | 8.3 | 9.8 | 8.0 | 56 | 2 |
| | | Civil** | 16.8 | 10.9 | 14.0 | 11.2 | 8.2 | 12.6 | 91 | 5 |
| | From Filing to Trial** (Civil Only) | | 26.0 | 23.5 | 26.0 | 24.0 | 22.5 | 21.0 | 49 | 3 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 142 | 156 | 65 | 66 | 99 | 77 | | |
| | | Percentage | 10.6 | 9.1 | 3.4 | 3.9 | 5.4 | 5.5 | 76 | 5 |
| | Average Number of Felony Defendants Filed Per Case | | 1.2 | 1.2 | 1.2 | 1.3 | 1.1 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 39.60 | 39.82 | 38.50 | 34.98 | 33.84 | 32.68 | | |
| | | Percent Not Selected or Challenged | 24.1 | 22.8 | 20.9 | 24.0 | 24.4 | 19.9 | | |

| **2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE** | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 930 | 32 | 6 | 233 | 12 | 6 | 20 | 76 | 52 | 160 | 132 | 51 | 150 |
| Criminal* | 117 | - | 26 | 14 | 29 | 20 | - | 2 | 5 | 10 | 2 | - | 9 |

\*  Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

# U.S. DISTRICT COURT - JUDICIAL CASELOAD PROFILE

| | | | 12-MONTH PERIOD ENDING SEPTEMBER 30 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **TEXAS EASTERN** | | | 2006 | 2005 | 2004 | 2003 | 2002 | 2001 | Numerical Standing | |
| OVERALL CASELOAD STATISTICS | Filings* | | 3,658 | 3,583 | 3,860 | 4,072 | 3,610 | 3,452 | U.S. | Circuit |
| | Terminations | | 3,623 | 3,538 | 4,243 | 3,487 | 4,458 | 4,819 | | |
| | Pending | | 3,079 | 3,035 | 2,983 | 3,358 | 2,825 | 3,706 | | |
| | % Change in Total Filings | Over Last Year | | 2.1 | | | | | 14 | 2 |
| | | Over Earlier Years | | | -5.2 | -10.2 | 1.3 | 6.0 | 41 | 5 |
| | Number of Judgeships | | 8 | 8 | 8 | 8 | 7 | 7 | | |
| | Vacant Judgeship Months** | | .0 | .0 | 9.1 | 4.2 | 19.3 | 10.0 | | |
| ACTIONS PER JUDGESHIP | FILINGS | Total | 457 | 448 | 483 | 509 | 515 | 493 | 38 | 6 |
| | | Civil | 375 | 376 | 411 | 431 | 444 | 427 | 27 | 5 |
| | | Criminal Felony | 82 | 72 | 71 | 77 | 70 | 66 | 36 | 3 |
| | | Supervised Release Hearings** | 0 | 0 | 1 | 1 | 1 | - | - | - |
| | Pending Cases | | 385 | 379 | 373 | 420 | 404 | 529 | 45 | 6 |
| | Weighted Filings** | | 550 | 511 | 518 | 529 | 492 | 492 | 13 | 3 |
| | Terminations | | 453 | 442 | 530 | 436 | 637 | 688 | 45 | 7 |
| | Trials Completed | | 21 | 21 | 21 | 26 | 22 | 22 | 39 | 6 |
| MEDIAN TIMES (months) | From Filing to Disposition | Criminal Felony | 9.2 | 8.3 | 8.4 | 7.5 | 8.9 | 8.0 | 52 | 7 |
| | | Civil** | 9.0 | 10.3 | 6.5 | 10.9 | 15.0 | 30.9 | 39 | 5 |
| | From Filing to Trial** (Civil Only) | | 17.7 | 15.9 | 15.4 | 17.0 | 14.0 | 15.9 | 12 | 2 |
| OTHER | Civil Cases Over 3 Years Old** | Number | 80 | 64 | 47 | 41 | 58 | 881 | | |
| | | Percentage | 3.2 | 2.6 | 1.9 | 1.4 | 2.4 | 26.1 | 18 | 2 |
| | Average Number of Felony Defendants Filed Per Case | | 1.6 | 1.7 | 1.7 | 1.7 | 1.4 | 1.7 | | |
| | Jurors | Avg. Present for Jury Selection | 36.89 | 34.27 | 33.92 | 32.49 | 32.40 | 32.25 | | |
| | | Percent Not Selected or Challenged | 30.1 | 30.2 | 32.5 | 33.5 | 33.3 | 35.6 | | |

| 2006 CIVIL AND CRIMINAL FELONY FILINGS BY NATURE OF SUIT AND OFFENSE | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | TOTAL | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3001 | 156 | 318 | 1276 | 27 | 27 | 94 | 282 | 217 | 253 | 227 | 2 | 122 |
| Criminal* | 650 | 10 | 188 | 79 | 195 | 66 | 14 | 22 | 16 | 24 | 12 | 11 | 13 |

\* Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings "By Nature of Offense" do not.
\*\* See "Explanation of Selected Terms."

EXHIBIT P

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **MARVELL SEMICONDUCTOR, et al.** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **CASE NO.  6:07 CV 204** |
| | § | **PATENT CASE** |
| **COMMONWEALTH SCIENTIFIC AND** | § | |
| **INDUSTRIAL RESEARCH** | § | |
| **ORGANISATION** | § | |
| | § | |
| **Defendants** | § | |

**DOCKET CONTROL ORDER**

| May 10, 2010<br>Court designated date – not flexible without good cause - Motion Required | **9:00 a.m. JURY TRIAL as reached at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Leonard Davis, Tyler, Texas.** |
|---|---|
| *Day of Trial* | EXHIBITS & EXHIBIT LISTS:  Each party is requested to provide the Court with an original and two courtesy copies of exhibits and exhibit lists. The Court's preferred format for Exhibit Lists is available on the Court's website at www.txed.uscourts.gov under "Judges' Orders & Information."<br><br>If exhibits are voluminous, provide only specific pages that pertain to the issues on the two courtesy copies.  The original exhibits that are agreed upon by the parties, should be ready to be tendered to the Clerk of the Court at the beginning of trial.  Other exhibits that are admitted during trial should be tendered to the Clerk of the Court immediately after admission.<br><br>The parties are further requested to have all exhibits labeled with the following information on each label: Designation of Plaintiff's or Defendant's Exhibit Number and Case Number.  For example: |

| **Plaintiff's Exhibit** | **Defendant's Exhibit** |
|---|---|
| Exhibit No. _____<br>Case No. _____ | Exhibit No. _____<br>Case No. _____ |

| | |
|---|---|
| **May 3, 2010**<br>Court designated date – not flexible without good cause - Motion Required | **9:00 a.m. JURY SELECTION at the United States District Court, 100 East Houston, Marshall, Texas211 W. Ferguson, 3rd Floor, Courtroom of Judge Leonard Davis, Tyler, Texas.** |
| **April 22, 2010**<br>Court designated date – not flexible without good cause - Motion Required | **9:00 a.m. PRETRIAL CONFERENCE at the United States District Court, 211 W. Ferguson, 3rd Floor, Courtroom of Judge Leonard Davis, Tyler, Texas.** |
| March 24, 2010 | Parties to file estimates of the amount of time they request at jury selection and trial for (1) voir dire, (2) opening statements, (3) direct and cross examinations, and (4) closing arguments. |
| March 23, 2010 | Motions in Limine due. The parties are directed to confer and advise the Court on or before 3:00 o'clock p.m. the day before the pre-trial conference which paragraphs are agreed to and those that need to be addressed at the pre-trial conference. |
| March 10, 2010 | Pretrial Objections due. |
| March 6, 2010 | Objections to Rebuttal Deposition Testimony due. |
| March 2, 2010 | Rebuttal Designations and Objections to Deposition Testimony due. Cross examination line and page numbers to be included. In video depositions, each party is responsible for preparation of the final edited video in accordance with their parties' designations and the Court's rulings on objections. |
| February 19, 2010 | Pretrial Disclosures due.<br>Video and Stenographic Deposition Designation due. Each party who proposes to offer deposition testimony shall file a disclosure identifying the line and page numbers to be offered. |
| January 30, 2010 | **Joint Pretrial Order, Joint Proposed Jury Instructions with citation to authority and Form of the Verdict for jury trials due.** Proposed Findings of Fact and Conclusions of Law with citation to authority for bench trials.<br>Notice of Request for Daily Transcript or Real Time Reporting of Court Proceedings due. If a daily transcript or real time reporting of court proceedings is requested for trial or hearings, the party or parties making said request shall file a notice with the Court and email the Court Reporter, Shea Sloan, at shea_sloan@txed.uscourts.gov. |
| December 11, 2009 | **Response to Dispositive Motions (including *Daubert* motions) due.** Responses to dispositive motions filed prior to the dispositive motion deadline, including *Daubert* motions, shall be due in accordance with Local Rule CV-7(e). |
| **November 24, 2009**<br>Court designated date – not flexible without good cause – Motion Required | **Dispositive Motions due from all parties and any other motions that may require a hearing (including *Daubert* motions)**; Motions for Summary Judgment shall comply with Local Rule CV-56. |
| November 21, 2009 | Parties to Identify Rebuttal Trial Witnesses. |

| November 10, 2009 | Parties to Identify Trial Witnesses; Amend Pleadings (after Markman Hearing). It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, except as provided in Patent Rule 3-6, if the amendment would effect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-7 irrespective of whether the amendment is made prior to this deadline. |
|---|---|
| October 27, 2009 | **Discovery Deadline.** |
| September 12, 2009 | Parties designate rebuttal expert witnesses (non-construction issues), Rebuttal expert witness reports due. Refer to Local Rules for required information. |
| August 20, 2009 | Parties with burden of proof designate expert witnesses (non-construction issues). Expert witness reports due. Refer to Local Rules for required information. |
| July 21, 2009 | Comply with P.R.3-7 - Furnishing documents and privilege logs pertaining to willful infringement. |
| **June 26, 2008** | ***Markman* Hearing at 9:30 a.m. at the United States District Court, 211 West Ferguson, 3ʳᵈ Floor, Courtroom of Judge Leonard Davis, Tyler, Texas.** |
| June 16, 2008 | Parties shall jointly submit a claim construction chart on computer disk in WordPerfect format or in such other format as the Court may direct in accordance with P.R. 4-5(d). |
| June 12, 2008 | Parties to file a notice with the Court stating the estimated amount of time requested for the *Markman* Hearing. The Court will notify the parties if it is unable to accommodate this request.<br><br>**Comply with P.R. 4-5(c)** - Reply brief and supporting evidence due re response to claim construction. The moving party is to provide the Court with 2 binders containing their reply brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. |
| June 5, 2008 | **Comply with P.R. 4-5(b)** - Responsive brief and supporting evidence due to party claiming patent infringement. The moving party is to provide the Court with 2 binders containing their *Markman* brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. |

| May 22, 2008 | **Comply with P.R. 4-5(a)** - The party claiming patent infringement shall serve and file an opening brief and any evidence supporting its claim construction. The moving party is to provide the Court with 2 binders containing their *Markman* brief and exhibits appropriately tabbed. If a technical advisor has been appointed the moving party is to provide their *Markman* brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits to the advisor. |
|---|---|
| May 14, 2008 | Deadline for parties, if they desire, to provide Court with tutorials concerning technology involved in patent. If a technical advisor has been appointed, each party that provides a tutorial shall provide a copy to the advisor. |
| May 7, 2008 | **Discovery Deadline - Claim Construction Issues.** |
| April 23, 2008 | Respond to Amended Pleadings. |
| April 16, 2008 | Parties to provide name, address, phone number, and curriculum vitae for three (3) agreed technical advisors and information regarding the nominees' availability for *Markman* hearing or a statement that they could not reach an agreement as to any potential technical advisor. |
| April 9, 2008 | Amended Pleadings (pre-claim construction) due from all parties. It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. It is necessary to file a Motion for Leave to Amend after the deadline. However, if the amendment would affect infringement contentions or invalidity contentions, a motion must be made pursuant to Patent Rule 3-7 irrespective of whether the amendment is made prior to this deadline. |
| April 4, 2008 | **Comply with P.R. 4-3 - Filing of Joint Claim Construction and Prehearing Statement.** |
| March 5, 2008 | Comply with P.R. 4-2 - Exchange of Preliminary Claim Constructions and Extrinsic Evidence. Privilege Logs to be exchanged by parties (or a letter to the Court stating that there are no disputes as to claims of privileged documents). |
| 65 days from date on which CSIRO files its Answer, but no later than January 24, 2008 | Comply with P.R. 4-1 - Exchange Proposed Terms and Claim Elements for Construction. |

| 55 days from date on which CSIRO files its Answer, but no later than January 14, 2008 | Comply with P.R. 3-3 - Invalidity Contentions due. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to Patent Rule 3-6.<br>Add any inequitable conduct allegations to pleadings. It is not necessary to file a motion for leave to add inequitable conduct allegations to pleadings prior to this date. Thereafter, it is necessary to obtain leave of Court to add inequitable conduct allegations to pleadings. |
|---|---|
| 15 days from date on which CSIRO files its Answer, but no later than December 3, 2007 | Comply with P.R. 3-1 and P.R. 3-2 - Disclosure of Asserted Claims and Infringement Contentions due. Thereafter, it is necessary to obtain leave of Court to add and/or amend infringement contentions, pursuant to Patent Rule 3-6.<br>Join Additional Parties. It is not necessary to file a motion to join additional parties prior to this date. Thereafter, it is necessary to obtain leave of Court to join additional parties.<br>Add new patents and/or claims for patents-in-suit. It is not necessary to file a motion to add additional patents or claims prior to this date. Thereafter, it is necessary to obtain leave of Court to add patents or claims. |
| **November 2007** | **Mediation to be completed. Mike Patterson** is appointed as mediator in this cause. The mediator shall be deemed to have agreed to the terms of Court Ordered Mediation Plan of the United States District Court of the Eastern District of Texas by going forth with the mediation in accordance with this order. General Order 99-2. |
| **5 days** | **EXPECTED LENGTH OF TRIAL** |

In the event that any of these dates fall on a weekend or Court holiday, the deadline is modified to be the next Court business day.

The parties are directed to Local Rule CV-7(d), which provides in part that "[i]n the event a party fails to oppose a motion in the manner prescribed herein the Court will assume that the party has no opposition." Local Rule CV-7(e) provides that a party opposing a motion has 15 days in which to serve and file supporting documents and briefs after which the Court will consider the submitted motion for decision.

### OTHER LIMITATIONS

(a)    All depositions to be read into evidence as part of the parties' case-in-chief shall be EDITED so as to exclude all unnecessary, repetitious, and irrelevant testimony; ONLY those portions which are relevant to the issues in controversy shall be read into evidence.

(b)    The Court will refuse to entertain any motion to compel discovery filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter. See Eastern District of Texas Local Rule CV-7(h).

(c)    The following excuses will not warrant a continuance nor justify a failure to comply with the discovery deadline:

    (i)    The fact that there are motions for summary judgment or motions to dismiss pending;

    (ii)    The fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

    (iii)    The failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

**So ORDERED and SIGNED this 24th day of October, 2007.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**