IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CISCO SYSTEMS, INC. and <br> SCIENTIFIC ATLANTA, INC., ARRIS <br> GROUP, INC., and THOMSON, INC., <br><br> Plaintiffs, <br> v. <br><br> GPNE CORP., <br> Defendant. | § § § § § § § § § § | C. A. No. 07-671 (SLR) |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, with the consent and approval of Defendant GPNE Corp. ("GPNE"), Howard J. Susser and the law firm of Burns & Levinson LLP hereby substitute their appearance in place of Goldstein, Faucett & Prebeg, LLP on behalf of GPNE. The law firm of Morris James LLP will continue to represent GPNE in its capacity as Delaware counsel.

The contact information for Burns & Levinson LLP is as follows: 125 Summer Street, Boston, MA 02110-1624, (617) 345-3000.

Dated: March 27, 2008

          /s/ Richard K. Herrmann
Richard K. Herrmann (#405)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
(302) 888-6800
rherrmann@morrisjames.com

Attorneys for Defendant
GPNE CORP.