IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CISCO SYSTEMS INC, SCIENTIFIC ATLANTA, INC., ARRIS GROUP INC., and THOMSON INC.,, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 07-671-SLR |
| GPNE GROUP CORP., | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 10th day of June, 2008,

IT IS HEREBY ORDERED that the telephonic scheduling conference

originally scheduled for June 13, 2008 is hereby rescheduled to **Thursday, August 7,**

**2008** at **4:30 p.m.** Counsel for plaintiffs shall coordinate and initiate this call.

United States District Judge